IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE KATHLEEN PIERCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

## ENTRY OF APPEARANCE
_____

    Amy Kapoor of KILLMER, LANE & NEWMAN, LLP, an attorney in good standing and duly licensed to practice before this Honorable Court, hereby enters her appearance as counsel of record for the Plaintiff, Kyle Jeffery Schwark.

    Respectfully submitted this 4th day of December, 2015.

                                **KILLMER, LANE & NEWMAN, LLP**

                                *s/ Amy Kapoor*
                              David Lane
                              Amy Kapoor
                              1543 Champa Street, Suite 400
                              Denver, Colorado 80202
                              Phone: (303) 571-1000
                              Facsimile: (303) 571-1001
                              dlane@kln-law.com
                              akapoor@kln-law.com