# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE KATHLEEN PIERCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.
_____

## UNOPPOSED MOTION TO WITHDRAW AMY KAPOOR AS COUNSEL OF RECORD
_____

      Amy Kapoor, undersigned counsel for Plaintiff, hereby submits the following Unopposed Motion to Withdraw as Counsel of Record, and states as follows:

      1.     Undersigned counsel's employment with KILLMER, LANE & NEWMAN, LLP will end as of February 23, 2016.

      2.     Plaintiff continues to be represented in this case by David Lane of KILLMER, LANE & NEWMAN, LLP.

### CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1

      3.     Counsel for Plaintiff, Amy Kapoor, certifies that she conferred via email on February 23, 2016 with Steven Michalek, counsel for Defendants.  Defendants do not oppose the relief sought herein.

WHEREFORE, the undersigned respectfully requests that she be withdrawn as counsel of record for the Plaintiff and removed from the Certificate of Service in this case.

DATED this 23rd day of February 2016.

        KILLMER, LANE & NEWMAN, LLP

        *s/ Amy Kapoor*
        _____
        Amy Kapoor
        David Lane
        1543 Champa Street, Suite 400
        Denver, Colorado 80202
        Phone:  (303) 571-1000
        Fax:  (303) 571-1001
        akapoor@kln-law.com
        dlane@kln-law.com

        *Counsel for Plaintiff*