**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE KATHLEEN PIERCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

_____

**ORDER**
_____

The "Unopposed Motion to Withdraw Amy Kapoor as Counsel of Record" is

GRANTED. Amy Kapoor is hereby withdrawn as counsel of record for the Plaintiff and

removed from the certificate of service in this case.

DATED this ____ day of _____ 2016.

                             BY THE COURT:

                             _____