IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE KATHLEEN PIERCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

_____

**ORDER**
_____

    This matter comes before the Court on the Unopposed Motion to Withdraw Amy Kapoor as Counsel of Record (Doc. 7) for Plaintiff. Having reviewed the same, and being fully advised in the premises, the Court hereby ORDERS:

    The Motion is GRANTED. Amy B. Kapoor is hereby withdrawn as counsel of record for plaintiff in this matter. Attorney David Arthur Lane of Killmer Lane & Newman, LLP shall continue as counsel of record for the plaintiff.

    The clerk is directed to remove Amy B. Kapoor from the CM/ECF filing notification system in connection with this action.

    Dated this 23rd day of February, 2016.    BY THE COURT:

                                                            */s/ John L. Kane*
                                                            John L. Kane
                                                           Senior U.S. District Court Judge