IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
NURSE KATHLEEN PIERCE, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

## STIPULATION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

---

Plaintiff, **KYLE JEFFERY SCHWARK,** by his attorneys **KILLMER, LANE & NEWMAN, L.L.P.**, and Defendants **SHERIFF FRED WEGENER** (incorrectly identified as "Sheriff Fred Wagner" in the caption)**, SUSAN CANTERBURY AND JERI SWANN**, by their attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCivR 6.1(a) hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint.

**IN SUPPORT THEREOF,** the parties state as follows:

    1.    Plaintiff filed his Complaint on November 14, 2015. The above-named Defendants were served with the Complaint on February 4, 2016.

    2.    Defendants' responsive pleading is currently due on February 25, 2016.

3. Pursuant to D.C.COLO.LCivR 6.1(a), the parties may stipulate in writing to one extension of not more than twenty-one (21) days beyond the time limits prescribed in the Federal Rules of Civil Procedure to respond to a complaint.

4. Defense counsel needs additional time to review pertinent information and consult with their clients prior to preparation and filing of a responsive pleading and therefore, requests an additional twenty-one (21) days, up to and including March 17, 2016 to respond.

5. Defendants have not previously sought an extension of time to file a responsive pleading.

6. This stipulation comports with the requirements of D.C.COLO.LCivR 6.1(a)-(c), as it is being filed before the expiration of the time limit to respond to the Complaint, states the reason for the stipulated extension and the total number of extensions granted previously, and is being served by defense counsel on their clients.

7. Accordingly, the parties hereby stipulate that Defendants be allowed an additional twenty-one (21) days within which to respond to Plaintiff's Complaint. Pursuant to this extension, Defendants' responsive pleading will be due on or before March 17, 2016.

Respectfully submitted,

s/ David A. Lane
*David A. Lane*
Killmer, Lane & Newman, L.L.P.
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
Facsimile: (303) 571-1001
E-mail: dlane@kln-law.com
*Attorney for Plaintiff*

s/ Eric M. Ziporin
*Eric M. Ziporin*
*Ashley M. Kelliher*
Senter Goldfarb & Rice, L.L.C.
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: eziporin@sgrllc.com
*Attorneys for Defendants Sheriff Fred Wegener, Susan Canterbury and Jeri Swann*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of February 2016, I electronically filed a true and exact copy of the above and foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

David A. Lane
Killmer, Lane & Newman, L.L.P.
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
*Attorney for Plaintiff*

                                                  Wendy McCann
                                                  Wendy McCann, Legal Secretary

00556046.DOC