IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-02507-JLK

KYLE JEFFERY SCHWARK,

     Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
NURSE KATHLEEN PIERCE, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity,

     Defendants.

---

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

---

Defendants **SHERIFF FRED WEGENER** (incorrectly identified as "Sheriff Fred Wagner" in the caption), **SUSAN CANTERBURY** and **JERI SWANN**, by their attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCivR 6.1(b), hereby request a 30-day extension of time to respond to Plaintiff's Complaint. **IN SUPPORT THEREOF,** Defendants state as follows:

    1.    Undersigned counsel certifies conferral with Plaintiff's counsel pursuant to D.C.Colo.LCiv.R 7.1(a) regarding the contents of this Motion. Plaintiff does not oppose Defendants' request for a 30-day extension.

00556046.DOC

2. Plaintiff filed his Complaint on November 14, 2015.  Defendants Fred Wegener, Susan Canterbury and Jeri Swann were served with the Complaint on February 4, 2016, and their original responsive pleading deadline was February 25, 2016.

3. On February 25, 2016, and pursuant to D.C.COLO.LCivR 6.1(a), the parties stipulated to a twenty-one (21) day extension of time to respond to the complaint, up to and including March 17, 2016.  [Doc. #9.]  Thus, this Motion seeks Defendants' second extension of time to respond to the Complaint.

4. The undersigned defense counsel intended to meet with their clients and respond to the Complaint by the March 17th deadline.  Unfortunately, the meeting did not occur until March 15, 2016, one day after the Park County Deputy Sheriff who was shot to death while serving an eviction notice on February 24, 2016 was laid to rest.  As a result, additional time is necessary to review the information provided by Defendants, in order to respond appropriately and completely to the Complaint.

5. The undersigned defense counsel have been retained to defend Cathlene Pearce (incorrectly identified as "Kathleen Pierce" in the caption) as well, but have been unable to make contact with her regarding the case.  She is no longer employed by Park County.  The undersigned defense counsel have received second-hand word, however, that Ms. Pearce is amenable to waiving service of the Complaint.  As a result, the undersigned defense counsel have informed Plaintiff's counsel that they intend to secure a waiver of service on behalf of Ms. Pearce, in an effort to file one single responsive pleading on behalf of all of the Defendants named herein. Additional time is needed to confer with Ms. Pearce about the allegations made against her.

6.      This request for extension comports with the requirements of D.C.COLO.LCivR 6.1(a)-(c), as it is being filed before the expiration of the time limit to respond to the Complaint, states the reasons for the necessary extension and the total number of extensions granted previously, and is being served by defense counsel on their clients.

**WHEREFORE**, Defendants respectfully request a 30-day extension of time up to and including April 18, 2016, in which to file a pleading in response to Plaintiff's Complaint.

Respectfully submitted,

By s/ Eric M. Ziporin
*Eric M. Ziporin*
Senter Goldfarb & Rice, L.L.C.
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
E-mail:  eziporin@sgrllc.com

By s/ Ashley M. Kelliher
*Ashley M. Kelliher*
Senter Goldfarb & Rice, L.L.C.
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
E-mail:  akelliher@sgrllc.com
*Counsel for Defendants Sheriff Wegener, Susan Canterbury and Jeri Swann*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of March 2016, I electronically filed a true and exact copy of the above and foregoing ***UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

David A. Lane
Killmer, Lane & Newman, L.L.P.
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
*Attorney for Plaintiff*

            *s/Carla Wyatt*
           Carla Wyatt, Legal Secretary

00556046.DOC