IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

        Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
NURSE KATHLEEN PIERCE, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity,

        Defendants.

---

**ORDER GRANTING *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEDING**

---

**THIS MATTER,** having come before the Court on Defendants Fred Wegener, Susan Canterbury, and Jeri Swann's *Unopposed* Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint, and being fully advised in the premises, hereby finds that good cause has been shown.

**IT IS THEREFORE ORDERED** that the above-named Defendants have up to and including April 18, 2016 in which to file their pleading in response to Plaintiff's Complaint.

        Dated this _____ day of _____ 2016.

                                BY THE COURT:

                                _____
                                John L. Kane
                                Senior U.S. District Court Judge