IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFEREY SCHWARK,

     Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
NURSE KATHLEEN PIERCE, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity,

     Defendants.

___

### ORDER GRANTING *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING
___

**THIS MATTER,** having come before the Court on Defendants Fred Wegener, Susan Canterbury, and Jeri Swann's *Unopposed* Motion for Extension of Time to File a Responsive Pleading (Doc. 11) to Plaintiff's Complaint, and being fully advised in the premises, hereby finds that good cause has been shown.

**IT IS THEREFORE ORDERED** that the motion is GRANTED. The above-named Defendants have up to and including April 18, 2016, in which to file their pleading in response to Plaintiff's Complaint.

Dated this 17th day of March, 2016.

BY THE COURT:

_John L. Kane_
John L. Kane
Senior U.S. District Court Judge