IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.
_____

**NOTICE OF FILING OF AMENDED COMPLAINT**
_____

    Plaintiff, by and through his undersigned counsel of record and pursuant to D.C.Colo.LCivR 15.1(a), hereby provides Notice that Plaintiff has filed an Amended Complaint and Jury Demand at Doc. 13 and attaches hereto as **Exhibit 1** the redlined version of the pleading.

    DATED this 28th day of March 2016.

    KILLMER, LANE & NEWMAN, LLP

    *s/ David A. Lane*
    _____
    David A. Lane
    Julian G. G. Wolfson
    KILLMER, LANE & NEWMAN, LLP
    1543 Champa Street, Suite 400
    Denver, CO 80202
    dlane@kln-law.com
    jwolfson@kln-law.com