## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.
_____

### ENTRY OF APPEARANCE FOR STEVEN A. MICHALEK
_____

Steven A. Michalek of the law firm CHILDS MCCUNE LLC, member of the Bar of the State of Colorado and admitted to practice before this Court, and having been duly authorized to do so by Defendant Katherine Fitting, M.D. hereby enters his appearance as counsel for Defendant Katherine Fitting, M.D.

Respectfully submitted this 3rd day of May, 2016.

        */s/ Steven A. Michalek*
        Steven A. Michalek
        Elizabeth J.M. Howard
        Childs McCune LLC
        821 17th Street, Suite 500
        Denver, CO 80202
        Telephone: (303) 296-7300
        FAX: (720) 625-3637
        Email: smichalek@childsmccune.com
        Email: ehoward@childsmccune.com
        Attorney for Defendant Dr. Fitting

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE FOR STEVEN A. MICHALEK** was filed with the Court and served electronically via ECF upon the following:

David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa St., Ste. 400
Denver, CO  80202
Email: dlane@kln-law.com

Ashley McCall Kelliher
Eric Michael Ziporin
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Email: akelliher@sgrllc.com
Email: eziporin@sgrllc.com

*s/ Mary Baltz*

This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).