## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

     Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity,

     Defendants.
_____

### ENTRY OF APPEARANCE FOR ELIZABETH J.M. HOWARD
_____

     Elizabeth J.M. Howard of the law firm CHILDS MCCUNE LLC, member of the Bar of the State of Colorado and admitted to practice before this Court, and having been duly authorized to do so by Defendant Katherine Fitting, M.D. hereby enters her appearance as counsel for Defendant Katherine Fitting, M.D.

     Respectfully submitted this 3rd day of May, 2016.

                                          */s/ Elizabeth J.M. Howard*
                                          Steven A. Michalek
                                          Elizabeth J.M. Howard
                                          Childs McCune LLC
                                          821 17th Street, Suite 500
                                          Denver, CO 80202
                                          Telephone: (303) 296-7300
                                          FAX: (720) 625-3637
                                          Email: smichalek@childsmccune.com
                                          Email: ehoward@childsmccune.com
                                          Attorney for Defendant Dr. Fitting

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 3, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE FOR ELIZABETH J.M. HOWARD** was filed with the Court and served electronically via ECF upon the following:

| | |
|---|---|
| David A. Lane<br>Killmer, Lane & Newman, LLP<br>1543 Champa St., Ste. 400<br>Denver, CO  80202<br>Email: dlane@kln-law.com | Ashley McCall Kelliher<br>Eric Michael Ziporin<br>Senter Goldfarb & Rice, LLC<br>3900 East Mexico Avenue, Suite 700<br>Denver, CO 80210<br>Email: akelliher@sgrllc.com<br>Email: eziporin@sgrllc.com |

                      *s/ Mary Baltz*

      This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).