IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

---

## ENTRY OF APPEARANCE

---

Julian G.G. Wolfson of KILLMER, LANE & NEWMAN, LLP, an attorney in good standing and duly licensed to practice before this Honorable Court, hereby enters his appearance as counsel of record for the Plaintiff, KYLE JEFFERY SCHWARK.

Respectfully submitted this 3rd day of May, 2016.

                                          KILLMER, LANE & NEWMAN, LLP

                                          */s/ Julian G.G. Wolfson*
                                          David Lane
                                          Julian G. G. Wolfson
                                          1543 Champa Street, Suite 400
                                          Denver, Colorado 80202
                                          Phone: (303) 571-1000
                                          Facsimile: (303) 571-1001
                                          dlane@kln-law.com
                                          jwolfson@kln-law.com