THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

## MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS

Plaintiff, Kyle Schwark, by and through undersigned counsel, hereby moves for a 7-day extension for Plaintiff to respond to Defendant Doctor Katherine Fitting's Motion to Dismiss [Doc. 22], through and including June 3, 2016. In support thereof, Plaintiff states as follows:

1. On May 3, 2016 Defendant Doctor Katherine Fitting filed her Motion to Dismiss [Doc. 22]

2. Plaintiff's response to Defendant Doctor Katherine Fittings' Motion to Dismiss is due on May 27, 2016.

3. Counsel for Plaintiff has been diligently working on the Response to Defendant Doctor Katherine Fittings' Motion to Dismiss, but requires an additional 7 days, up to and including June 3, 2016, to complete and file the Response.

1

4. Plaintiff has not previously sought or received an extension of time to respond to Defendant Doctor Katherine Fittings' Motion to Dismiss. This extension is sought in good faith and will not prejudice any party.

## **CERTIFICATION PURSUANT TO D.C.COLO.LCiv.R 7.1**

Counsel for Plaintiff's office, certifies that they conferred with counsel for Defendant Doctor Katherine Fitting, Elizabeth J.M. Howard, and counsel for Defendants Sheriff Fred Wegener, Nurse Susan Canterbury, Nurse Jeri Swann, and Nurse Cathlene Pearce, via telephone on May 16, 2016. Counsel for Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests a 7-day extension of time to respond to Defendant Doctor Katherine Fitting' Motion to Dismiss [Doc. 22], through and including June 3, 2016.

*/s/ Julian G.G. Wolfson*
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: 303-571-1000
jwolfson@kln-law.com
dlane@kln-law.com
*Attorneys for Plaintiff*