IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFEREY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
NURSE KATHLEEN PIERCE, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

---

## ORDER GRANTING *UNOPPOSED* MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS

---

**THIS MATTER,** having come before the Court on Plaintiff's Motion for Extension to Respond to Motion to Dismiss (Doc. 24) to Defendant Fitting's Motion to Dismiss, and being fully advised in the premises, hereby finds that good cause has been shown.

**IT IS THEREFORE ORDERED** that the motion is GRANTED. The plaintiff shall have up to and including June 3, 2016, in which to file his response to the Motion to Dismiss (Doc. 22).

Dated this 18th day of May, 2016.

BY THE COURT:

*John L. Kane*
John L. Kane
Senior U.S. District Court Judge