THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

## **UNOPPOSED** MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS

    Plaintiff, Kyle Schwark, by and through undersigned counsel, hereby moves for an unopposed 7-day extension of time to respond to Defendant Doctor Katherine Fitting's Motion to Dismiss [Doc. 22], up to and including June 10, 2016.  In support thereof, Plaintiff states as follows:

    1.    On May 3, 2016 Defendant Katherine Fitting filed a Motion to Dismiss [Doc. 22]

    2.    Plaintiff's Response to Defendant Doctor Katherine Fittings' Motion to Dismiss was due on or before May 27, 2016.

    3.    On May 17, 2016 Counsel for Plaintiff submitted an unopposed Motion for Extension to Respond to the Motion to Dismiss, requesting a 7 day extension.

    4.    On May 18, 2016 this Court GRANTED Plaintiff's unopposed Motion for Extension to Respond to the Motion to Dismiss, extending the deadline to June 3, 2016.

1

5. Counsel for Plaintiff has been diligently working on the Response to Defendant Doctor Katherine Fittings' Motion to Dismiss, but requires an additional 7 days, up to and including June 10, 2016, to complete and file the Response.

6. Plaintiff has only sought and received one 7 day extension of time to respond to Defendant Doctor Katherine Fittings' Motion to Dismiss. This additional extension is sought in good faith and will not prejudice any party.

## **CERTIFICATION PURSUANT TO D.C.COLO.LCiv.R 7.1**

Counsel for Plaintiff, certifies that they conferred with counsel for Defendant Doctor Katherine Fitting, Elizabeth J.M. Howard, and counsel for Defendants Sheriff Fred Wegener, Nurse Susan Canterbury, Nurse Jeri Swann, and Nurse Cathlene Pearce, Eric Ziporin, via email on June 2, 2016. Counsel for Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests a 7-day extension of time to respond to Defendant Doctor Katherine Fitting' Motion to Dismiss [Doc. 22], up to and including June 10, 2016.

DATED this 2nd day of June 2016.

KILLMER, LANE & NEWMAN, LLP

*/s/ Julian G.G. Wolfson*
Julian G.G. Wolfson
David A. Lane
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: 303-571-1000
jwolfson@kln-law.com
dlane@kln-law.com

*Attorneys for Plaintiff*