**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  June 23, 2016 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 15-cv-02507-JLK | Court Reporter: Terri Lindblom |

KYLE JEFFEREY SCHWARK,            David A. Lane
                                             Julian G.G. Wolfson

       Plaintiff,

v.

FRED WAGNER, Sheriff, in his official      Eric M. Ziporin
capacity, et al,                                     Ashley McCall Kelliher
                                             Elizabeth J.M. Howard
       Defendants.                         Steven A. Michalek

## COURTROOM MINUTES

**Scheduling Conference**

**10:01 a.m.   Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

A copy of the Amendments to the Federal Rules of Civil Procedure is tendered to counsel.

Comments by the Stipulated Scheduling and Discovery Order, filing motions and briefs, discovery disputes, overall case management, jury instructions, trial procedures, F.R.C.P. amendments, settlement conferences, and trial setting.

**Scheduling Order APPROVED and SIGNED.**

**10:41 a.m.   Court in recess.**
Hearing concluded.
Total in-court time:   00:40