**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

---

**ORDER**

---

The "<u>Unopposed</u> Motion to Withdraw Julian G.G. Wolfson as Counsel of Record" is GRANTED. Julian G.G. Wolfson is hereby withdrawn as counsel of record for Plaintiff Kyle Jeffrey Schwark and removed from the certificate of service in this case.

DATED this _____ day of _____ 2016.

                                        BY THE COURT:

                                        _____