IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFEREY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

_____

## ORDER
_____

    The "Unopposed Motion to Withdraw Julian G.G. Wolfson as Counsel of Record" (Doc. 35) is GRANTED. Julian G.G. Wolfson is hereby withdrawn as counsel of record for Plaintiff Kyle Jefferey Schwark and removed from the certificate of service in this case. The clerk is directed to remove Julian G.G. Wolfson from the CM/ECF filing notification system in connection with this action. The plaintiff will continue to be represented by David Arthur Lane of Killmer, Lane & Newman, LLP.

    DATED this 11th day of October, 2016.

BY THE COURT:

_John L. Kane_
John L. Kane
Senior U.S. District Judge