IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.
_____

### ENTRY OF APPEARANCE
_____

    Andy McNulty of KILLMER, LANE & NEWMAN, LLP, an attorney in good standing and duly licensed to practice law before this Honorable Court, hereby enters his appearance as counsel of record for the Plaintiff, Kyle Jeffrey Schwark.

    Respectfully submitted this 14th day of October, 2016.

                                    KILLMER, LANE & NEWMAN, LLP

                                    __*s/ Andy McNulty*__
                                    David Lane
                                    Andy McNulty
                                    1543 Champa Street, Suite 400
                                    Denver, Colorado 80202
                                    Phone: (303) 571-1000
                                    Facsimile: (303) 571-1001
                                    dlane@kln-law.com
                                    amcnulty@kln-law.com