# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

_____

## ENTRY OF APPEARANCE
_____

      Eudoxie (Dunia) Dickey of KILLMER, LANE & NEWMAN, LLP, an attorney in good standing and duly licensed to practice law before this Honorable Court, hereby enters her appearance as counsel of record for the Plaintiff, Kyle Jeffrey Schwark.

      Respectfully submitted this 14th day of October, 2016.

                                     **KILLMER, LANE & NEWMAN, LLP**

                                     *s/ Eudoxie Dickey*
                                     David Lane
                                     Eudoxie (Dunia) Dickey
                                     1543 Champa Street, Suite 400
                                     Denver, Colorado 80202
                                     Phone: (303) 571-1000
                                     Facsimile: (303) 571-1001
                                     dlane@kln-law.com
                                     ddickey@kln-law.com