IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANTS**

---

Defendants **SHERIFF FRED WEGENER**, **SUSAN CANTERBURY**, **JERI SWANN**, and **CATHLENE PEARCE**, by their counsel of record, **SENTER GOLDFAR & RICE, LLC** and pursuant to D.C.COLO.LCivR 6.1(A), hereby notice the Court of the parties' Stipulation for Extension of Time to Respond to Plaintiff's First Set of Written Discovery, as follows:

1.    Prior to filing this Stipulation, pursuant to D.C.COLO.LCivR 6.1(A) and 7.1(A), undersigned defense counsel conferred with Plaintiff's counsel. Plaintiff stipulates to the extension sought by these Defendants.

2.    Defendants were served with Plaintiff's first set of written discovery on October 4, 2016. Defendants' responses are currently due on November 7, 2016.

3. The parties stipulate to a two-week extension of time up to and including November 21, 2016 for Defendants to respond to Plaintiff's discovery requests. Defendants need additional time to gather documentation responsive to Plaintiff's requests. This is Defendants' first extension for this purpose.

4. The stipulated extension will not interfere with deadlines in this case, and none of the parties will be prejudiced by this extension.

5. The parties hereby stipulate to an extension of time for Defendants Sheriff Wegener, Susan Canterbury, Jeri Swann, and Cathlene Pearce to respond to Plaintiff's First Set of Written Discovery up to and including November 21, 2016.

Respectfully submitted,

s/ Eric M. Ziporin
*Eric M. Ziporin*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: eziporin@sgrllc.com

s/ Ashley M. Kelliher
*Ashley M. Kelliher*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: akelliher@sgrllc.com

*Attorney for Defendants Sheriff Wegener, Susan Canterbury, Jeri Swann, and Cathlene Pearce*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of November 2016, I electronically filed a true and correct copy of the above and foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

David A. Lane
Dunia Dickey
Andy McNulty
Jamie Akard
Sydney Wolak
**Killmer, Lane & Newman, LLP**
dlane@kln-law.com
ddickey@kln-law.com
amcnulty@kln-law.com
jakard@kln-law.com
swolak@kln-law.com
*Attorneys for Plaintiff*

Steven A. Michaelk
Elizabeth J.M. Howard
**Childs McCune LLC**
smichalek@childsmccune.com
ehoward@childsmccune.com
mbaltz@childsmccune.com
*Attorney for Defendant Dr. Fitting*

　　　　　　　　　　　　　　　　　　　　s/ Tammy Stephenson

01199761.DOCX