IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,
v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

---

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY
---

      Defendants, **FRED WEGENER, SUSAN CANTERBURY, JERI SWANN,** and **CATHLENE PEARCE**, by their attorneys **SENTER GOLDFARB & RICE, LLC**, hereby request an extension of time up to and including Friday, December 2, 2016, to respond to Plaintiff's written discovery, and in support thereof, state as follows:

      1.    Undersigned defense counsel certifies conferral with Plaintiff's counsel pursuant to D.C.Colo.LCiv.R 7.1(a) regarding the contents of this Motion. Plaintiff does not oppose Defendants' request for an extension.

      2.    Defendants filed a stipulation for extension to respond to Plaintiff's written discovery on November 4, 2016 [Doc. #39], giving Defendants up to and including

Monday, November 21, 2016 to respond. Thus, by way of this Motion, Defendants seek their second extension of the deadline to respond to Plaintiff's written discovery.

3. Defendants still need more time to compile documentation in response to Plaintiff's 19 document requests to Sheriff Wegener, and defense counsel has yet to make contact with one of its nurse Defendants, Cathlene Pearce.

4. The additional extension will not interfere with any other case deadlines. Plaintiff has not yet requested the depositions of these Defendants. Plaintiff's deposition is set for December 13, 2016. And, the discovery cut off is January 23, 2017.

5. This request for extension comports with the requirements of D.C.COLO.LCivR 6.1(a)-(c), as it is being filed before the present deadline for Defendants' discovery responses, states the reasons for the necessary extension and the total number of extensions requested previously, and is being served by defense counsel on their clients.

**WHEREFORE**, Defendants respectfully request an extension of time up to and including Friday, December 2, 2016, in which to respond to Plaintiff's written discovery.

Respectfully submitted,


By s/ Eric M. Ziporin
*Eric M. Ziporin*
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
E-mail:  eziporin@sgrllc.com


By s/ Ashley M. Kelliher
*Ashley M. Kelliher*
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
E-mail:  akelliher@sgrllc.com
*Counsel for Defendants Wegener,
Canterbury, Swann, and Pearce*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of November 2016, I electronically filed a true and exact copy of the above and foregoing *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

David A. Lane
Andrew McNulty
Dunia Dickey
Jamie Akard
Sydney Wolak
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
amcnulty@kln-law.com
ddickey@kln-law.com
jakard@kln-law.com
swolak@kln-law.com
*Attorneys for Plaintiff*

Steven A. Michalek
Elizabeth J. M. Howard
Childs McCune LLC
821 17th Street, Suite 500
Denver, Colorado 80202
smichalek@childsmccune.com
ehoward@childsmccune.com
*Attorneys for Defendant Dr. Fitting*

          *s/ Barbara A. Ortell*
          Barbara A. Ortell, Legal Secretary

01188377.DOCX