IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

**ORDER RE *UNOPPOSED* MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY**

---

**THIS MATTER** is before the Court on Defendants Fred Wegener, Susan Canterbury, Jeri Swann, and Cathlene Pearce's *Unopposed* Motion for Extension of Time to Respond to Plaintiff's Written Discovery. Having fully considered the matter, it is **HEREBY ORDERED** that the Motion is **GRANTED**. Defendants have up to and including December 2, 2016 to respond to Plaintiff's written discovery.

                                                 **BY THE COURT:**

                                                 _____
                                                 John L. Kane
                                                 United States District Court Judge

01188374.DOCX