## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

_____

### ENTRY OF APPEARANCE FOR GINA L. GLOCKNER
_____

    Gina L. Glockner of the law firm CHILDS MCCUNE LLC, member of the Bar of the State of Colorado and admitted to practice before this Court, and having been duly authorized to do so by Defendant Katherine Fitting, M.D., hereby enters her appearance as counsel for Defendant Katherine Fitting, M.D.

    A copy of all future correspondence and documentation should be directed to the undersigned counsel.

    Respectfully submitted this 21st day of November, 2016.

                                                    */s/ Gina L. Glockner*  
                                                    Steven A. Michalek, #29491  
                                                    Elizabeth J.M. Howard, #41439  
                                                    Gina L. Glockner, #44359  
                                                    Childs McCune LLC  
                                                    821 17th Street, Suite 500  
                                                    Denver, CO 80202  
                                                    Telephone: (303) 296-7300  
                                                    FAX: (720) 625-3637  
                                                    Email: smichalek@childsmccune.com  
                                                    Email: ehoward@childsmccune.com  
                                                    Email: gglockner@childsmccune.com  
                                                    Attorneys for Defendant Dr. Fitting

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on November 21, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE FOR GINA L. GLOCKNER** was filed with the Court and served electronically via ECF upon the following:

| | |
|---|---|
| David A. Lane | Ashley McCall Kelliher |
| Andy McNulty | Eric Michael Ziporin |
| Eudoxie (Dunia) Dickey | Senter Goldfarb & Rice, LLC |
| Killmer, Lane & Newman, LLP | 3900 East Mexico Avenue, Suite 700 |
| 1543 Champa St., Ste. 400 | Denver, CO 80210 |
| Denver, CO  80202 | Email: akelliher@sgrllc.com |
| Email: dlane@kln-law.com | Email: eziporin@sgrllc.com |
| Email: amcnulty@kln-law.com | |
| Email: ddickey@kln-law.com | |

                                                    *s/ Mary Baltz*

       This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).

2