## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

     Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN; in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

     Defendants.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY (ECF NO. 40)
_____

Before the Court is the Unopposed Motion for Extension of Time to Respond to

Plaintiff's Written Discovery (ECF No. 40) filed by Defendants Fred Wegener, Susan

Canterbury, Jeri Swann, and Cathlene Pearce. Having fully considered the matter, I GRANT the

Motion and ORDER that Defendants Wegener, Canterbury, Swann, and Pearce have up to and

including Friday, December 2, 2016, to respond to Plaintiff's written discovery.

DATED this 21st day of November, 2016.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE