IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

Defendants.

---

**MOTION TO WITHDRAW**
---

**COMES NOW, ASHLEY M. KELLIHER** of **SENTER GOLDFARB & RICE, LLC**, and pursuant to D.C.COLO.LAtt R 5(b), hereby requests leave of Court to withdraw from the above-referenced action as counsel for Defendants **FRED WEGENER, SUSAN CANTERBURY, JERI SWANN,** and **CATHLENE PEARCE**.

1. Pursuant to D.C.COLO.L.CIV.R 7.1(b)(4), conferral regarding motions pursuant to D.C.COLO.LAtt R 5(b) is not required.

2. Ms. Kelliher has served as counsel of record for the above-referenced Defendants throughout this litigation. Ms. Kelliher recently resigned her employment with Senter Goldfarb & Rice, LLC, and has been hired as an attorney for the law firm Allen &

Curry, P.C. As such, Ms. Kelliher's resignation requires her withdrawal of appearance in connection with this case and others pending before this Court in which she has entered an appearance as counsel of record.

3. Defendants will continue to be represented by Eric M. Ziporin of Senter Goldfarb & Rice, LLC. Thus, Defendants will continue to have other adequate representation.

4. Given the fact that Defendants will continue to be represented by other attorneys associated with Senter Goldfarb & Rice, LLC, none of the parties will be prejudiced by the withdrawal of Ms. Kelliher, and no delay to this litigation will be caused by the granting of this Motion.

5. Defendants have been notified of Ms. Kelliher's withdrawal, and they will receive a copy of this Motion.

6. For these reasons, undersigned counsel has shown good cause for her withdrawal.

**WHEREFORE**, having demonstrated good cause, undersigned counsel Ashley M. Kelliher, respectfully requests this Court enter an Order permitting her withdrawal as counsel of record for Defendants.

Respectfully submitted,


By ___s/ Ashley M. Kelliher___
*Ashley M. Kelliher*
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail:  akelliher@sgrllc.com
*Counsel for Defendants Fred Wegener, Susan Canterbury, Jeri Swann, and Cathlene Pearce*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of December 2016, I electronically filed a true and exact copy of the above and foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Andrew McNulty
Dunia Dickey
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
amcnulty@kln-law.com
ddickey@kln-law.com
jakard@kln-law.com
swolak@kln-law.com
*Counsel for Plaintiff*

Steven A. Michalek
Elizabeth J. M. Howard
Gina L. Glockner
Childs McCune LLC
821 17th Street, Suite 500
Denver, Colorado 80202
smichalek@childsmccune.com
ehoward@childsmccune.com
gglockner@childsmccune.com
*Counsel for Defendant Dr. Fitting*

                                                s/ Tammy Stephenson
                                                Tammy Stephenson, Legal Assistant

01206075.DOCX