# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

_____

## **UNOPPOSED** MOTION TO AMEND THE SCHEDULING ORDER
_____

Plaintiff, through undersigned counsel, submits the following Motion to Amend the Scheduling Order, to be reset after discovery closes, and states the following in support:

1. A scheduling conference in this matter was held on September 23, 2016, and scheduling order was entered [Doc. 30].

2. Plaintiff has not filed any motions to amend the scheduling order up to date.

3. Due to extensive records and depositions which are required in this case, Plaintiff requires additional time to complete discovery.

4. The parties have propounded written discovery and Defendant has taken Plaintiff's deposition. Plaintiff deposed Defendant Fitting on January 5, 2017.

5. Plaintiff propounded written discovery to Defendants Fitting, Swann, Pearce, Canterbury and Wegener on October 4th, 2016.

6. Defendant Fitting responded to Plaintiff's written discovery on November 3rd, 2016.

1

7.      Defendants Swann, Canterbury, and Wegener responded to Plaintiff's written discovery on December 2nd, 2016.

8.      Plaintiff has not received written discovery responses from Defendant Pearce.

9.      Plaintiff's counsel is working diligently to schedule Defendants Wegener, Swann, and Canterbury's depositions.

10.     Plaintiff's counsel also wishes to depose Defendant Pearce upon receiving her written discovery responses.

11.      Therefore, Plaintiff respectfully requests that this Court amend the Scheduling Order by moving the discovery-cut off and dispositive motion deadline by 60 days. Plaintiff proposes the following deadlines: Discovery Cut-Off: March 24, 2017; Dispositive Motions Deadline: April 24, 2017.

12.     No Party will be prejudiced by the relief sough herein, and good cause exists to amend the Scheduling Order as described by Plaintiff.

## CERTIFICATION PURSUANT TO D.C. COLO. L. CIV. R. 7.1

13.     Counsel for Plaintiff, Andy McNulty, certifies that he conferred with Eric Ziporin, counsel for Defendants Wegener, Swann, Canterbury, and Pearce, and Steve Michalek, counsel for Defendant Fitting, on January 3, 2017, via email. Defendants do not oppose the relief requested herein.

## CERTIFICATION PURSUANT TO D.C.COLO. LCIvR. 6.1(C)

14.     Counsel for Plaintiff certifies that this motion will be served contemporaneously on their client upon the filing of this motion.

**CONCLUSION**

WHEREFORE Plaintiffs respectfully request that this Honorable Court amend the Scheduling Order by extending the discovery related deadlines and dispositive motions deadline to the above proposed dates.

Dated this 6th day of January, 2017.

                      KILLMER, LANE & NEWMAN, LLP

                      *s/ Andy McNulty* _____
                      David A. Lane
                      Andy McNulty
                      Eudoxie (Dunia) Dickey
                      1543 Champa Street, Suite 400
                      Denver, CO 80202
                      (303) 571-1000
                      dlane@kln-law.com
                      amcnulty@kln-law.com
                      ddickey@kln-law.com
                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of January, 2017, I filed the foregoing via CM/ECF which will generate a notice and service on the following:

                      *s/ Sydney Wolak*
                      Sydney Wolak