## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

     Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

     Defendants.

## PROPOSED ORDER

Comes now the Court, having reviewed Plaintiff's Unopposed Motion to Amend the Scheduling Order, and being sufficiently advised of the premises and for good cause shown, hereby GRANTS the Motion. The deadlines outlined in the Scheduling Order are amended as follows:

Discovery Cut-Off: March 24, 2017

Dispositive Motions Deadline: April 24, 2017.

    So Ordered this _____ day of _____, 2017.


                                              BY THE COURT:

                                              _____