IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
AMEND THE SCHEDULING ORDER (ECF NO. 45)

---

Kane, J.

    Having reviewed Plaintiff's Unopposed Motion to Amend the Scheduling Order (ECF No. 45) and being sufficiently advised of the premises and for good cause shown, I hereby GRANT the Motion. The deadlines outlined in the Scheduling Order are amended as follows:

    Discovery Cut-Off: March 24, 2017

    Dispositive Motions Deadline: April 24, 2017.

    DATED this 9th day of January, 2017.

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE