# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

## UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER

Defendants, **SHERIFF FRED WEGENER**, **NURSE SUSAN CANTERBURY**, **NURSE JERI SWANN**, and **NURSE CATHLENE PEARCE**, by their attorney, **ERIC M. ZIPORIN** of the law firm of **SENTER GOLDFARB & RICE, LLC**, and pursuant to Fed.R.Civ.P. 26(c), hereby move the Court to enter the attached Stipulation and Protective Order, which has been agreed to and fully executed by all parties, and which is incorporated by reference as fully set forth herein.

Respectfully submitted,

s/ Eric M. Ziporin
*Eric M. Ziporin*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail:   eziporin@sgrllc.com

*Counsel for Defendants –*
*Wegener, Canterbury, Swann, and Pearce*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of February, 2017, I electronically filed a true and exact copy of the above and foregoing **UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Eudoxie Dickey
Andrew J. McNulty
dlane@kln-law.com
ddickey@kln-law.com
amcnulty@kln-law.com
*Attorneys for Plaintiff*

Steven A. Michalek
Elizabeth J.M. Howard
Gina L. Glockner
smichaelk@childsmccune.com
ehoward@childsmccune.com
gglockner@childsmccune.com
*Attorneys for Defendant Dr. Fitting*

                s/ Barbara A. Ortell
                Barbara A. Ortell, Legal Secretary

00289565.DOCX