IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-02507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WAGNER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
NURSE KATHLEEN PIERCE, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

## ENTRY OF APPEARANCE

**SUSAN E. MCNULTY**, of **SENTER GOLDFARB & RICE, LLC**, hereby enters her appearance on behalf of Defendants **SHERIFF FRED WEGENER** (incorrectly identified as "Sheriff Fred Wagner" in the caption), **SUSAN CANTERBURY** and **JERI SWANN**.

Respectfully submitted,

s/ Susan E. McNulty
*Susan E. McNulty*
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: smcnulty@sgrllc.com
*Attorneys for Defendants Sheriff Fred Wegener, Susan Canterbury and Jeri Swann*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of March, 2017, I electronically filed a true and exact copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
dlane@kln-law.com
*Attorney for Plaintiff*

Julian G.G. Wolfson
jwolfson@kln-law.com
*Attorney for Plaintiff*

Steven A. Michalek
smichalek@childsmccune.com
*Attorney for Defendant Dr. Fitting*

Elizabeth J.M. Howard
ehoward@childsmccune.com
*Attorney for Defendant Dr. Fitting*

s/ Barbara A. Ortell
Barbara A. Ortell, Legal Secretary

01244203.DOCX

2