

**Park County Sheriff's Office**
**Jail Division**

*To:* Denver Health

*From:* Capt. D. Muldoon            3513

*Subject:* Schwark, Kyle 12/01/1969

*Date:* Monday, March 10, 2014

---

The Park County Jail will assume financial responsibility for the care of Kyle Schwark 12/01/1969 in the secure unit of Denver Health.

**EXHIBIT C**

Schwark.Park000050