# Susan E. McNulty

| | |
|---|---|
| **From:** | Ashley Kelliher |
| **Sent:** | Friday, November 04, 2016 8:55 AM |
| **To:** | David Lane; 'DDickey@kln-law.com'; 'AMcNulty@kln-law.com' |
| **Cc:** | Eric Ziporin; Sheileen O'Hayre; 'Elizabeth Howard'; Steve Michalek; Jamie Akard; Sydney Wolak |
| **Subject:** | RE: Schwark v. Wegener- extension for discovery responses |

Counsel,

We need some more time for Defendants' discovery responses. Do you object to a two-week extension, making the responses due on 11/21? Thanks.

Ashley M. Kelliher
Attorney
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509 (phone)
(303) 320-0210 (fax)
akelliher@sgrllc.com



The information contained in this electronic message is privileged and confidential. The information is intended only for use of the person or entity named above. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please immediately notify me by telephone or e-mail. Thank you.

**From:** Sydney Wolak [mailto:SWolak@kln-law.com]
**Sent:** Tuesday, October 04, 2016 2:16 PM
**To:** Eric Ziporin <EZiporin@sgrllc.com>; Ashley Kelliher <akelliher@sgrllc.com>; Elizabeth Howard <ehoward@childsmccune.com>; Steve Michalek <smichalek@childsmccune.com>
**Cc:** David Lane <DLane@kln-law.com>; Julian Wolfson <JWolfson@kln-law.com>
**Subject:** Schwark v. Wegener- Plaintiff's First Set of Written Discovery Requests to Defendants

Counsel:

Attached please find **Plaintiff's First Set of Written Discovery Requests to Defendants**.

---
Sydney Wolak | Paralegal
**Killmer, Lane & Newman, LLP.**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO 80202


EXHIBIT E

1