## Susan E. McNulty

| | |
|---|---|
| **From:** | Sydney Wolak <SWolak@kln-law.com> |
| **Sent:** | Thursday, January 05, 2017 4:57 PM |
| **To:** | Eric Ziporin; Sheileen O'Hayre |
| **Cc:** | Elizabeth Howard; Andrew McNulty; Dunia Dickey; gglockner@childsmccune.com; amichalek@childsmccune.com; Tammy Stephenson |
| **Subject:** | Schwark v. Wegener, et al.- Setting Depositions |

Eric:

Could you please check availability for Defendant Canterbury and Swann for January 18th? We would like to set a deposition for that date given this date works with all our schedules. Upon your final response to Andy's recent email, I will send more dates in order to set the rest of the defendants' depositions.

Thanks,
Sydney
---
Sydney Wolak | Paralegal
**Killmer, Lane & Newman, LLP.**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO 80202
Ph -  303-571-1000
Fax - 303-571-1001
swolak@kln-law.com

1

**EXHIBIT**

**F**

# Eric Ziporin

| | |
|---|---|
| **From:** | Andrew McNulty <AMcNulty@kln-law.com> |
| **Sent:** | Wednesday, January 04, 2017 10:33 AM |
| **To:** | Mary Baltz; Ashley Kelliher; Eric Ziporin; Elizabeth Howard; Steve Michalek; Sheileen O'Hayre; Tina Kizer; Gina Glockner |
| **Cc:** | David Lane; Sydney Wolak; Dunia Dickey |
| **Subject:** | Schwark v. Wagner, et al. |

Counsel,

We believe it is necessary to move the discovery deadline in this matter for a few reasons. First, given the delays in the response to our discovery requests, we have not had adequate time to schedule depositions. Second, we have still not received Kathleen Pearce's discovery responses. We cannot depose Ms. Pearce until we receive her discovery responses. The current discovery cut-off is January 23, 2016 and the current dispositive motion deadline is February 22, 2017. We propose a 60 day extension of the discovery deadline and dispositive motion deadline. If possible, we would like to file this as a stipulated motion. If that is not amenable to all parties, may we represent to the Court that our motion is unopposed?

Thanks,

Andy McNulty
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
amcnulty@kln-law.com
(303) 571-1000