IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

### *STIPULATED* MOTION FOR EXTENSION OF TIME TO DEPOSE SHERIFF FRED WEGENER
_____

Plaintiff, **KYLE JEFFERY SCHWARK**, by his attorneys **KILMER, LANE & NEWMAN, LLP**, Defendants, **FRED WEGENER**, **SUSAN CANTERBURY**, **JERI SWANN**, and **CATHLENE PEARCE**, by their attorneys **SENTER GOLDFARB & RICE, LLC**, and Defendant, **DOCTOR KATHERINE FITTING**, by her attorneys **CHILDS MCCUNE LLC**, hereby request an extension of time up to and including Wednesday, April 12, 2017, for the sole purpose of conducting the deposition of Sheriff Fred Wegener, and in support thereof, state as follows:

    1.    Plaintiff previously requested, and the parties did not oppose, an extension of the discovery deadline to March 24, 2017. *See* Plaintiff's Unopposed Motion to Amend

the Scheduling Order, Doc. 45. On January 9, 2017, the Court granted Plaintiff's Motion. Doc. 46.

2.   The parties need a brief extension of time in order to conduct the deposition of Sheriff Fred Wegener. Originally, Sheriff Wegener was scheduled to be deposed on Friday, February 24, 2017. Due to unforeseen circumstances, Sheriff Wegener could not be deposed on that date. The parties have rescheduled the deposition to occur on Wednesday, April 12, 2017, at 1:00 p.m.

3.   The additional extension will not interfere with any other case deadlines.

4.   This request for extension comports with the requirements of D.C.COLO.LCivR 6.1(c), as it is being served by counsel on their clients.

**WHEREFORE**, the parties respectfully request an extension of time up to and including April 12, 2017, for the sole purpose of conducting the deposition of Sheriff Fred Wegener.

Respectfully submitted,

By s/ Eric M. Ziporin
*Eric M. Ziporin*
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
E-mail:  eziporin@sgrllc.com
*Counsel for Defendants Wegener, Canterbury, Swann, and Pearce*


By s/ Dunia Dickey
*Dunia Dickey*
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone:  (303) 571-1000
E-mail:  ddickey@kln-law.com
*Counsel for Plaintiff*


By s/ Steven Michalek
*Steven Michalek*
Childs McCune LLC
821 17th Street, Suite 500
Denver, Colorado 80210
Telephone:  (303) 296-7300
E-mail:  smichalek@childsmccune.com
*Counsel for Defendant Dr. Fitting*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of March, 2017, I electronically filed a true and exact copy of the above and foregoing *STIPULATED* **MOTION FOR EXTENSION OF TIME TO DEPOSE SHERIFF FRED WEGENER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Dunia Dickey
Andy McNulty
Julian G.G. Wolfson
dlane@kln-law.com
ddickey@kln-law.com
amcnulty@kln-law.com
jwolfson@kln-law.com
*Attorney for Plaintiff*

Steven A. Michalek
Elizabeth J.M. Howard
smichalek@childsmccune.com
ehoward@childsmccune.com
*Attorney for Defendant Dr. Fitting*

s/ Wanda J. Toney
Wanda J. Toney, Legal Secretary

01250524.DOCX