# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual
capacities;  NURSE SUSAN CANTERBURY, in her individual
capacity; NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

Defendants.

---

## MOTION TO WITHDRAW RE ELIZABETH J.M. HOWARD

---

Defendant, Katherine Fitting, M.D. ("Dr. Fitting"), by and through her attorneys, CHILDS

MCCUNE, LLC, hereby submits the following motion:

*__Certification of Conferral Pursuant to D.C.Colo.LCivR 7.1:__* It is not necessary to confer

on motions brought pursuant to D.C.Colo.LAttyR 5(b). Accordingly, no conferral has been

attempted or completed.

1.      Counsel for Dr. Fitting, Elizabeth J.M. Howard, has resigned from the firm and will

be leaving the private practice of law.

2.      Ms. Howard therefore seeks to withdraw pursuant to D.C.Colo.LAttyR 5(b).

3.      Good cause exists for Ms. Howard's withdrawal because she will no longer be

representing clients in the private practice of law, and because her withdrawal will not affect the

interests of Dr. Fitting, who is still represented in this matter by Steven A. Michalek and Gina L. Glockner.

3.     In accordance with D.C.Colo.LAttyR 5(b), this motion has been served on all counsel of record and on Dr. Fitting.

WHEREFORE, it is respectfully requested that the Court grant this motion and remove Ms. Howard as counsel of record for Dr. Fitting.

Respectfully submitted this 31st day of March, 2017.

/s/ Steven A. Michalek
Steven A. Michalek
Elizabeth J.M. Howard
Gina L. Glockner
Childs McCune LLC
821 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 296-7300
FAX: (720) 625-3637
Email: smichalek@childsmccune.com
Email: ehoward@childsmccune.com
Email: gglockner@childsmccune.com
Attorneys for Defendant Dr. Fitting

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 31, 2017, a true and correct copy of the foregoing **MOTION TO WITHDRAWAL RE ELIZABETH J.M. HOWARD** was filed with the Court and served electronically via ECF upon the following:

David A. Lane
Andy McNulty
Eudoxie (Dunia) Dickey
Killmer, Lane & Newman, LLP
1543 Champa St., Ste. 400
Denver, CO  80202
Email: dlane@kln-law.com
Email: amcnulty@kln-law.com
Email: ddickey@kln-law.com

Eric Michael Ziporin
Susan E. McNulty
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Email: eziporin@sgrllc.com
smcnulty@sgrllc.com

*s/ Mary Baltz*

This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).