IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

___

### *UNOPPOSED* MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE
___

Defendants, **FRED WEGENER**, **SUSAN CANTERBURY**, **JERI SWANN**, and **CATHLENE PEARCE** (hereinafter "Park County Defendants"), by their attorneys **SENTER GOLDFARB & RICE, LLC**, hereby request an extension of the dispositive motion deadline to May 8, 2017, assuming Plaintiff's Motion for Leave to File Second Amended Complaint has been ruled on by then, and if Plaintiff's Motion has not been ruled on by then, Park County Defendants seek an extension of the deadline until two weeks after the ruling. And in support thereof, Park County Defendants state as follows:

    1.    Counsel for Park County Defendants certifies conferral with Plaintiff's counsel as well as counsel for Defendant Dr. Fitting pursuant to D.C.Colo.LCiv.R 7.1(a)

regarding the contents of this Motion. Both counsel indicated that their clients do not oppose the relief requested herein.

2.      Plaintiff previously requested, and the parties did not oppose, an extension of the dispositive motion deadline to April 24, 2017. Doc. 45. On January 9, 2017, the Court granted Plaintiff's Motion to Amend the Scheduling Order. Doc. 46.

3.      On February 14, 2017, Plaintiff filed a Motion for Leave to File Second Amended Complaint. Doc. 49. Plaintiff's Motion seeks to add another Defendant to this action. *See id.* The Court has not yet ruled on this Motion.

4.      Considering the parties to this action may be altered by the Court's upcoming ruling, Park County Defendants request a brief extension of the dispositive motion deadline. Park County Defendants request that the dispositive motion deadline be extended to May 8, 2017. However, if Plaintiff's Motion has not been ruled on by then, Defendants respectfully request an extension of the deadline until two weeks after the Court's ruling has been issued.

5.      The additional extension will not interfere with any other case deadlines.

6.      This request for extension comports with the requirements of D.C.COLO.LCivR 6.1(c), as it is being served by defense counsel for Park County Defendants on their clients.

**WHEREFORE**, Park County Defendants respectfully request an extension of the dispositive motion deadline to May 8, 2017, assuming Plaintiff's Motion for Leave to File

Second Amended Complaint has been ruled on by then, and if Plaintiff's Motion has not been ruled on by then, Park County Defendants seek an extension of the deadline until two weeks after the ruling.

        Respectfully submitted,


        s/ Eric M. Ziporin
        *Eric M. Ziporin*


        s/ Susan E. McNulty
        *Susan E. McNulty*
        Senter Goldfarb & Rice, LLC
        3900 East Mexico Avenue, Suite 700
        Denver, Colorado 80210
        Telephone:  (303) 320-0509
        E-mail:  eziporin@sgrllc.com
           smcnulty@sgrllc.com

        *Counsel for Park County Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of April 2017, I electronically filed a true and exact copy of the above and foregoing *UNOPPOSED* **MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Andrew McNulty
Dunia Dickey
Jamie Akard
Sydney Wolak
dlane@kln-law.com
amcnulty@kln-law.com
ddickey@kln-law.com
jakard@kln-law.com
swolak@kln-law.com
*Counsel for Plaintiff*

Steven A. Michalek
Gina L. Glockner
smichalek@childsmccune.com
gglockner@childsmccune.com
*Counsel for Defendant Dr. Fitting*

        s/ Barbara A. Ortell
        Barbara A. Ortell, Legal Secretary

01258489.DOCX

4