# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE
### (ECF NO. 58)

Kane, J.

    Having reviewed Defendants Fred Wegener, Susan Canterbury, Jeri Swann, and Cathlene Pearce's Unopposed Motion for Extension of Dispositive Motion Deadline (ECF No. 58) and being sufficiently advised of the premises and for good cause shown, I hereby GRANT the Motion. The deadline outlined in the Scheduling Order is amended as follows:

    Dispositive Motions Deadline: May 8, 2017.

    DATED this 12th day of April, 2017.

    _____
    JOHN L. KANE
    SENIOR U.S. DISTRICT JUDGE