# Medical History
## ANSWER ALL QUESTIONS YES OR NO

1. Backache/Back injury ✓
2. Joint problems ✓
3. Eye Trouble ____
4. Deaf/Hearing problems ____
5. Skin problems/Rash ✓
6. Asthma/Shortness of breath ____
7. Tuberculosis ____
8. Heart Disease ____
   High Blood Pressure ____
   Chest Pain/Angina ____
9. Dizzy/Fainting ____
10. Epilepsy/Seizures ____
11. Weight Gain/Loss ____
12. Hernia/Rupture ____
13. Intestinal/Bowel Problems ____
14. Cancer/Tumor ____
15. Rectal Problems ____
16. Hepatitis A, B, C ____
17. Diabetes/Thyroid ____
18. Mental/Emotional
    Are you suicidal ____
    Have you ever thought about or attempted suicide ____
    Has anyone in your family ever attempted or committed suicide ____
    Do you have a mental illness or disability ____
19. Gall Bladder problems ____
20. Bleeding disorder ____
21. Dental Problems ____
22. Do you smoke ____ How Long ____
23. Are you pregnant ____
24. Past/Present Alcohol or Drug abuse ✓

Visual/Physical Evaluation Completed By _____ Date _____

Comments:

Exhibit A

## Medical Questionnaire
## And
## Emergency Notification

Name _Kyle J Schwark_ DOB _12 01 01_ SSN# _07852 3873_

Emergency Contact _Nancy Webber (mother)_ Ph# _585-729 6449_
Address _Fairport NY_
Relationship _Mom_

Known Allergies to:

Medications _NO_ Foods _NO_ Bees _NO_ Nuts _NO_

Current Prescriptions _Xanax 2-4 day  Suboxm 1/2 Strip in am_

Do you have your prescriptions with you? _yes_

Who can be contacted to have your prescriptions brought here _____

Name/Location of Pharmacy where you get your prescriptions _City Market Breck_ ? PH#

Medical Information Release Approval _Yes Scrips & letters_

Prescribing Physician _Dr Singer_ PH# _____ Fax# _____

Did You Arrive here from another facility? _NO_

Most recent Facility _Holding Cell here_

What medications were you on at your last facility? _Was taken off My Xanax_

I, _Kyle Schw_ Hereby Authorize prescribing physician to release to Park County Jail my recent labs, diagnosis(es) and medications ordered for condition of care. Information may be provided by fax, phone or electronically.

I, _Kyle Sch_ Hereby authorize the attending physician, or the physician designated by him/her and other facility employees, to examine and treat me. I also authorize such treatment and procedures as deemed necessary by a physician, including but not limited to, the taking of X-Rays, medications, blood samples, urine samples, and other therapies as deemed necessary. I understand that I will be given the opportunity to refuse any or all therapies and/or treatments prior to their being given. I am also aware that I may rescind this general consent at any time. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantee or assurance has been made or implied to me as to the results that may be obtained by examination and treatment.  I also understand that it is my responsibility to provide the most accurate and up to date medical information.

I certify that I have read and understand the above authorization.

Inmate signature _Kyle J Schwark_ Date _NOV 12/13_

Witness _____ Date _____

Additional Information not covered in this form?

_____
_____
_____

**TURN OVER**         **TURN OVER**         **TURN OVER**

Jonathan W. Singer, D.O.

8400 E. Prentice Ave., #301

Greenwood Village, CO   80111

(303) 488-0034


To whom it may concern:

Kyle Schwark, DOB 12/01/1969


This letter is to verify that Kyle Schwark has been under my medical care for opioid dependency, lead toxicity, and anxiety.  I have prescribed the following prescriptions for his on-going care:

Suboxone 8 mg/2 mg. sublingual film #30, take ½ - 1 daily

Alprazolam ER (Alprazolam) 1 mg., take 1 tablet twice – four times daily

Hydroxyzine 25 mg., 1 -2 every 4 – 6 hours as needed for anxiety

Inositol  (supplement) as needed

DLPA (supplement) 1 gram three times daily

5HTP  100 mg. @ 4 p.m. and @ bedtime


Kyle should continue taking these medications until he sees me again in my office for further evaluation.  Please make certain he stays on these medications.  If refills are needed or if you have any questions, please contact my office staff.


Sincerely,

*Jonathan W. Singer, D.O.  by lkl*
Jonathan W. Singer, D.O.

By LKL

Schwark.Park000006

**Misc Materials [px02]**

**B 0006**

**PARK COUNTY JAIL**
**MEDICATION SHEET**

MONTH _November_

1-12-13

INMATES NAME: Schwark, Kyle

unit F

ALLERGIES:

START  STOP  MEDICATION  DATE
Elidel 1% (on person) A.M.
P.M.
face & neck dermatitis  HS

START  STOP  MEDICATION  DATE
5 HTP  A.M.
P.M.
1 tablet  HS

START  STOP  MEDICATION  DATE
Inositol (on person)  A.M.
P.M.
Sleep  HS

START  STOP  MEDICATION  DATE
Desenicla (on person)  AM
PM
0.05%  HS

START  STOP  MEDICATION  DATE
Alprazolam  2mg  AM
3mg a Day  2mg  PM
1mg  HS

SIGNATURE/
INITIALS

Suzann RN
Suzann RN sc

1/13 16 3c called ed
Dr. Fitting with report
ordered continued alprazolam
I'M in Medical to explain med Regime, meds given sc

