# Medical Questionnaire
## And
## Emergency Notification

Name _Kyle J Schwark_ DOB _12-01-69_ SSN# _07852 3873_

Emergency Contact _Nancy Webber (mother)_ Ph# _585-729-6449_
Address _Fairport NY_ Relationship _Mom_

Known Allergies to:
  Medications _NO_  Foods _NO_  Bees _NO_  Nuts _NO_
Current Prescriptions _Xanax 2-4 day Suboxon ½ strip in am_
Do you have your prescriptions with you? _Yes_
Who can be contacted to have your prescriptions brought here _____? PH# _____
Name/Location of Pharmacy where you get your prescriptions _City Market Brock_
Medical Information Release Approval _Yes Scripts & tattoos_
Prescribing Physician _Dr Singer_ / / PH# _____ Fax# _____
Did You Arrive here from another facility? _No_
Most recent Facility _Holding Cell here_
What medications were you on at your last facility? _Was taken off my Xanax_
I _Kyle J Sch_ Hereby Authorize prescribing physician to release to Park County Jail my recent labs, diagnosis(es) and medications ordered for condition of care. Information may be provided by fax, phone or electronically.

I, _Kyle Sch_ Hereby authorize the attending physician, or the physician designated by him/her and other facility employees, to examine and treat me. I also authorize such treatment and procedures as deemed necessary by a physician, including but not limited to, the taking of X-Rays, medications, blood samples, urine samples, and other therapies as deemed necessary. I understand that I will be given the opportunity to refuse any or all therapies and/or treatments prior to their being given. I am also aware that I may rescind this general consent at any time. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantee or assurance has been made or implied to me as to the results that may be obtained by examination and treatment. I also understand that it is my responsibility to provide the most accurate and up to date medical information.

I certify that I have read and understand the above authorization.
Inmate signature _Kyle J Schwark_ Date _Nov 12/13_
Witness _____ Date _____

Additional Information not covered in this form?
_____
_____
_____

**TURN OVER**        **TURN OVER**        **TURN OVER**

SCHWARK 000052

**Park County Jail [px02]**        **G 0004**

Exhibit B