```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO
 2
      Civil Action Number 15-cv-02507-JLK
 3    _____

 4    VIDEOTAPE DEPOSITION OF:   KYLE JEFFERY SCHWARK
                                 December 13, 2016
 5    _____

 6    KYLE JEFFERY SCHWARK,

 7    Plaintiff,

 8    v.

 9    SHERIFF FRED WEGENER, in his official and individual
      capacities; NURSE SUSAN CANTERBURY, in her individual
10    capacity; NURSE JERI SWANN, in her individual capacity;
      NURSE CATHLENE PEARCE, in her individual capacity;
11    DOCTOR KATHERINE FITTING, in her individual capacity,

12    Defendants.
      _____
13
                  PURSUANT TO NOTICE, the deposition of KYLE
14    JEFFERY SCHWARK was taken on behalf of the Defendant
      Dr. Fitting at 821 17th Street, Suite 500, Denver,
15    Colorado 80202, on December 13, 2016, at 9:26 a.m.,
      before Rory L. Joyner, Certified Realtime Reporter,
16    Registered Professional Reporter, and Notary Public
      within Colorado.
17

18

19

20

21

22

23

24

25
```

**H+G**

**Hunter + Geist, Inc.**

Exhibit D

303.832.5966  
800.525.8490

1900 Grant Street, Suite 1025  
Denver, CO 80203

■ www.huntergeist.com  
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

---

141

```
14:02:46   1    get some orientation as to what you're talking about.
14:02:51   2         A.  I don't really -- the layout of that
14:02:55   3    building -- all I was concerned about was basically
14:02:58   4    dying.  It was a two-tiered place.  Upstairs was the
14:03:03   5    sleep area; down below was tables where you would eat
14:03:06   6    and a television, I guess.  And yeah.  I mean, I can
14:03:11   7    try to --
14:03:12   8         Q.  Here.  I can give you a pen too.
14:03:19   9             MR. McNULTY:  To clarify, you're asking
14:03:20  10    him to draw his room; is that correct?
14:03:24  11             MR. MICHALEK:  The F Pod.
14:03:24  12             MR. McNULTY:  The whole pod itself?
14:03:24  13             MR. MICHALEK:  Yeah.
14:03:27  14         A.  Can't we just get a -- the actual
14:03:28  15    schematic or whatever of the jail that shows the pod?
14:03:32  16             MR. MICHALEK:  We can request that from
14:03:33  17    those folks, but this is my one chance to talk to you.
14:03:36  18    So I just want to --
14:03:38  19         A.  I mean, you want to see how well I
14:03:39  20    remember the layout of the pod?
14:03:41  21         Q.  (BY MR. MICHALEK)  Well, I'm just trying
14:03:42  22    to get an understanding of what you're describing for
14:03:45  23    me when you say, like, your cot was here but you were
14:03:48  24    sitting by the door and waiting.  So if you could
14:03:51  25    diagram that for me, that would be helpful.
```

142

```
14:03:55   1         A.  I just -- I don't understand the relevance
14:03:56   2    of this.  But . . . I don't really -- I don't know how
14:07:25   3    to describe for you what's there.
14:07:27   4         Q.  So I'm just going to stand up so you can
14:07:27   5    sort of describe, and I'll have the videographer see if
14:07:30   6    he can focus on it.
14:07:31   7             (Deposition Exhibit 4 was marked.)
14:07:32   8         Q.  So tell me, sir, what you've drawn.  And I
14:07:35   9    understand you're not an artist.  I'm just trying to
14:07:38  10    get an orientation.
14:07:41  11         A.  Well, this would be the first floor.  This
14:07:44  12    would be the common area.  Okay.  I don't know north,
14:07:46  13    south, east, or west.  And I think upstairs, I think
14:07:50  14    there was -- three-quarters of the way around, there
14:07:53  15    was the sleeping quarters.  This would be the one I was
14:07:56  16    in, and I think it had -- these were double --
14:08:00  17         Q.  So when you came up to the --
14:08:01  18         A.  -- double cots or bunks.  And . . .
14:08:06  19         Q.  So which one were you in?  I'm sorry?
14:08:09  20         A.  Which cot?
14:08:10  21         Q.  Yes.
14:08:11  22         A.  I think it would have been the bottom one
14:08:13  23    right here.
14:08:14  24         Q.  So as you come up to the stairs straight
14:08:16  25    ahead and the back, you were on the bottom bunk,
```

143

```
14:08:19   1    correct?
14:08:20   2         A.  Yeah.
14:08:20   3         Q.  And you've written "bunks" on that bed?
14:08:23   4         A.  Right.  And those were the toilets right
14:08:25   5    there.  There was two toilets in there.  I remember
14:08:29   6    that.
14:08:29   7         Q.  And then you said there was a door that
14:08:31   8    came into F Pod, and that was on the first floor over
14:08:34   9    on the right side of your diagram; is that correct?
14:08:38  10         A.  Yeah.  Like I said, my direction on which
14:08:41  11    when you came down the stairs, where it was, but the
14:08:45  12    door where they would come in.  I think there was a
14:08:49  13    phone -- there was a phone there, and somewhere there
14:08:52  14    was a box for the kites and stuff.  This is where the
14:08:56  15    guards would come.  So I spent most of my time close to
14:09:04  16    the door as I could, just seated, so as not to miss
14:09:09  17    anyone that came to the door or -- and to frequently
14:09:16  18    use the intercom and --
14:09:19  19         Q.  Okay.
14:09:20  20         A.  Yeah.  I mean, literally just kept -- I
14:09:27  21    made the best effort I could to get someone to address
14:09:29  22    my issue.
14:09:30  23         Q.  Okay.
14:09:31  24         A.  And again, these guards would come, tell
14:09:34  25    me, I'm going to go look into it, and it would become a
```

144

```
14:09:37   1    shift change.  And then I would start over again with
14:09:42   2    another shift, telling someone who had no idea what I
14:09:45   3    was talking about what's going on and the relevance of
14:09:47   4    it.  And all the time slipping away, physically and
14:09:52   5    mentally.
14:09:52   6         Q.  Now, I take it -- I'm sorry.  Now, I take
14:09:55   7    it you took your medications as prescribed on the 12th
14:09:58   8    before you went into the jail, correct?
14:10:01   9         A.  Yeah.  Now, I had a hard time keeping
14:10:03  10    things down, so I don't know if I got an appropriate
14:10:06  11    dose in, but --
14:10:07  12         Q.  But you at least took them as ordered,
14:10:08  13    right?
14:10:09  14         A.  Yes, I had been taking them.
14:10:12  15         Q.  Okay.  And then the 14th, you said you
14:10:14  16    were sitting on the seats by the tables closest to the
14:10:18  17    door, correct?
14:10:19  18         A.  Um-hum.
14:10:19  19         Q.  Is that "yes"?
14:10:21  20         A.  Yes.
14:10:21  21         Q.  Okay.  And then do you recall what
14:10:25  22    happened on the 14th related to your seizure?  Tell me
14:10:32  23    what you remember.
14:10:36  24         A.  One of the last things I remember was a
14:10:39  25    female guard coming there.  And I waited until everyone
```