*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Susan Canterbury*

*February 07, 2017*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Stevens-Koenig Reporting

Exhibit G

Case 1:15-cv-02507-JLK   Document 65-7   Filed 05/08/17   USDC Colorado   Page 2 of 3

Kyle Jeffery Schwark vs.                                             Deposition of Susan Canterbury
Sheriff Fred Wegener, et al.                                         February 07, 2017

Page 21

1   MR. ZIPORIN:  To possibly clean up the
2   record.
3   MR. LANE:  Yeah.
4   MR. ZIPORIN:  You're asking general
5   questions about what is the protocol in terms of
6   weaning off the Xanax with the Librium, but she never
7   testified that's what occurred with Mr. Schwark --
8   MR. LANE:  Right.
9   MR. ZIPORIN:  -- in the November stay.
10  MR. LANE:  Right.  I'm just asking her
11  what her understanding of the overall picture -- the
12  game plan was at this point, and then we are going to
13  get into what actually happened.
14  A.  We didn't really get into the taper.
15  We didn't change the Xanax.  I mean, I took him his
16  own Xanax, and I packed one for in the morning.
17      And then that's when Jeri and Cathlene
18  were there the next day and, you know, we never had
19  time in that visit to -- in that particular -- I
20  mean, we never got very far.
21  Q.  (By Mr. Lane)  Okay.  Well, we'll talk
22  about that in a minute.  I'm just trying to
23  understand what was the -- what the game plan was.
24  And the game plan was get him off the Xanax, put him
25  on Librium, wean him off of Librium, right?

Page 22

1   A.  Right.
2   Q.  What was the game plan for Suboxone?
3   What was the purpose of Suboxone?
4   A.  If it's to reduce cravings, Dr. Fitting
5   said we can't give it here.  I don't know.  I can't
6   answer that question.
7   Q.  Well, did Dr. Fitting say no more
8   Suboxone?
9   A.  Not at that moment.
10  Q.  At some point --
11  A.  She said -- at some point she said --
12  she said she is not certified to manage Suboxone.
13  Q.  Okay.  That is a new one to me because
14  I'm not a doctor or a nurse or medical person.
15  A.  You have to have a special
16  certification.
17  Q.  Really?
18  A.  Uh-huh.
19  Q.  By some medical board or something
20  or --
21  MR. MICHALEK:  Object to foundation.
22  Q.  (By Mr. Lane)  -- do you know?
23  A.  No.
24  Q.  Okay.
25  A.  I don't know who determines that.

Page 23

1   Q.  But Dr. Fitting told you she is not
2   qualified to handle Suboxone issues?
3   A.  Correct.
4   (Mr. McNulty joined the proceedings.)
5   Q.  But if doctor --
6   MR. LANE:  This is Andy McNulty.  He is
7   co-counsel in this case.  Can we get you to move your
8   jacket there?
9   MR. MICHALEK:  Yep.  I'm doing that
10  right now.
11  MR. MCNULTY:  Thanks.
12  Q.  (By Mr. Lane)  Clearly a doctor on the
13  outside world had prescribed Suboxone apparently for
14  some reason, right?
15  MR. MICHALEK:  Object to form and
16  foundation.
17  A.  I guess that could be an assumption.
18  Q.  (By Mr. Lane)  Well, isn't that what
19  your assumption was?
20  A.  People get all kinds of things from
21  doctors.
22  Q.  I know they do.
23      But a doctor had said Kyle Schwark
24  needs Suboxone; here's a prescription for it, right?
25  A.  Okay.  If he's -- okay.  Antabuse, you

Page 24

1   have somebody in jail and a doctor said you take
2   Antabuse.  Well, if you're not drinking, you don't
3   need Antabuse, right?
4   Q.  Seems -- I'm not a doctor, but that
5   makes sense to me.
6   A.  So I think Suboxone is real similar in
7   that if you're not accessing drugs, then you don't
8   need something that's going to reduce your craving
9   for that drug.
10  Q.  Okay.  I don't -- like I said, I'm not
11  a doctor, so --
12  A.  Yeah.  Well, you know, I'm not either.
13  Q.  I get it.  I know so we are both kind
14  of shooting in the dark a little bit.  So I'm just
15  simply saying there must be something more
16  complicated about Suboxone than I can think of
17  because Dr. Fitting is not qualified to monitor it,
18  so apparently it needs monitoring and --
19  A.  I don't know what it means.
20  MR. MICHALEK:  Object to foundation.
21  A.  I have no idea.
22  MR. ZIPORIN:  Let him finish his
23  question before you answer, okay?  It will make her
24  job a lot easier.
25  MR. LANE:  Okay.

