# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: November 2013

INMATES NAME: Edwards, Kyle
unit F

ALLERGIES: _____

| START STOP MEDICATION | DATE | 1-31 |
|---|---|---|
| Suboxone ½ film | AM / P.M. / HS | (marked 13) |
| Testosterone 1 tab daily | AM / P.M. / HS | |
| Ketoconazole Shampoo KOF | DATE A.M. / P.M. / HS | |
| Librium 25 mg tid x 3d / hold apap/tylen then resume | DATE AM / PM / HS | (marked 11) |
| START STOP MEDICATION | DATE AM / PM / HS | |

SIGNATURE / INITIALS: [signature] RN

11-14-13 Call to Dr Fitting to report seizure - New orders