**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

  Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

  Defendants.

---

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)**

  Plaintiff Kyle Jeffery Schwark, by and through his attorneys, David A. Lane and Julian G.G. Wolfson of KILLMER, LANE & NEWMAN, LLP, hereby submits pursuant to Fed. R. Civ. P. 26(a)(2) the individuals who may be called as expert witnesses at the trial of the above-captioned litigation:

## I.  RETAINED EXPERTS

  None.

## II.  NON-RETAINED EXPERTS

  **1. Jonathan W. Singer, D.O.**
   Healthfirst
   8400 East Prentice Avenue, Suite 310
   Greenwood Village, CO 80111

  Dr. Singer has treated, and continues to treat, Plaintiff, and was the individual responsible for prescribing the medications Plaintiff alleges he was denied in the Park County Jail. Dr.

1

Exhibit M

Singer is expected to testify to the reason(s) why Plaintiff was prescribed these medications, the function of such medications, and the effect of abruptly terminating administration of such medications, amongst other things.

Dr. Singer is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

2. **Herbert I. Fried, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Fried was the attending physician who treated Plaintiff between 11/14/2013 and 11/19/2013.  Dr. Fried is expected to testify to the fact that Plaintiff had bilateral C7 Pedicle fractures (and as a result had to be placed in a C-collar); a head laceration; and was dependent on opioids.  Dr. Fried is also expected to testify that Plaintiff was given prescriptions for Xanax and Suboxone upon discharge, amongst other discharge instructions. Finally, Dr. Fried is expected to testify as to the results of tests run on Plaintiff, including but not limited to pathology reports.

Dr. Fried is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

3. **Kevin McVaney, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. McVaney was the attending physician who examined Plaintiff when Plaintiff arrived at Denver Health on or around 11/14/2013.  Dr. McVaney also provided care to Plaintiff after admission.  Dr. McVaney is expected to testify as to Plaintiff's physical health upon admission. More specifically, Dr. McVaney is expected to testify that Plaintiff arrived at the hospital with an acute traumatic fracture in his spine and that surgery was recommended.  Finally, Dr. McVaney

2

is expected to testify as to the treatment and tests run on Plaintiff as it concerned his spinal injury.

Dr. McVaney is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

4. **Julie A. Taub, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Taub was one the treating physicians when Plaintiff was admitted on 3/10/2014.  Dr. Taub is expected to testify to the treatment that she provided and all diagnoses made concerning Plaintiff. Dr. Taub is also expected to testify to Plaintiff's psychosis, encephalopathy, agitation, and benzodiazepines use disorder/withdrawal, amongst other things. Finally, Dr. Taub is expected to testify to the fact that Plaintiff was possibly withdrawing from Suboxone and that his health may be improved if on Suboxone.

Dr. Taub is expected to testify as to her personal observations and evaluations of Plaintiff, and as a medical professional.

5. **Katherine Hurlbut**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Hurlbut was one of the attending physicians who treated Plaintiff on or around 3/10/2014.  Dr. Hurlbut is expected to testify to Plaintiff's mental health, including but not limited to diagnosing Plaintiff was benzodiazepine withdrawal, opiod withdrawal, and acute psychosis.  Dr. Hurlbut is also expected to testify that Plaintiff needed antipsychotic medications, but that Park County Jail was unable/unequipped to administer such medications against Plaintiff's will.

Dr. Hurlbut is expected to testify as to her personal observations and evaluations of Plaintiff, and as a medical professional.

6. **Robert M. House, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. House was one of the attending physicians that treated Plaintiff when Plaintiff was admitted to Denver Health on 3/10/2014.  Dr. House is expected to testify to the psychiatric treatment provided to Plaintiff and the results of the psychiatric evaluation he performed on Plaintiff.  Dr. House is also expected to testify to Plaintiff's mental health issues, including but not limited to his psychosis and other similar psychotic disorders, and the state of Plaintiff's mental health when he was admitted on or around 3/10/2014.

Dr. House is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

7. **Michael Susalla, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Susalla was one of the physicians that provided care to Plaintiff on or around 3/10/2014.  Dr. Susalla is expected to testify to Plaintiff's mental health issues, including but not limited to his psychosis. Dr. Susalla is also expected to testify that Plaintiff needed to be administered medications against his will but that Park County Jail did not have the ability to do so.

Dr. Susalla is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

4

8. **Thida Thant, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Thant provided treatment to Plaintiff on or around 3/11/2014.  Specifically, Dr. Thant provided Plaintiff with a psychiatry consultation.  Dr. Thant is expected to testify to the findings and recommendations generated from her psychiatry consultation with Plaintiff, including but not limited to the fact that she found Plaintiff to suffer from psychosis and agitation, and that Plaintiff was likely withdrawing from benzodiazepines (which he was dependent on).

Dr. Thant is expected to testify as to her personal observations and evaluations of Plaintiff, and as a medical professional.

9. **Craig Holland, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Holland was one of the attending physicians that treated Plaintiff on or around 3/11/2014.  Dr. Holland is expected to testify to Plaintiff's mental health issues, including but not limited to Plaintiff's psychosis (including the cause of his psychosis) and Plaintiff's agitation. Dr. Holland is also expected to testify to Plaintiff's benzodiazepine dependence issues and to the fact that Plaintiff was likely withdrawing from benzodiazepines and/or other substances prior to and during his admission to the hospital.

Dr. Holland is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

10. **Benjamin Metelits, M.D.**
   Denver Health Medical Center
   777 Bannock St.
   Denver, Co 80204

Dr. Metelits was one of the treating physicians for Plaintiff on or around 3/10/2014.  Dr. Metelits is expected to testify, amongst other things, on the status of Plaintiff's mental health during the period of time when he treated Plaintiff, including but not limited to Plaintiff's psychosis disorder and Plaintiff's benzodiazepine/opiate dependency issues.

Dr. Metelits is expected to testify as to his personal observations and evaluations of Plaintiff, and as a medical professional.

11. **Venkata Manchala**
    Denver Health Medical Center
    777 Bannock St.
    Denver, Co 80204

Dr. Manchala was one of Plaintiff's treating physicians on or around 3/11/2014, who was responsible for conducting Plaintiff's Medicine History & Physical/Consultation.  Dr. Manchala will be expected to testify as to Plaintiff's diagnoses, including but not limited to his agitation and psychosis.  Dr. Manchala is also expected to testify to the fact that Plaintiff might have been suffering from opiate withdrawal.

12. **Any expert endorsed by any other party.**

13. **Plaintiff reserves the right to supplement the opinions of his experts and/or retain or identify additional expert witnesses as needed based on the information he receives throughout the course of discovery.**

Respectfully submitted this 23rd day of September, 2016.

KILLMER, LANE & NEWMAN, LLP

*/s Julian G.G. Wolfson*
David A. Lane
Julian G.G. Wolfson
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 (fax)

dlane@kln-law.com
jwolfson@kln-law.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of September 2016, I served a true and correct copy of the foregoing *PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)* via electronic mail and addressed to the following persons:

Eric M. Ziporin
Ashley M. Kelliher
SENTER GOLDFARB & RICE LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80201
Phone: 303-320-0509
eziporin@sgrllc.com
akelliher@sgrllc.com

*Attorney for Defendants Wegener, Caterbury, Swann, and Peace*

Elizabeth J.M. Howard
Steven A. Michalek
Childs McCune
821 17th Street, Suite 500
Denver, CO 80202
Phone: 303-296-7300
ehoward@childsmccune.com
smichalek@childsmccune.com

*Attorney for Defendant Fitting*

 *s/ Jamie Akard*

Jamie Akard

8