Policy 121

# PARK COUNTY JAIL
# POLICY AND PROCEDURE MANUAL

| Effective Date: 09/01/2015 | Approval: | Number: J-121-F |
|---|---|---|
| Subject: PHARMACUETICALS | | |
| Reference: | | Standard: |
| Chapter: XXI | Reevaluation Date: | No. Pages: 20 |

I. **PURPOSE:** To assure the proper dispensing of pharmaceuticals.

II. **DEFINITIONS:**
Pharmaceuticals are prescribed or non-prescribed mediations.

III. **POLICY:**
It is the policy of the Sheriff's Office that proper management of pharmaceuticals be dispensed by prescription practices including requirements that; 1) psychotropic (narcotic drugs) not be prescribed except under extreme requirements and only prescribed by a licensed physician; 2) "stop orders" time periods are required for all medications; and 3) the prescribing provider reevaluates a prescription prior to its renewal.

IV. **PROCEDURE:**
- There are procedures for medication receipt, storage, dispensing, and distribution.
- There is security storage and periodic inventory of all controlled substances, syringes, and needles.
- Dispensing of medicine will be in conformance with appropriate federal and state law.
- Specially trained officers may administer medications under the supervision of the health authority.
- There is accountability for administering or distributing medications in a timely manner, according to physician orders.

**EXHIBIT D**