

Park County Sheriff's Office
**Detention Center**
Fairplay, Colorado  80440

KYLE SCHWARK

In  11/12/13    21:35    (S.O. Lobby)
Out to hospital 11/14/13
Furlough given 11/15/13   while in hospital


\In  2/25/14    22:08        (picked up in Alma)
3/10/14   Out to Denver Health Secure Unit
3/12/14   Returned to PCDC
Out  4/1/14         TIME SERVED


In 4/16/14    22:03    (picked up in Alma)
Out 4/18/14      SURETY BOND



EXHIBIT
I

Schwark.Park 000112