# PARK COUNTY JAIL
# MEDICATION SHEET

MONTH: November    11-12-13

INMATES NAME: Schwark, Kyle

ALLERGIES:

| START | STOP | MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Elidel 1% (on person) face & neck dermatitis | A.M. / P.M. / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 5 HTP 1 tablet | A.M. / P.M. / **HS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Inositol (on person) sleep | A.M. / P.M. / **HS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Desonide (on person) 0.05% | AM / PM / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Alprazolam 3mg 3mg a Day 1mg | **AM** / PM / **HS** | | | | | | | | | | | | | 14 SC | | | | | | | | | | | | | | | | | | |

SIGNATURE / INITIALS: Shawn RN SW / ___ SC

unit F

11/13 16:30 called Dr. Fithian with report ___ continued alprazolam orders. Dr Fithian md of Regimen, meds given SC IM in Medical to explain med Regimen, meds given SC

EXHIBIT J

Schwark.Park000009

# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: November 2013

| START | STOP | MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Suboxone ½ film | AM | | | | | | | | | | | | | | R | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Testosterone 1 tab daily | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Ketoconazole Shampoo Kor | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Librium 25mg 1 tab x 3d | AM | | | | | | | | | | | | | | 7D | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | hold ativan then lessen | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _____

INMATES NAME: Schwark, Kyle

unit F

SIGNATURE / INITALS: Benjamin Gastron RN

11-14-13 Call to Dr Fitting to report seizure - New orders

Schwark.Park000010