Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 15-cv-02507-JLK

---

VIDEOTAPE DEPOSITION OF:   KYLE JEFFERY SCHWARK
                           December 13, 2016

---

KYLE JEFFERY SCHWARK,

Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity,

Defendants.

---

          PURSUANT TO NOTICE, the deposition of KYLE JEFFERY SCHWARK was taken on behalf of the Defendant Dr. Fitting at 821 17th Street, Suite 500, Denver, Colorado 80202, on December 13, 2016, at 9:26 a.m., before Rory L. Joyner, Certified Realtime Reporter, Registered Professional Reporter, and Notary Public within Colorado.

EXHIBIT K

Case 1:15-cv-02507-JLK   Document 66-11   Filed 05/08/17   USDC Colorado   Page 2 of 3

KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 147

| | | |
|---|---|---|
| 14:13:45 | 1 | testimony you don't recall seeing any of the nurses |
| 14:13:48 | 2 | from the time that you got there until midday on the |
| 14:13:51 | 3 | 14th, correct? |
| 14:13:52 | 4 | A.   Yeah.  I'm not sure when the first chance |
| 14:13:55 | 5 | I saw it, but it wasn't -- I don't know.  I kept -- I |
| 14:14:00 | 6 | just kept asking to get -- to please take me to medical |
| 14:14:05 | 7 | or have someone medical come in.  Someone help me. |
| 14:14:10 | 8 | Please help me. |
| 14:14:11 | 9 | Q.   And it's your testimony you didn't see |
| 14:14:12 | 10 | anybody from medical until after midday on the 14th, |
| 14:14:17 | 11 | correct? |
| 14:14:17 | 12 | A.   You know, I cannot recall the exact times |
| 14:14:20 | 13 | or anything.  I can just honestly tell you, from the |
| 14:14:23 | 14 | time I was in there to the time I had the first |
| 14:14:29 | 15 | seizure, I was just focused on getting someone to |
| 14:14:33 | 16 | address me. |
| 14:14:34 | 17 | Q.   Yeah.  That's what I'm trying to get at. |
| 14:14:36 | 18 | A.   Yeah. |
| 14:14:36 | 19 | Q.   What you're telling me is, from the time |
| 14:14:38 | 20 | you got in there until the time you had the first |
| 14:14:42 | 21 | seizure, you didn't see anybody from medical and nobody |
| 14:14:45 | 22 | from medical came to see you, right? |
| 14:14:47 | 23 | A.   Right.  Yeah. |
| 14:14:48 | 24 | Q.   Okay.  And the last thing you recall |
| 14:14:51 | 25 | before the seizure is seeing this officer, who was a |

Case 1:15-cv-02507-JLK   Document 66-11   Filed 05/08/17   USDC Colorado   Page 3 of 3
KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 227

16:22:17  1         A.   Not in place of -- for that same -- for
16:22:21  2    the purpose that Suboxone's serving.
16:22:27  3         Q.   **You were rearrested and then incarcerated**
16:22:32  4    **on February 25, 2014, correct?**
16:22:36  5         A.   That's correct.
16:22:37  6         Q.   **And then on March 10, 2014, you were taken**
16:22:40  7    **to Denver Health for an evaluation, correct?**
16:22:45  8         A.   I believe that's the date.
16:22:48  9         Q.   **Between February 25 of 2014 and March 10**
16:22:52 10    **of 2014, did you have any interaction with any nurses**
16:22:58 11    **at the jail?**
16:23:02 12         A.   The -- Nurse Canterbury said she had come
16:23:05 13    down and seen me in isolation numerous times, but
16:23:09 14    apparently I was just not coherent.  And she said, You
16:23:16 15    basically looked right through me and never even
16:23:21 16    acknowledged I was there.
16:23:23 17         Q.   **So you never had an opportunity during**
16:23:26 18    **those times she visited you to communicate with her,**
16:23:29 19    **correct?**
16:23:30 20         A.   No.
16:23:32 21         Q.   **Am I correct?**
16:23:34 22         A.   I said no, we didn't communicate.
16:23:39 23         Q.   **And did you interact with any other nurses**
16:23:42 24    **between February 25, 2014 and March 10, 2014?**
16:23:47 25         A.   Not that I remember.