

**PARK COUNTY JAIL**
**MEDICATION SHEET**

MONTH: February 2014

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START STOP MEDICATION DATE
Alprazolam ER  A.M.
1 tab P.O.  P.M.
 HS

START STOP MEDICATION DATE
Alprazolam ER  A.M.
1 tab BID x 3 days  P.M.
 HS

START STOP MEDICATION DATE
Alprazolam ER  A.M.
1 tab Q day  P.M.
 HS

START STOP MEDICATION DATE
 AM
 PM
 HS

START STOP MEDICATION DATE
 AM
 PM
 HS

ALLERGIES:

INMATES NAME: Schwark, Kyle

Unit: Holding 1

SIGNATURE / INITALS:
_Swan RN_
_Susan Calhoun RN_

5'3"  wt. 2/27  120

Schwark.Park000027

1 2 3
4 5 6
ID: 40

**EXHIBIT L**

to Denver Health E.D.
3/10/14

**Park County Jail Medication Sheet**
719-836-4337   fax 719-836-0722

Inmate Name: schwark, Kyle
Allergies:
Unit: Seg C
Month: March 2014
Date In: 2/25/14

Signatures: Susan Canterbury RN    Jeri Swann RN

| Medication | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALPRAZOLAM ER 1 tab bid x 3 days Mar 1-3 | A.M / 1400 / P.M. | / | / | / | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM ER 1 tab tid x 3 days Mar 4-6 then d/c | A.M / 1400 / P.M. | | | | / | / | / | / | | | | | | | | | | | | | | | | | | | | | | | | |
| Alprazolam ER 1 tab AM/PM | A.M / 1400 / P.M. | | | | / / W | / / Th | / / F | / / S | / / S | STOP | | | | | | | | | | | | | | | | | | | | | | |

Comments:
long Hx psychosis, ETOH abuse, drug abuse
Had been in inpatient MH facility in past, multiple attempts w/SI
problem with hallucinations, out of mind/SI   psychiatry
came with 85 cap Alprazolam ER 25mg, 51 librium, 30 suboxone 8mg/2mg SL Film

3/5  major
10 AM

Schwark.Park000028