IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity; and
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

---

## STIPULATION OF DISMISSAL OF DEFENDANT CATHLENE PEARCE WITH PREJUDICE

---

Plaintiff, **KYLE JEFFERY SCHWARK**, and Defendant, **CATHLENE PEARCE**, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves the Court for an Order granting their Stipulation of Dismissal of Cathlene Pearce with Prejudice.

AS GROUNDS THEREFOR, the parties state as follows:

1. Plaintiff stipulates and agrees to dismissal of all claims for relief against Defendant Cathlene Pearce with prejudice;

2. The Court may enter an Order of Dismissal of all claims against Cathlene Pearce with prejudice, without further action from these parties.



EXHIBIT N

3. Plaintiff and Defendant agree that each party will be responsible for their own attorney fees and costs.

WHEREFORE, the above parties respectfully request that this Court enter an Order dismissing the claims of Plaintiff Kyle Jeffery Schwark against Defendant Cathlene Pearce, with prejudice.

Dated this 8th day of May, 2017.

APPROVED:

By s/ Dunia Dickey
**Dunia Dickey**
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
E-mail: ddickey@kln-law.com
*Attorney for Plaintiff*

By s/ Eric M. Ziporin
**Eric M. Ziporin**
Senter, Goldfarb & Rice, LLC
3900 E. Mexico Ave., Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com
*Attorney for Defendant Cathlene Pearce*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of May, 2017, I electronically filed a true and exact copy of the above and foregoing **STIPULATION OF DISMISSAL OF DEFENDANT CATHLENE PEARCE WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Dunia Dickey
Andy McNulty
Julian G.G. Wolfson
dlane@kln-law.com
ddickey@kln-law.com
amcnulty@kln-law.com
jwolfson@kln-law.com
*Attorneys for Plaintiff*

Steven A. Michalek
Elizabeth J.M. Howard
smichalek@childsmccune.com
ehoward@childsmccune.com
*Attorneys for Defendant Dr. Fitting*

s/ Wanda J. Toney
Wanda J. Toney, Legal Secretary