# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: November    11-12-13

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

START STOP MEDICATION DATE A.M. P.M. HS
Elidel 1% (on person)
face & neck dermatitis

START STOP MEDICATION DATE A.M. P.M. (HS)
5 HTP
1 tablet

START STOP MEDICATION DATE A.M. P.M. (HS)
Inositol (on person)
sleep

START STOP MEDICATION DATE AM PM HS
Desonide (on person)
0.05%

START STOP MEDICATION DATE (AM) PM (HS)
Alprazolam 3mg
3mg @ Day    1mg

SIGNATURE / INITIALS
Susan RN
[signature] RN

ALLERGIES:

INMATES NAME: Schwark, Kyle
unit F

11/13 16:30 called Dr. Fitting with report
ordered continue alprazolam
1 M in medical to explain med regimen, meds given SL

# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: _November 2013_

| START STOP MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suboxone ½ film | A.M. | | | | | | | | | | | | | | KB | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Testosterone 1 tab daily | A.M. | | | | | | | | | | | | | | KB | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ketoconazole Shampoo Kor | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 25 mg × 3d | AM | | | | | | | | | | | | | ZB | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| hold acetaminophen then ibuprofen | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _____

INMATES NAME: Schwark, Kyle

unit F

SIGNATURE / INITALS:
Benjamin Gallegos RN

11-14-13 Call to Dr Fitting to report changes - New orders