Katherine M. Fitting, M.D., FACP

2-28-14  KYLE SCHWARK

① DC SUBOXONE
② DC CHLORDIAZEPOXIDE
③ WEAN OFF ALPRAZOLAM
    1 mg tid x 3
       then
    1 mg bid x 3
       then
    1 mg qd x 3
       then
    DC

/s/ K Fitting

SOUTH PARK MEDICAL GROUP
525 Hathaway -- Fairplay, CO 80440
719-836-1900 -- 719-836-3283 fax

**ATTACHMENT 2**

Schwark.Park000026