Page 1 of 1

## Susan Canterbury

**From:** Susan Canterbury
**Sent:** Wednesday, March 05, 2014 2:30 PM
**To:** 'cynthiaparker@coamhs.com'
**Subject:** Kyle Schwark

We were tapering the xanax 1 mg ER on Kyle but I think we need to greatly slow the taper, or may wind up just giving it to him, as least longer than we thought. Tues night was the first time to not get it at night, so just one yesterday. This 8 am he was starting to activate. Hallucinations have accelerate, highly activated, everyone has a gun to his head. Took forever to get him to take his 1 mg ER at 1:00 ish. His gaze does not focus on persons in room, appeared to have a seizure, spit all over his face, repetitive speech about the government wanting to kill him, definitely not of this world, gave the captain a reality check. I feel we need a new much slower taper program, thanks----asap He acts scared and hallucinating but does not offer to be aggressive, but very activated.
susan



SCHWARK 000089

3/7/2014

**ATTACHMENT 3**