**Susan Canterbury**

Exhibit #: 28
Name: Fitting
Rptr: WE Date: 1/5/17
Stevens-Koenig Reporting

From: Susan Canterbury
Sent: Thursday, March 06, 2014 10:44 AM
To: 'cynthiaparker@coamhs.com'
Subject: RE: Kyle Schwark

Yes, with what little I know, he was in major hallucinations, was standing and they said he tiped over like a falling tree, but I spent a good deal of time with him and his gaze/focus never actually seem directed at us/me- like he was looking and seeing things past and around us. You would not have been able to do anything with him in that state so I finally got him to take one of his ER xanax, he crunched it like a piece of candy, chewed it up- doesn't that increase the immediate effect? This behavior started about 8:00 am, the night before was the first time in the taper he didn't get pm xanax, and hadn't rec'd am yet. It
Accelerated by 1:00 to total hallucination, agitation. It was a long time before I was able to convince him to take a xanax. By 5:00 you could talk to him but he was still had one foot in another world. I am giving him his xanax bid, we will have to play it by ear, to see if this gets him to a point where he can even talk to you. Is there something we can start for hallucinations.? Susan. He is so paranoid that getting him to take something else may or may not happen. susan

---

From: cynthiaparker@coamhs.com [mailto:cynthiaparker@coamhs.com]
Sent: Wednesday, March 05, 2014 5:20 PM
To: Susan Canterbury
Subject: RE: Kyle Schwark

That sounds more like psychosis than seizure activity. Slowing the taper is fine, but perhaps he needs to have medications for hallucinations. If you want me to see him tomorrow as an emergency patient, I can try to see him at 3PM on Thursday. Let me know if that works.

Cynthia E. Parker, PsyD, LP, RXN-P, NP, APMHNP-BC, GNP-BC, MBA
Adult Mental Health Services LLC
101 West Main Street Suite 101
Frisco, CO 80443
Phone: 970-393-2526
Fax: 866-673-0404
Email: CynthiaParker@coamhs.com
SKYPE name: drcynthiaparker
Website for ONLINE INQUIRY or PAYMENT for Appointments - AMHS, LLC

-------- Original Message --------
Subject: Kyle Schwark
From: Susan Canterbury <scanterbury@parkco.us>
Date: Wed, March 05, 2014 2:29 pm
To: "'cynthiaparker@coamhs.com'" <cynthiaparker@coamhs.com>

We were tapering the xanax 1 mg ER on Kyle but I think we need to greatly slow the taper, or may wind up just giving it to him, as least longer than we thought. Tues night was the first time to not get it at night, so just one yesterday. This 8 am he was starting to activate. Hallucinations have accelerate, highly activated, everyone has a gun to his head. Took forever to get him to take his 1 mg ER at 1:00 ish. His gaze does not focus on persons in room, appeared to have a seizure, spit all over his face, repetitive speech about the government wanting to kill him, definitely not of this world, gave the captain a reality check. I feel we need a new much slower taper program, thanks---asap He acts scared and hallucinating but does not offer to be aggressive, but very activated. susan

SCHWARK 000098

3/7/2014

**ATTACHMENT 5**