**Susan Canterbury**

**From:** Susan Canterbury
**Sent:** Thursday, March 06, 2014 2:04 PM
**To:** 'cynthiaparker@coamhs.com'
**Subject:** ███████

*[handwritten: unrelated to schwark]*

███████

*[handwritten: Kyle]*

Returning to BID xanax 1 mg ER has Kyle Schwark more coherent and he is trying to figure out what happened yesterday. Yes major hallucinations is his problem when off his addiction. Is Seboxen a drug you can just take someone off of without dastardly consequences? I am working to get him coherent and cooperative enough to fill out the packet. He is convinced that his Dr Singer is God and his medications are what keep him on an "even keel" He will be a hard nut to crack and I personally feel 50 days here isn't going to do anything so long as Dr Singer is his advisor. He desparately needs long term inpatient treatment. He admits that he has been inpatient before. Think I will try to find out more about that and try to get records. Enjoy your Goff game? what do you think about a little short acting xanax midday until we can get him functioning better, to talk to you, or am I bothering myself with him too much.  susan

*[handwritten: @ IN 2/25/14 22:08]*

**ATTACHMENT 6**