**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

     Plaintiff,

v.

SHERIFF FRED WEGENER, in his individual and official capacity,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

     Defendants.

---

**PARK COUNTY DEFENDANTS' MOTION FOR LEAVE
TO FILE AMENDED AFFIDAVIT**

---

Defendants, **SHERIFF FRED WEGENER**, **NURSE SUSAN CANTERBURY**, **NURSE JERI SWANN**, and **CAPTAIN DANIEL MULDOON**, through their attorneys **SENTER GOLDFARB & RICE, LLC,** hereby move this Court for leave to file the amended affidavit of Nurse Cathlene Pearce (attached hereto as Exhibit E-1) and as grounds therefore would show:

1. Nurse Cathlene Pearce's affidavit was attached as Exhibit E to Park County Defendants' Motion for Summary Judgment, which was filed with the Court on May 8, 2017.

2. The version of Nurse Pearce's affidavit that was filed with the Court did not include her notarized signature.

3. Exhibit E-1 attached hereto is the signed and notarized version of Nurse Pearce's affidavit.

4. Apart from the notarization and signature, Exhibit E and Exhibit E-1 are identical.

5. Neither party will be prejudiced as a result of the filing of this supplemental affidavit.

6. Defendants have contacted Plaintiff's counsel as well as counsel for Dr. Fitting to seek consent for this motion. Neither party objects to the filing of this motion.

**WHEREFORE**, the Park County Defendants respectfully request that this Court grant leave to supplement Nurse Pearce's affidavit originally filed as Exhibit E to the Motion for Summary Judgment with Nurse Pearce's signed and notarized affidavit attached hereto as Exhibit E-1.

Respectfully submitted,

s/ Eric M. Ziporin
*Eric M. Ziporin*


s/ Susan E. McNulty
*Susan E. McNulty*
SENTER GOLDFARB & RICE, L.L.C.
3900 E. Mexico Ave., Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: eziporin@sgrllc.com
           smcnulty@sgrllc.com

*Attorneys for Park County Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of May, 2017, I emailed a true and exact copy of the above and foregoing **PARK COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED AFFIDAVIT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

David A. Lane
Andy McNulty
Dunia Dickey
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@kln-law.com
amcnulty@kln-law.com
ddickey@kln-law.com

*Attorneys for Plaintiff*

Steven Michalek
Gina Glockner
Childs McCune LLC
821 17th Street, Suite 500
Denver, Colorado 80202
(303) 296-7300
smichalek@childsmccune.com
gglockner@childsmccune.com

*Attorneys for Defendant Katherine Fitting, M.D.*

s/ Barbara A. Ortell
Barbara A. Ortell, Legal Secretary

4