THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

      Defendants.

## MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Kyle Schwark, by and through undersigned counsel, hereby moves for a 30-day extension for Plaintiff to respond to (i) Katherine Fitting's Motion for Summary Judgment [Doc. 65] and (ii) the Park County Defendants' Motion for Summary Judgment [Doc. 66], through and including June 29, 2017. In support thereof, Plaintiff states as follows:

1. On April 18, 2017, Plaintiff filed his Second Amendment Complaint [Doc. 61], adding Defendant Captain Daniel Muldoon as a new defendant.

2. On April 27, 2017, Defendant Dr. Katherine Fitting filed her Answer [Doc. 63] to Plaintiff's Second Amended Complaint.

3. On May 2, 2017, the Park County Defendants, now including Captain Muldoon, filed an Answer [Doc. 64] to Defendants' Second Amended Complaint.

1

4. On May 8, 2017 Defendant Dr. Katherine Fitting filed her Motion for Summary Judgment [Doc. 65].

5. On the same day, May 8, 2017, the Park County Defendants filed their Motion for Summary Judgment [Doc. 66].

6. As a preliminary matter, the filing of *any* motions for summary judgment at this point is premature in light of Plaintiff's Second Amended Complaint [Doc. 61], which was filed on April 18, 2017, adding new material factual allegations and Defendant Captain Daniel Muldoon as a new defendant.  Plaintiff has not yet had an opportunity to conduct any discovery at all with respect to Defendant Muldoon.  In his capacity as Captain of the Park County Jail, Defendant Muldoon played a key, central role in the events leading to the claims articulated in Plaintiff's Second Amended Complaint, and Plaintiff requires an opportunity to serve written discovery upon Defendant Muldoon and depose him under oath in order to obtain a full factual picture of the events in question.  It is highly likely that conducting such discovery upon Captain Muldoon will elicit answers, documents and in particular testimony which will shed light on hotly disputed material facts that bear on the culpability of *all* defendants to his lawsuit.  At this juncture, the granting of any motions for summary judgment is premature by virtue of the simple fact that numerous disputed material facts are unanswered and still remain to be discovered.

7. Plaintiff respectfully asks the Court to grant a 30-day extension to respond to Defendants' two Motions for Summary Judgement.

8. Since the filing of these motions, undersigned counsel has been assiduously working on Reponses to Defendants' two motions, but undersigned counsel has not previously

2

responded to any motions for summary judgment in her professional career, and thus will require additional time to complete these responses.

9. Further, undersigned counsel has depositions scheduled nearly every day from June 1, 2017 through June 16, 2017 in another matter, as well as a number of other matters, leaving very limited time to respond to two fulsome motions for summary judgment during this period of time.

10. Plaintiff has not previously sought or received an extension of time to respond to either of these Motions for Summary Judgment. This extension is sought in good faith and will not prejudice any party.

**CERTIFICATION PURSUANT TO D.C.COLO.LCiv.R 7.1**

Counsel for Plaintiff's office, certifies that they conferred with counsel for Defendant Dr. Katherine Fitting and counsel for Defendants Park County, Sheriff Fred Wegener, Nurse Susan Canterbury, Nurse Jeri Swann, and Captain Muldoon, via email on May 27, 2017 and via telephone and email on May 30, 2017. Counsel for Defendants indicated they do not oppose a three-week extension for Plaintiff to file responses to their respective Motions for Summary Judgement, although they are opposed to the granting of a 30-day extension.

WHEREFORE, Plaintiff respectfully requests a 30-day extension of time to respond to (i) Katherine Fitting's Motion for Summary Judgment [Doc. 65] and (ii) the Park County Defendants' Motion for Summary Judgment [Doc. 66], through and including June 29, 2017.

*/s/ Eudoxie (Dunia) Dickey*
David A. Lane
Andy McNulty
Eudoxie (Dunia) Dickey
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000

3

>
> dlane@kln-law.com
> amcnulty@kln-law.com
> ddickey@kln-law.com
>
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of May, 2017, I filed the foregoing via CM/ECF which will generate a notice and service on the following:

Steve Michalek
Gina Glockner
Childs McCune
821 17th Street, Suite 500
Denver, CO 80202
smichalek@childsmccune.com
gglockner@childsmccune.com
*Attorneys for Dr. Katherine Fitting*

Eric Ziporin
Susan McNulty
Senter Goldfarb & Rice
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com
smcnulty@sgrllc.com
*Attorneys for Sheriff Fred Wegener,
Susan Canterbury and Jeri Swan*

>
> *s/ Sydney Wolak*
> Sydney Wolak

4