## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## PROPOSED ORDER

Comes now the Court, having reviewed Plaintiff's Motion for Extension to Respond to Defendants' Motions for Summary Judgement, and being sufficiently advised of the premises and for good cause shown, hereby GRANTS the Motion. Counsel for Plaintiff has through and including June 29th, 2017 to respond to to (i) Katherine Fitting's Motion for Summary Judgment [Doc. 65] and (ii) the Park County Defendants' Motion for Summary Judgment [Doc. 66].

    So Ordered this _____ day of _____, 2017.

    BY THE COURT:

    _____