IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity; and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## ORDER ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 65 & 66) AND PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO THOSE MOTIONS (ECF NO. 72)

Kane, J.

    On April 17, 2017, I authorized Plaintiff Kyle Jeffery Schwark to amend his complaint in this case to add Captain Daniel Muldoon as a defendant. Mr. Schwark did so the following day. On May 8, 2017, after filing their Answers to the amended complaint, Defendant Dr. Katherine Fitting and Defendants Sheriff Fred Wegener, Nurse Susan Canterbury, Nurser Jeri Swann, and Captain Muldoon (the Park County Defendants) moved for summary judgment. Now, Mr. Schwark requests an extension of time to respond to Defendants' motions, arguing that the filing of any such motions is premature. I understand that Defendants filed their motions to comply with the dispositive motions deadline in the Scheduling Order, but I agree with Mr. Schwark that further discovery on Captain Muldoon should be conducted before considering summary judgment.

1

Accordingly, Defendant Katherine Fitting, M.D.'s and Park County Defendants' Motions for Summary Judgment (ECF No. 65 & 66) are DENIED WITHOUT PREJUDICE. Similar motions may be filed after Mr. Schwark has a fair opportunity to depose Captain Muldoon and to conduct discovery supplementary to the deposition but in no event later than 90 days from this Order. Plaintiff's Motion for Extension to Respond to Defendants' Motions for Summary Judgment (ECF No. 72) is DENIED as moot.

DATED this 31st day of May, 2017.

*John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE