# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: November

INMATES NAME: Schwark, Kyle

11-12-13

| START | STOP | MEDICATION | DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Elidel 1% (in person) | A.M. / P.M. / HS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

face & neck dermatitis HS

| START | STOP | MEDICATION | DATE |
|---|---|---|---|
| | | 5 HTP 1 tablet | A.M. / P.M. / (HS) |

| START | STOP | MEDICATION | DATE |
|---|---|---|---|
| | | Inositol (in person) sleep | A.M. / P.M. / (HS) |

| START | STOP | MEDICATION | DATE |
|---|---|---|---|
| | | Desenclo (in person) 0.05% | AM / PM / HS |

| START | STOP | MEDICATION | DATE |
|---|---|---|---|
| | | Alprazolam 3mg 3mg a Day 1mg | (AM) / PM / (HS) |

ALLERGIES:

SIGNATURE / INITALS:
Sarana RN — RN
Susan Colombo — SC

unit F

11/13 16:30 called Dr. Fitting with report — Dr. Fitting with report ordered alprazolam continued to explain med of Regimen, meds given SC IM in Medical to explain med of Regimen, meds given SC

# PARK COUNTY JAIL
# MEDICATION SHEET

MONTH: November 2013

| START | STOP | MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Suboxone 1/2 film | A.M. | | | | | | | | | | | | | | R | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Testosterone 1 tab daily | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Ketoconazole Shampoo Kor | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Librium 25 mg 1 q x 3 d | AM | | | | | | | | | | | | | | ≥D | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | hold aquaphan then ibuprofen | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _____

INMATES NAME: Schwark, Kyle

unit F

SIGNATURE / INITALS: _Benjamin Gautreau RN_

11-14-13 Call to Dr. Fitting to report dangers — New ordering

Schwark.Park000010