Katherine M. Fitting, M.D., FACP

2-28-14  KYLE SCHWARK

① DC SUBOXONE
② DC CHLORDIAZEPOXIDE
③ WEAN OFF ALPRAZOLAM

  1 mg tid x 3
  then
  1 mg bid x 3
  then
  1 mg q d x 3
  then
  DC

SOUTH PARK MEDICAL GROUP
525 Hathaway  --  Fairplay, CO 80440
719-836-1900  --  719-836-3283 fax

**ATTACHMENT 2**

Schwark.Park000026