**Susan Canterbury**

**From:** cynthiaparker@coamhs.com
**Sent:** Wednesday, March 05, 2014 5:20 PM
**To:** Susan Canterbury
**Subject:** RE: Kyle Schwark

That sounds more like psychosis than seizure activity. Slowing the taper is fine, but perhaps he needs to have medications for hallucinations. If you want me to see him tomorrow as an emergency patient, I can try to see him at 3PM on Thursday. Let me know if that works.

Cynthia E. Parker, PsyD, LP, RXN-P, NP, APMHNP-BC, GNP-BC, MBA
Adult Mental Health Services LLC
101 West Main Street   Suite 101
Frisco, CO 80443
Phone: 970-393-2526
Fax: 866-673-0404
Email: CynthiaParker@coamhs.com
SKYPE name: drcynthiaparker
Website for ONLINE INQUIRY or PAYMENT for Appointments - AMHS, LLC

-------- Original Message --------
Subject: Kyle Schwark
From: Susan Canterbury <scanterbury@parkco.us>
Date: Wed, March 05, 2014 2:29 pm
To: "'cynthiaparker@coamhs.com'" <cynthiaparker@coamhs.com>

We were tapering the xanax 1 mg ER on Kyle but I think we need to greatly slow the taper, or may wind up just giving it to him, as least longer than we thought. Tues night was the first time to not get it at night, so just one yesterday. This 8 am he was starting to activate. Hallucinations have accelerate, highly activated, everyone has a gun to his head. Took forever to get him to take his 1 mg ER at 1:00 ish. His gaze does not focus on persons in room, appeared to have a seizure, spit all over his face, repetitive speech about the government wanting to kill him, definitely not of this world, gave the captain a reality check. I feel we need a new much slower taper program, thanks---asap   He acts scared and hallucinating but does not offer to be aggressive, but very activated.   susan

SCHWARK 000099

3/7/2014

**ATTACHMENT 4**