Policy 121

# PARK COUNTY JAIL
# POLICY AND PROCEDURE MANUAL

| Effective Date: 09/01/2015 | Approval: | Number: J-121-H |
|---|---|---|
| Subject: LEVEL OF CARE – EMERGENCY | | |
| Reference: ACA | | Standard: 3-4350 |
| Chapter: XXI | Reevaluation Date: | No. Pages: 20 |

I.  **PURPOSE:** To determine levels of care provided in jail facilities.

II. **DEFINITIONS:**
    None

III. **POLICY:**
    It is the policy of the Sheriff's Office that levels of care are available 24 hours a day. Levels of care may include emergency care, first aid, sick call, suicide prevention and intervention.

IV. **PROCEDURE:**
    In the event a Detention Deputy discovers an inmate or Deputy who is in need of emergency medical attention, due to an accident or injury during an incident, he is to immediately notify the Shift Supervisor of the situation and his location.

    The Shift Supervisor is to summon appropriate assistance to the area including emergency medical personnel and additional Detention Deputies.

    Assistance will respond to the scene of the emergency within four minutes.

    Security procedures in effect for entrance into the cell areas are to be observed. Upon entering the area, Detention Deputies are to immediately administer first aid to the injured/sick person.

    Once medically trained personnel have arrived, the Detention Deputies are to permit them to examine and treat the patient as required. Deputies are not to interfere with medical personnel's examination or treatment of an inmate but are to ensure that facility security is maintained. Staff members are to function as support personnel for medical personnel.
    In the event the injured person is an inmate and it is determined upon examination that the inmate needs to be transported to the hospital, the shift supervisor is to ensure the inmate is transported and custody is maintained in accordance with Policy J-114 IV E.

    If the person was injured as the result of a criminal offense, once he has been medically stabilized, the staff officers are to secure and investigate the crime scene.

    The staff member discovering the injured party is to complete an incident report that details the time, date, location, persons injured, how they were discovered and actions taken.

    The shift supervisor is to record the incident and actions taken in the daily log.


EXHIBIT H

Schwark.Park 000159