

Park County Sheriff's Office
**Detention Center**
Fairplay, Colorado  80440

KYLE SCHWARK

In  11/12/13   21:35   (S.O. Lobby)
Out to hospital 11/14/13
Furlough given 11/15/13   while in hospital


\In  2/25/14   22:08   (picked up in Alma)
3/10/14   Out to Denver Health Secure Unit
3/12/14   Returned to PCDC
Out  4/1/14   TIME SERVED


In 4/16/14   22:03   (picked up in Alma)
Out 4/18/14   SURETY BOND



EXHIBIT
I

Schwark.Park 000112