**PARK COUNTY JAIL**
**MEDICATION SHEET**

MONTH November                                                              11-12-13

| START | STOP | MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Elidel 1% (on person) face & neck dermatitis | A.M. P.M. HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 5 HTP 1 tablet | A.M. P.M. (HS) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Inositol (on person) sleep | A.M. P.M. (HS) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Desonide (on person) 0.05% | AM PM HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Alprazolam 3mg 3mg a Day 1mg | (AM) PM (HS) | | | | | | | | | | | | | | SC | | | | | | | | | | | | | | | | | |

SIGNATURE /
INITIALS  Swann RN  SW
          [signature]

ALLERGIES:

INMATES NAME: Schwark, Kyle     unit F

11/13 16:30 called Dr Fitting with report — Dr. Fitting continued alprazolam orders — to explain med Regime, meds given SC IM in Medical to explain med Regime, meds given SC

EXHIBIT J

Schwark.Park000009

# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: _November 2013_

| START STOP MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suboxone 4 Film | (AM) P.M. HS | | | | | | | | | | | | | | | R | | | | | | | | | | | | | | | | |
| Testosterone 1 tab daily | (AM) P.M. HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ketoconazole Shampoo for | A.M. P.M. HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 25mg tid x 3d | AM PM HS | | | | | | | | | | | | | 2D | | | | | | | | | | | | | | | | | | |
| hold if systolic then 160mm | AM PM HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _____

INMATES NAME: Schwark, Kyle

unit F

SIGNATURE / INITIALS:
Benjamin Gutierrez, RN

11-14-13 Call to Dr Fitting to report allergies - New orders

Schwark.Park000010