Schwark.Park000027

# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: February 2014

| START STOP MEDICATION DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alprazolam ER 1 tab P.O. — A.M. / P.M. / HS | | | | | | | | | | | | | | | | | | | | | | | | | ID:40 / / / | / / | W/T/F | | | | |
| Alprazolam ER 1 tab BID x 3 days — A.M. / P.M. / HS | | | | | | | | | | | | | | | | | | | | 1 2 3 | | | | | | | | | | | |
| Alprazolam ER 1 tab Q day — A.M. / P.M. / HS | | | | | | | | | | | | | | | | | | | | | | | | 4 5 6 | | | 1400 | | | | |
| START STOP MEDICATION DATE — AM / PM / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP MEDICATION DATE — AM / PM / HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _____

INMATES NAME: Schwark, Kyle

Unit: Holding 1

SIGNATURE / INITIALS: ____ RN / ____ RN

5'3"  wt. 2/27  120

**EXHIBIT L**

to Denver Health E.D.
3/10/14

## Park County Jail Medication Sheet
719-836-4337    fax 719-836-0722

Inmate Name: schwark, Kyle
Allergies:
Unit: Seg C
Month: March 2014
Date In: 2/25/14

Signatures: Susan Canterbury RN    Jeri Swann RN

**Medication:** ALPRAZOLAM ER 1 tab bid x 3 days Mar 1-3
**Medication:** ALPRAZOLAM ER 1 tab tid x 3 days Mar 4-6 then d/c
**Medication:** Alprazolam ER 1 tab AM/PM — STOP W Th F S S

Comments:
long Hx psychosis, ETOH abuse, drug abuse
Had been in inpatient MH facility in past, multiple attempts w/SI
major problem with hallucinations, out of mind /SC psychiatry
Came with (85) cap (51) librium (30) suboxone 8mg/2mg SL film
Alprazolam ER 25mg

3/5 10 AM

Schwark.Park000028