*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Susan Canterbury*

*February 07, 2017*



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

**Stevens-Koenig Reporting**

EXHIBIT M

Case 1:15-cv-02507-JLK   Document 74-19   Filed 08/29/17   USDC Colorado   Page 2 of 3

Kyle Jeffery Schwark vs.                                Deposition of Susan Canterbury
Sheriff Fred Wegener, et al.                                     February 07, 2017

Page 80

```
 1   those.  All right.
 2           A.   I won't even tell you what that stands
 3   for.
 4           Q.   Okay.  So ultimately security staff
 5   decides Kyle is in need of hospitalization, right?
 6           A.   Yes.
 7           Q.   Okay.  Medical staff didn't make that
 8   determination, did they?
 9           A.   Me being the medical staff, I wanted
10   him to go to a hospital long before that.
11           Q.   Okay.  Did you tell --
12           A.   But getting things to happen, I'm just
13   one cog in the whole wheel.
14           Q.   Sure.  Did you tell anybody that, hey,
15   we need to get this guy to a hospital?
16           A.   I can't specifically remember, but I
17   know that that is what I would have done or likely
18   did do.
19           Q.   Okay.
20           A.   Because that is what I do when somebody
21   is like that.  They don't belong in jail.
22           Q.   Okay.
23           A.   But that's -- there's a whole system
24   around me.  I'm --
25           Q.   Understood.  Got it.
```

Case 1:15-cv-02507-JLK   Document 74-19   Filed 08/29/17   USDC Colorado   Page 3 of 3

Kyle Jeffery Schwark vs.                                    Deposition of Susan Canterbury
Sheriff Fred Wegener, et al.                                         February 07, 2017

Page 81

```
 1                 I'm just asking, did you tell any of
 2   the command staff at the jail --
 3         A.    I --
 4         Q.    -- get this guy to a hospital?
 5         A.    I'm sure I did.
 6         Q.    Do you remember who you would have
 7   told?  Captain Muldoon?
 8         A.    Captain Muldoon.
 9         Q.    Do you recall when you told Captain
10   Muldoon?
11         A.    If I remembered when I told him, I
12   would be able to verbatim tell you that I said that,
13   and I have already said I don't remember just when,
14   but it was probably every day.
15         Q.    And Captain Muldoon didn't do anything
16   about it until the 10th?
17               MR. ZIPORIN:  Object to form.
18               You can answer.
19         A.    It's a little hard just to grab
20   somebody and haul them off to a psychiatric ward.
21         Q.    (By Mr. Lane)  What's hard about it?
22         A.    I really would like to answer that
23   question.
24         Q.    Go ahead.
25         A.    I don't know how to answer that
```