# Medical History
## ANSWER ALL QUESTIONS YES OR NO

1. Backache/Back injury ✓
2. Joint problems ✓
3. Eye Trouble ____
4. Deaf/Hearing problems ✓
5. Skin problems/Rash ✓
6. Asthma/Shortness of breath ____
7. Tuberculosis ____
8. Heart Disease ____
   High Blood Pressure ____
   Chest Pain/Angina ____
9. Dizzy/Fainting ____
10. Epilepsy/Seizures ____
11. Weight Gain/Loss ____
12. Hernia/Rupture ____
13. Intestinal/Bowel Problems ____
14. Cancer/Tumor ____
15. Rectal Problems ____
16. Hepatitis A, B, C ____
17. Diabetes/Thyroid ____
18. Mental/Emotional
    Are you suicidal ____
    Have you ever thought about or attempted suicide ____
    Has anyone in your family ever attempted or committed suicide ____
    Do you have a mental illness or disability ____
19. Gall Bladder problems ____
20. Bleeding disorder ____
21. Dental Problems ____
22. Do you smoke ____ How Long ____
23. Are you pregnant ____
24. Past/Present Alcohol or Drug abuse ✓

Visual/Physical Evaluation Completed By _____ Date _____

Comments:

Exhibit C

Schwark.Park000001

## Medical Questionnaire
## And
## Emergency Notification

Name _Kyle J Schwark_ DOB _12/01/69_ SSN# _078 52 3873_
Emergency Contact _Nancy Webber (mother)_ Ph# _585-729 6449_
Address _Fairport NY_
Relationship _Mom_

Known Allergies to:
  Medications _NO_ Foods _NO_ Bees _NO_ Nuts _NO_
Current Prescriptions _Xanax 2-4 day Suboxone ½ strip in am_
Do you have your prescriptions with you? _Yes_
Who can be contacted to have your prescriptions brought here _____ ? PH# _____
Name/Location of Pharmacy where you get your prescriptions _City Market Breck_
Medical Information Release Approval _Yes Scripts & Pattern_
Prescribing Physician _Dr _____ Dr Singer_ / PH# _____ Fax# _____
Did You Arrive here from another facility? _NO_
Most recent Facility _Holding cell here_
What medications were you on at your last facility? _Was taken off my Xanax_
I _Kyle Sch_ Hereby Authorize prescribing physician to release to Park County Jail my recent labs, diagnosis(es) and medications ordered for condition of care. Information may be provided by fax, phone or electronically.

I, _Kyle Sch_ Hereby authorize the attending physician, or the physician designated by him/her and other facility employees, to examine and treat me. I also authorize such treatment and procedures as deemed necessary by a physician, including but not limited to, the taking of X-Rays, medications, blood samples, urine samples, and other therapies as deemed necessary. I understand that I will be given the opportunity to refuse any or all therapies and/or treatments prior to their being given. I am also aware that I may rescind this general consent at any time. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantee or assurance has been made or implied to me as to the results that may be obtained by examination and treatment. I also understand that it is my responsibility to provide the most accurate and up to date medical information.

I certify that I have read and understand the above authorization.
Inmate signature _Kyle J Schwark_ Date _NOV 12/13_
Witness _____ Date _____

Additional Information not covered in this form?
_____
_____
_____

**TURN OVER**         **TURN OVER**         **TURN OVER**

Schwark.Park000002