Case 1:15-cv-02507-JLK   Document 75-4   Filed 08/29/17   USDC Colorado   Page 1 of 2

PARK COUNTY SHERIFF'S OFFICE - FLOOR NOTES

## FLOOR NOTES
## I0018585 SCHWARK, KYLE JEFFREY

| DATE | TIME | LOCATION | NARRATIVE |
|---|---|---|---|
| 02/26/2014 | 05:24:08 | JAIL | HOLDIN A TOWEL OR SHEET OVER THE BACK OF HIS NECK. J11 |
| 02/26/2014 | 04:53:58 | JAIL | SEEMS TO THINK HIS FURLOUGH IS STILL IN EFFECT. CLAIMS WE ARE VIOLATING HIS RIGHTS BY NOT CALLING 911 TO GET HIM HIS MEDS. RELATIVELY CALM WHEN NOBODY IS IN EARSHOT. J11 |
| 02/26/2014 | 04:53:02 | JAIL | ATTEMPTED TO TALK TO I/M.  KEPT TALKING OVER ME. TOLD IF HE WASN'T GOING TO LISTEN TO ME THEN I WAS WALKING AWAY.  I GOT ABOUT 3 WORDS AND HE INTERRUPTED. WALKED AWAY. J11 |
| 02/26/2014 | 04:52:37 | JAIL | KEPT HITTING THE INTERCOM. TOO LOUD. J11 BACK TO SPEAK TO I/M |
| 02/26/2014 | 00:44:04 | JAIL | SAYS LAST TIME HE WAS HERE WE REFUSED TO GIVE HIM HIS MEDS AND "WE" BROKE HIS NECK. AGAIN, TOLD MEDICAL WILL SEE HIM IN THE MORNING. J11 |
| 02/26/2014 | 00:43:21 | JAIL | CALLED INTO CONTROL ASKING TO SPEAK WITH SOMEONE THAT CAN MAKE A DECISON ABOUT HIS MEDICATIONS.  TOLD MEDICAL WILL SEE HIM IN THE MORNING. L J11 |
| 02/25/2014 | 22:24:09 | JAIL | REFUSEDED TO TELL ARRESTING OFFICERS WHERE HIS MEDICATIONS WERE SO THEY COULD BRING THEM WITH HIM. J11 |
| 11/20/2013 | 14:25:27 | MEDICAL | LE 11/13/13 1647 REVIEWED MEDICATIONS WITH INMATE. INMATE GIVEN HIS PM MEDS. |
| 11/19/2013 | 07:34:50 | | IM STATED THAT THE NURSE ALMOST KILLED HIM AND ALL THE CHARGES SHOULD BE THROWN OUT |
| 11/19/2013 | 07:33:32 | | J12 GAVE HIM HIS FURLOUGH PAPERS FROM S1 AT DENVER HEALTH ON 11-18-13 1700 |
| 11/15/2013 | 14:31:39 | | FURLOUGH EFFECTIVE @ 1427 PER SHERIFF 2 |
| 11/15/2013 | 05:36:14 | OTC | MOVE INMATE SCHWARK, KYLE JEFFREY I0018585 FROM MEDICAL TO OTC |
| 11/15/2013 | 00:43:52 | MEDICAL | PER J9 DEN GEN WILL BE ADMITTING I/M |
| 11/14/2013 | 22:12:59 | MEDICAL | SPOKE WITH DENVER SO SERGEANTS DESK AT DEN GEN, INFORMED IN ROUTE.  BED SPACE AVAILABLE. J9 TO MAINTAIN CUSTODY UNTIL ADMITTED.     J3 |
| 11/14/2013 | 22:05:34 | MEDICAL | J9 STATES IN ROUTE VIA AMBULANCE TO DENVER GENERAL.     J3 |
| 11/14/2013 | 20:29:13 | MEDICAL | RECIEVED CALL FROM J9, C6 VERTEBRAE FRACTURE, TO BE MOVED TO DEN GENERAL. J3 |
| 11/14/2013 | 18:50:06 | MEDICAL | SPAD/AMBULANCE AND J9  ARRIVING AT SUMMIT MEDICAL CENTER.     J3 |
| 11/14/2013 | 18:20:48 | MEDICAL | LE:  SPAD CLEAR, IN ROUTE TO SUMMIT MEDICAL IN FRISCO @ APPROXIMATELY 1750.  S4 NOTIFIED.  LEFT VOICEMAIL W/ J2 FOR COVERAGE.     J3 |

