1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
      Civil Action Number 15-cv-02507-JLK
 3   _____

 4    VIDEOTAPE DEPOSITION OF:   KYLE JEFFERY SCHWARK
                                 December 13, 2016
 5   _____

 6    KYLE JEFFERY SCHWARK,

 7    Plaintiff,

 8    v.

 9    SHERIFF FRED WEGENER, in his official and individual
      capacities; NURSE SUSAN CANTERBURY, in her individual
10    capacity; NURSE JERI SWANN, in her individual capacity;
      NURSE CATHLENE PEARCE, in her individual capacity;
11    DOCTOR KATHERINE FITTING, in her individual capacity,

12    Defendants.
     _____
13
                 PURSUANT TO NOTICE, the deposition of KYLE
14    JEFFERY SCHWARK was taken on behalf of the Defendant
      Dr. Fitting at 821 17th Street, Suite 500, Denver,
15    Colorado 80202, on December 13, 2016, at 9:26 a.m.,
      before Rory L. Joyner, Certified Realtime Reporter,
16    Registered Professional Reporter, and Notary Public
      within Colorado.
17

18

19

20

21

22

23

24

25                                                    Exhibit E
```

H+G

Hunter+Geist, Inc.

303.832.5966    1900 Grant Street, Suite 1025    ■ www.huntergeist.com
800.525.8490    Denver, CO 80203                 ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 144

```
14:09:37   1    shift change.  And then I would start over again with
14:09:42   2    another shift, telling someone who had no idea what I
14:09:45   3    was talking about what's going on and the relevance of
14:09:47   4    it.  And all the time slipping away, physically and
14:09:52   5    mentally.
14:09:52   6              Q.   Now, I take it -- I'm sorry.  Now, I take
14:09:55   7    it you took your medications as prescribed on the 12th
14:09:58   8    before you went into the jail, correct?
14:10:01   9              A.   Yeah.  Now, I had a hard time keeping
14:10:03  10    things down, so I don't know if I got an appropriate
14:10:06  11    dose in, but --
14:10:07  12              Q.   But you at least took them as ordered,
14:10:08  13    right?
14:10:09  14              A.   Yes, I had been taking them.
14:10:12  15              Q.   Okay.  And then the 14th, you said you
14:10:14  16    were sitting on the seats by the tables closest to the
14:10:18  17    door, correct?
14:10:19  18              A.   Um-hum.
14:10:19  19              Q.   Is that "yes"?
14:10:21  20              A.   Yes.
14:10:21  21              Q.   Okay.  And then do you recall what
14:10:25  22    happened on the 14th related to your seizure?  Tell me
14:10:32  23    what you remember.
14:10:36  24              A.   One of the last things I remember was a
14:10:39  25    female guard coming there.  And I waited until everyone
```

Case 1:15-cv-02507-JLK   Document 75-5   Filed 08/29/17   USDC Colorado   Page 3 of 4

**KYLE JEFFERY SCHWARK - 12/13/2016**
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 147

| | | |
|---|---|---|
| 14:13:45 | 1 | **testimony you don't recall seeing any of the nurses** |
| 14:13:48 | 2 | **from the time that you got there until midday on the** |
| 14:13:51 | 3 | **14th, correct?** |
| 14:13:52 | 4 | A.   Yeah.  I'm not sure when the first chance |
| 14:13:55 | 5 | I saw it, but it wasn't -- I don't know.  I kept -- I |
| 14:14:00 | 6 | just kept asking to get -- to please take me to medical |
| 14:14:05 | 7 | or have someone medical come in.  Someone help me. |
| 14:14:10 | 8 | Please help me. |
| 14:14:11 | 9 | Q.   And it's your testimony you didn't see |
| 14:14:12 | 10 | **anybody from medical until after midday on the 14th,** |
| 14:14:17 | 11 | **correct?** |
| 14:14:17 | 12 | A.   You know, I cannot recall the exact times |
| 14:14:20 | 13 | or anything.  I can just honestly tell you, from the |
| 14:14:23 | 14 | time I was in there to the time I had the first |
| 14:14:29 | 15 | seizure, I was just focused on getting someone to |
| 14:14:33 | 16 | address me. |
| 14:14:34 | 17 | Q.   Yeah.  That's what I'm trying to get at. |
| 14:14:36 | 18 | A.   Yeah. |
| 14:14:36 | 19 | Q.   What you're telling me is, from the time |
| 14:14:38 | 20 | **you got in there until the time you had the first** |
| 14:14:42 | 21 | **seizure, you didn't see anybody from medical and nobody** |
| 14:14:45 | 22 | **from medical came to see you, right?** |
| 14:14:47 | 23 | A.   Right.  Yeah. |
| 14:14:48 | 24 | Q.   Okay.  And the last thing you recall |
| 14:14:51 | 25 | **before the seizure is seeing this officer, who was a** |

REPORTER'S CERTIFICATE

STATE OF COLORADO      )
                       ) Ss.
CITY AND COUNTY OF DENVER )

       I, RORY L. JOYNER, Certified Realtime Reporter, Registered Professional Reporter and Notary Public ID 20114002249, State of Colorado, do hereby certify that previous to the commencement of the examination, the said KYLE JEFFERY SCHWARK was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

       I further certify that I am not employed by, related to, nor counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

       IN WITNESS WHEREOF, I have affixed my signature this 27th day of December, 2016.

       My commission expires January 11, 2019.

X   Reading and Signing was requested.

    Reading and Signing was waived.

    Reading and Signing is not required.

_____
Rory L. Joyner
Certified Realtime Reporter
Registered Professional Reporter