**PARK COUNTY JAIL**
**MEDICATION SHEET**

MONTH _November_    11-12-13

INMATES NAME: Schwark, Kyle    unit F

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START STOP MEDICATION DATE A.M. P.M. HS
Elidel 1% (on person)
face & neck dermatitis

START STOP MEDICATION DATE A.M. P.M. (HS)
5 HTP
1 tablet

START STOP MEDICATION DATE A.M. P.M. HS
Inositol (on person)
Sleep

START STOP MEDICATION DATE AM PM HS
Desonide (on person)
0.05%

START STOP MEDICATION DATE (AM) PM (HS)
Alprazolam 3mg
3mg Q Day  1mg

SIGNATURE/INITIALS: Susan RN SV
[signature] JC

ALLERGIES: _____

11/13 16:30 called ed ordered Dr Fitting with report continued alprazolam ordered to medical to explain med Regimen, meds given SC
IM in Medical

**PARK COUNTY JAIL**
**MEDICATION SHEET**

MONTH: November 2013

| START STOP MEDICATION | DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suboxone ½ film | AM | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Testosterone 1 tab daily | AM | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ketoconazole Shampoo | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 25 mg tid x 3d hold Librium then resume | AM | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP MEDICATION | DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SIGNATURE / INITIALS: [signatures] RN

ALLERGIES: _____

INMATE'S NAME: Schwark, Kyle
unit F

11-14-13 Call to Dr. Fitting to report seizure. New orders

Schwark.Park000010