*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Susan Canterbury*

*February 07, 2017*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Stevens-Koenig Reporting

Exhibit I

Page 21

```
 1                  MR. ZIPORIN:  To possibly clean up the
 2   record.
 3                  MR. LANE:  Yeah.
 4                  MR. ZIPORIN:  You're asking general
 5   questions about what is the protocol in terms of
 6   weaning off the Xanax with the Librium, but she never
 7   testified that's what occurred with Mr. Schwark --
 8                  MR. LANE:  Right.
 9                  MR. ZIPORIN:  -- in the November stay.
10                  MR. LANE:  Right.  I'm just asking her
11   what her understanding of the overall picture -- the
12   game plan was at this point, and then we are going to
13   get into what actually happened.
14           A.   We didn't really get into the taper.
15   We didn't change the Xanax.  I mean, I took him his
16   own Xanax, and I packed one for in the morning.
17                  And then that's when Jeri and Cathlene
18   were there the next day and, you know, we never had
19   time in that visit to -- in that particular -- I
20   mean, we never got very far.
21           Q.   (By Mr. Lane) Okay.  Well, we'll talk
22   about that in a minute.  I'm just trying to
23   understand what was the -- what the game plan was.
24   And the game plan was get him off the Xanax, put him
25   on Librium, wean him off of Librium, right?
```

Case 1:15-cv-02507-JLK   Document 75-9   Filed 08/29/17   USDC Colorado   Page 3 of 4

| Kyle Jeffery Schwark vs. | Deposition of Susan Canterbury |
|---|---|
| Sheriff Fred Wegener, et al. | February 07, 2017 |

Page 53

```
 1          Q.   Okay.  In any event.  You see Kyle
 2   Schwark having what you believe to be a psychotic
 3   episode.  So what did you do?
 4               MR. ZIPORIN:  We are going to take a
 5   break after this answer.
 6          A.   I just kept taking him the Xanax.
 7          Q.   (By Mr. Lane)  Okay.
 8          A.   I was hoping that -- and then -- oh, I
 9   did -- what was the date of that?  At some point, I
10   did contact the psychiatric provider -- February, and
11   it's in the chart there somewhere.  And it would help
12   to have that in front of me.
13          Q.   Well, you know, I don't know if it's
14   here.  We have already got it in the exhibit books.
15   You can thumb through that during the break if you
16   want to take --
17               MR. ZIPORIN:  I think there's emails
18   right in front of you there.
19               MR. LANE:  Okay.  That's what I was
20   going to -- you want to keep going or do you want to
21   take a break?
22               MR. ZIPORIN:  Let's take a break.
23          (Recess taken from 9:49 a.m. to 10:07 a.m.)
24               MR. ZIPORIN:  The deponent just wants
25   to kind of just amend an answer related to the
```

Case 1:15-cv-02507-JLK  Document 75-9  Filed 08/29/17  USDC Colorado  Page 4 of 4

**Kyle Jeffery Schwark vs.** **Deposition of Susan Canterbury**
**Sheriff Fred Wegener, et al.** **February 07, 2017**
**Page 140**

```
 1                REPORTER'S CERTIFICATE

 2

 3

 4          I, Carmen Murphy, a Registered Professional

 5   Reporter and Notary Public within and for the State of

 6   Colorado, commissioned to administer oaths, do hereby

 7   certify that previous to the commencement of the

 8   examination, the deponent was duly sworn/affirmed by me

 9   to testify the truth in relation to matters in

10   controversy between the said parties.

11          I further certify that this deposition was

12   taken in stenotype by me at the time and place herein

13   set forth and thereafter reduced to a typewritten form;

14   that the foregoing constitutes a true and correct

15   transcript to the best of my ability.

16          I further certify that I am not related to,

17   employed by, nor of counsel for any of the parties or

18   attorneys herein, nor otherwise interested in the

19   result of the within action.

20

21          My commission expires April 22, 2017.

22

23                        _____
                          CARMEN MURPHY
24                        Registered Professional Reporter
                          and Notary Public.
25
```