# PARK COUNTY JAIL
## MEDICATION SHEET

MONTH: November 2013

| START | STOP | MEDICATION | DATE | |
|---|---|---|---|---|
| | | Suboxone ½ film | A.M. / P.M. / HS | marked on 14 |
| | | Testosterone 1 tab daily | A.M. / P.M. / HS | |
| | | Ketoconazole Shampoo KOP | A.M. / P.M. / HS | |
| | | Librium 25mg tid x 3d — hold aprazolam, then resume | AM / PM / HS | marked on 14 |
| | | | AM / PM / HS | |

SIGNATURE / INITIALS: [signature] RN

11-14-13 Call to Dr Fitting to report seizure — New orders

ALLERGIES:

INMATES NAME: Schwark, Kyle

unit F

Exhibit L