INMATE VIEW FOR: KYLE JEFFREY SCHWARK
Print Date: 02/26/2014 00:24:37   Page: 1

PERSON

PERSON:
Name: SCHWARK, KYLE JEFFREY
DOB: 12/1/1969  Age: 44
SSN: 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
DL Num: 94-244-0974  DL State: CO
Home Phone: (719) 836-2902
Place Of Birth: NEW YORK
SID: 845516

HOME ADDRESS:
2427 CO RD 6
P.O. BOX 7399 PMB 287 BRECKENRIDGE CO 80424

ALMA, CO  80420

AKA:
1. SCHWARK, KYLE J
2. SCHWARK, KYLE

CHARACTERISTICS:
Height: 5' 5"  Weight: 140lb
Race: WHITE  Sex: MALE
Hair: BLONDE/STRAWBERRY  Eyes: BLUE
Hair Style: SHORT  Hair Type: STRAIGHT
Handed: RIGHT  Facial Hair: UNSHAVEN
Build: MEDIUM  Complexion: LIGHT

INMATE

Inmate Number: I0018585  Inmate Site Number: 3873  Status: UNSENTENCED
CUSTODY: SCHWARK, KYLE JEFFREY Is CURRENTLY IN CUSTODY
Housing Location: GENERAL POPULATION  Number: H1  Security Level: MINIMUM/MEDIUM/MAXIMUM
Classify: SENTENCED

********************************************************************************
ACTIVE BOOKINGS: 1

1. Active Booking Number: B0028562      Arrest Type: WARRANT/TAKEN INTO CUSTODY
*** EXAMINE BOOKING ***
  Booking Status: UNSENTENCED
  PCN: 047920001078
  Booking Date: 02/25/2014 22:08:29  Arrest Date: 02/25/2014 21:00:00
  Arresting Officer: HANNING, N  3682  Booking Officer: COPELAND, T  3693
  Arresting Agency: PARK COUNTY SHERIFF'S OFFICE  Booking Agency: PARK COUNTY SHERIFF'S OFFICE

  Court: PARK COUNTY COMBINED COURT
  Conditions Of Release: SEE JUDGE
  ---------------
  Warrant Number: D0472013CR000025  Type: ORIGINAL  Description: DUI  County: PARK COUNTY SHERIFF'S OFFICE

Warrant Bail Subtotal - $0.00

Exhibit M

Schwark.Park000025