Katherine M. Fitting, M.D., FACP

2-28-14   KYLE SCHWARK

① DC SUBOXONE
② DC CHLORDIAZEPOXIDE
③ WEAN OFF ALPRAZOLAM

1 mg tid x 3
then
1 mg bid x 3
then
1 mg qd x 3
then
DC

*[signature]*

SOUTH PARK MEDICAL GROUP
525 Hathaway -- Fairplay, CO 80440
719-836-1900 -- 719-836-3283 fax

SCHWARK 000091

Exhibit O