Schwark.Park000009

**PARK COUNTY JAIL**
**MEDICATION SHEET**

MONTH November 2013

| START | STOP | MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Suboxone ½ film | A.M. | | | | | | | | | | | | | ☐ | R | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | testosterone 1 tab daily | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Ketoconazol shampoo Kor | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Librium 25mg + 1dx 3d | AM | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | ⊃X | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | hold ___ then ___ | DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SIGNATURE / INITALS

ALLERGIES:

INMATES NAME: Schwark, Kyle

unit F

11-14-13 Call to Dr Faltling to report change - New order

INMATE VIEW FOR: KYLE JEFFREY SCHWARK
Print Date: 02/26/2014 00:24:37   Page: 1



PERSON

PERSON:
Name: SCHWARK, KYLE JEFFREY
DOB: 12/1/1969  Age: 44
SSN: 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
DL Num: 94-244-0974  DL State: CO
Home Phone: (719) 836-2902
Place Of Birth: NEW YORK
SID: 845516

HOME ADDRESS:
2427 CO RD 6
P.O. BOX 7399 PMB 287 BRECKENRIDGE CO 80424

ALMA, CO  80420

AKA:
1. SCHWARK, KYLE J
2. SCHWARK, KYLE

CHARACTERISTICS:
Height: 5' 5"  Weight: 140lb
Race: WHITE  Sex: MALE
Hair: BLONDE/STRAWBERRY  Eyes: BLUE
Hair Style: SHORT  Hair Type: STRAIGHT
Handed: RIGHT  Facial Hair: UNSHAVEN
Build: MEDIUM  Complexion: LIGHT

INMATE

Inmate Number: I0018585  Inmate Site Number: 3873  Status: UNSENTENCED
CUSTODY: SCHWARK, KYLE JEFFREY Is CURRENTLY IN CUSTODY
Housing Location: GENERAL POPULATION  Number: H1  Security Level: MINIMUM/MEDIUM/MAXIMUM
Classify: SENTENCED

*******************************************************************************
ACTIVE BOOKINGS: 1

1. Active Booking Number: B0028562      Arrest Type: WARRANT/TAKEN INTO CUSTODY
*** EXAMINE BOOKING ***
  Booking Status: UNSENTENCED
  PCN: 047920001078
  Booking Date: 02/25/2014 22:08:29  Arrest Date: 02/25/2014 21:00:00
  Arresting Officer: HANNING, N  3682  Booking Officer: COPELAND, T  3693
  Arresting Agency: PARK COUNTY SHERIFF'S OFFICE  Booking Agency: PARK COUNTY SHERIFF'S
  OFFICE

  Court: PARK COUNTY COMBINED COURT
  Conditions Of Release: SEE JUDGE
  --------------
  Warrant Number: D0472013CR000025 Type: ORIGINAL  Description: DUI  County: PARK COUNTY
  SHERIFF'S OFFICE


  Warrant Bail Subtotal - $0.00

**Katherine M. Fitting, M.D., FACP**

2-28-14   KYLE SCHWARK

① DC SUBOXONE
② DC CHLORDIAZEPOXIDE
③ WEAN OFF ALPRAZOLAM

1 mg tid X3
then

1 mg bid X3
then

1 mg 7
then 7 d X3

DC

SOUTH PARK MEDICAL GROUP
525 Hathaway  — Fairplay, CO  80440
719-836-1900  --  719-836-3283 fax

Schwark.Park000026

INMATE VIEW FOR: KYLE JEFFREY SCHWARK
Print Date: 11/12/2013 21:52:35   Page: 1



PERSON

PERSON:
Name: SCHWARK, KYLE JEFFREY
DOB: 12/1/1969  Age: 43
SSN: 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
DL Num: 94-244-0974  DL State: CO
Home Phone: (719) 836-2902
Place Of Birth: NEW YORK
SID: 845516

HOME ADDRESS:
2427 CO RD 6
P.O. BOX 7399 PMB 287 BRECKENRIDGE CO 80424

ALMA, CO  80420

AKA:
1. SCHWARK, KYLE J
2. SCHWARK, KYLE

CHARACTERISTICS:
Height: 5' 5"  Weight: 140lb
Race: WHITE  Sex: MALE
Hair: BLONDE/STRAWBERRY  Eyes: BLUE
Hair Style: SHORT  Hair Type: STRAIGHT
Handed: RIGHT  Facial Hair: UNSHAVEN
Build: MEDIUM  Complexion: LIGHT

INMATE

Inmate Number: I0018585  Inmate Site Number: 3873  Status: UNSENTENCED
CUSTODY: SCHWARK, KYLE JEFFREY Is CURRENTLY IN CUSTODY
Classify: INITIAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ACTIVE BOOKINGS:  1

1. Active Booking Number: B0028133       Arrest Type: WARRANT/TAKEN INTO CUSTODY
\*\*\* EXAMINE BOOKING \*\*\*
Case Number: 13CR25
Booking Status: UNSENTENCED
Booking Date: 11/12/2013 21:35:27  Arrest Date: 11/12/2013 21:35:00  Arrest Location: SO LOBBY
Arresting Officer: SHIMP, R  3702  Booking Officer: SHIMP, R  3702
Arresting Agency: PARK COUNTY SHERIFF`S OFFICE  Booking Agency: PARK COUNTY SHERIFF`S
OFFICE

Court: PARK COUNTY COMBINED COURT
Conditions Of Release: MUST SERVE 60 DAYS
---------------
No Active Sentence For Booking
---------------
Current Days In Custody: 0

\*\*\* BAIL TOTALS FOR ACTIVE BOOKINGS \*\*\*

  \*\*\* WARRANTS \*\*\*