Case 1:15-cv-02507-JLK   Document 65-7   Filed 05/08/17   USDC Colorado   Page 3 of 3

Kyle Jeffery Schwark vs.
Sheriff Fred Wegener, et al.

Deposition of Susan Canterbury
February 07, 2017

Page 53

1  Q.  Okay.  In any event.  You see Kyle
2  Schwark having what you believe to be a psychotic
3  episode.  So what did you do?
4      MR. ZIPORIN:  We are going to take a
5  break after this answer.
6      A.  I just kept taking him the Xanax.
7      Q.  (By Mr. Lane)  Okay.
8      A.  I was hoping that -- and then -- oh, I
9  did -- what was the date of that?  At some point, I
10 did contact the psychiatric provider -- February, and
11 it's in the chart there somewhere.  And it would help
12 to have that in front of me.
13     Q.  Well, you know, I don't know if it's
14 here.  We have already got it in the exhibit books.
15 You can thumb through that during the break if you
16 want to take --
17     MR. ZIPORIN:  I think there's emails
18 right in front of you there.
19     MR. LANE:  Okay.  That's what I was
20 going to -- you want to keep going or do you want to
21 take a break?
22     MR. ZIPORIN:  Let's take a break.
23     (Recess taken from 9:49 a.m. to 10:07 a.m.)
24     MR. ZIPORIN:  The deponent just wants
25 to kind of just amend an answer related to the

Page 54

1  prescriptions that came in -- that were changed by
2  Dr. Fitting when he came back on February 25, 2014,
3  so go ahead.
4      THE DEPONENT:  Yeah.  I went to her
5  office on the 26th and I -- she DC'd the Suboxone.
6      Q.  (By Mr. Lane)  She what?
7      A.  Dr. Fitting -- oh, I'm sorry.  It's
8  medical language.  Discontinued the Suboxone.  And he
9  apparently came in with -- I'm not -- a script for
10 Librium.  At any rate, she discontinued the Librium
11 and put him back on his own -- on Xanax.  Gosh.  I
12 know.  It's written right there.
13     Q.  Okay.  What exhibit are you refreshing
14 your memory with?
15     MR. ZIPORIN:  Exhibit 27.
16     Q.  (By Mr. Lane)  And during the break
17 presumably you looked at Exhibit 27, and that
18 refreshed your recollection about what happened?
19     A.  Yeah.  I have a perfect picture in my
20 mind of that script, but I had the, you know, one
21 benzo flipped for the other --
22     Q.  Okay.
23     A.  -- is all.
24     Q.  So this is on the second time he was in
25 the jail, right?

Page 55

1      A.  Correct.
2      Q.  So he is back on Xanax?
3      A.  Yeah.
4      Q.  And he is being taken off the Suboxone,
5  right?
6      A.  Yeah.
7      Q.  Okay.  Now, Kyle was at that jail for
8  about 20 days before he got shipped off for the
9  second time to Denver Health, right?
10     A.  Right.
11     Q.  Okay.  Now, Kyle tells me that when he
12 came back to the jail on the second go-round, he was
13 immediately put in isolation down in the basement.
14     A.  Basement, no.
15     Q.  Isn't that where it was, in the
16 basement?
17     MR. SCHWARK:  Reception.  Just a
18 dungeon is all I can picture.
19     A.  No.  It's the segregation cell.
20     Q.  (By Mr. Lane)  Okay.  But he came in
21 off the streets, and that's where his first and only
22 stop was.  Do you recall that?
23     A.  Well, he was in holding and booking
24 until he was booked in.
25     Q.  Right.  And then he went straight to

Page 56

1  his isolation cell?
2      A.  Correct.  And I can't recall just why.
3  I can't remember.
4      Q.  Okay.
5      A.  I can't remember.
6      Q.  Okay.  And he says to me that he didn't
7  really start going crazy for several days.
8      A.  I can't say why he was in psych.  I
9  can't remember that.
10     Q.  Okay.  When we last spoke, I kind of --
11 it sort of sounded like he was immediately pretty
12 crazy when he first came back on that second
13 go-round.
14     A.  I can't remember at what point he
15 became crazy.
16     Q.  I mean, Kyle tells me that what
17 happened is he was being weaned way too quickly from
18 the Xanax, and the Suboxone was cut off completely.
19 And over a course of about, what, ten days?
20     MR. SCHWARK:  (Nodding head.)
21     Q.  (By Mr. Lane)  He just decompensated
22 and lost his mind.
23     I mean, does that sound like
24 approximately your recollection of what was
25 happening?