09/23/2015 10:14:18

SCHWARK 000134

Exhibit D

Case 1:15-cv-02507-JLK   Document 75-4   Filed 08/29/17   USDC Colorado   Page 2 of 2

PARK COUNTY SHERIFF'S OFFICE - FLOOR NOTES

# FLOOR NOTES
## I0018585 SCHWARK, KYLE JEFFREY

| DATE | TIME | LOCATION | NARRATIVE |
|------|------|----------|-----------|
| 11/14/2013 | 18:19:58 | MEDICAL | LE: IM LOADED INTO AMBULANCE, J9 TO GO IN AMBULANCE.   J3 |
| 11/14/2013 | 18:18:24 | MEDICAL | LE: ON SCENE IN MEDICAL, IM COMBATIVE, RESTRAINED, ERB UNSUCCESSFULL(EMT STATED NOT TO ROLL IM OVER) EMT'S SEDATED IM.  PLACED ON BOARD SUCCESSFULLY. J3 |
| 11/14/2013 | 17:45:55 | MEDICAL | LE:  HAD PRESUMPTIVE SIEZURE, FELL, HIT HEAD, BLEEDING, COMBATIVE.  MEDICAL REQ SPAD ASAP. SPAD CALLED. S4 NOTIFIED.   J3 |
| 11/14/2013 | 16:36:50 | MEDICAL | CHECK OUT INMATE SCHWARK, KYLE JEFFREY I0018585 TO MEDICAL |
| 11/14/2013 | 14:11:19 | MEDICAL | VS TAKEN WHEN I/M ARRIVED IN MEDICAL 130/93, P-82, T-97.6, BS 125. M2 |
| 11/14/2013 | 13:01:54 | JAIL | I/M IS ALERT BUT NOT ORIENTATED X3 |
| 11/14/2013 | 13:00:51 | MEDICAL | J13 S4 CLEAR OF MEDICAL. M2 M3 J14 OBSERVING I/M IN MEDICAL |
| 11/14/2013 | 12:50:21 | MEDICAL | I/M TAKEN TO MEDICAL S4 M3 J14 J16 |
| 11/14/2013 | 12:40:08 | MEDICAL | I/M HAD DT SEIZURE M3 J13 J16 S4 INTO CHECK ON HIM |
| 11/13/2013 | 16:47:52 | JAIL | NURSE ADVISED AT 1644 THAT THEY ARE STILL WORKING ON I/M'S MEDS J16 |
| 11/13/2013 | 09:05:09 | | NURSE NOTIFIED OF POSSIBLE DT'S. SHE WILL GO TALK TO HIM |
| 11/13/2013 | 06:56:28 | JAIL | LE .000 AT 2330 |
| 11/12/2013 | 21:39:05 | BOOKING | BAC .020 ON INTAKE.    J15 |
| 06/05/2013 | 18:44:47 | JAIL | CALLED COMM, THEY ARE CLEARING THE WARRANT FROM CBI, OTHERWISE CLEAR BOTH VALID - J5 |
| 06/05/2013 | 18:20:31 | JAIL | BA OF .000 @ 1820 |
| 06/05/2013 | 18:15:24 | JAIL | LE: BLEW .041 AT 1600 |
| 06/05/2013 | 14:07:20 | JAIL | BAC @ 0.091 @ 1400 J10 |
| 01/07/2013 | 03:22:43 | JAIL | REC PHONE CALL IN BOOKING  J8 |
| 01/07/2013 | 02:44:13 | JAIL | CHARGED BOOKING FEE FINGER PRINTS COMPLETE J8 |
| 01/07/2013 | 02:43:56 | JAIL | .000 @ 0221 J8 |
| 01/06/2013 | 22:04:09 | JAIL | J8 REMOVED NOSE RING, PLACED IN PROPERTY |
| 01/06/2013 | 21:22:56 | | .105 @ 2115 J8 |
| 01/06/2013 | 19:41:58 | JAIL | I/M IS LAYING DOWN AND APPEARS TO BE SLEEPING |
| 01/06/2013 | 19:03:29 | BOOKING | LE REFUSED CHOW J10 |
| 01/06/2013 | 18:48:49 | BOOKING | .147 ON PBT @ 18:42 |

SCHWARK 000135