Schwark.Park000027

PARK COUNTY JAIL
MEDICATION SHEET

MONTH _February 2014_

INMATES NAME: _Schwark, Kyle_

Unit _Holding 1_

ALLERGIES:

**Medication 1** — START _____ STOP _____
Alprazolam E.R.
1 tab P.O.
DATE / AM / PM / HS

**Medication 2** — START _____ STOP _____
Alprazolam E.R.
1 tab BID x 3 days
DATE / AM / PM / HS

**Medication 3** — START _____ STOP _____
Alprazolam E.R.
1 tab Q day
DATE / AM / PM / HS

SIGNATURE / INITALS
_____ RN
_____

5'3"   wt. 2/27   120

Exhibit R

to Denver Health E.D.
3/10/14

**Park County Jail Medication Sheet**
719-836-4337    fax 719-836-0722

Inmate Name: schwark, Kyle

Allergies:

Unit: Seg  C

Date In: 2/25/14

Month: March 2014

| Signatures: | Susan Canterbury RN | | Jen Swain RN | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Medication:
ALPRAZOLAM ER
1 tab bid x 4 days
Mar 1-3

Date
A.M.
1400
P.M.

Medication:
ALPRAZOLAM ER
1 tab bid x 3 days
Mar 4-6 then ...

Date
A.M.
1400
P.M.

Medication:
Alprazolam
ER 1 tab Am/Pm

Date
A.M.
1400
P.M.

Alprazolam
ER + STOP
M Tu F S
4 5 6 7 8 9 10

Medication:
Date / A.M / 1400 / P.M.

Medication:
Date / A.M / 1400 / P.M.

Medication:
Date / A.M / 1400 / P.M.

Medication:
Date / A.M / 1400 / P.M.

Comments:
3/5 major
10 AM
problem with hallucinations out of hand /SC
Came with (85) cap Alprazolam ER
(51) librium 25mg
long Hx psychosis, ETOH abuse, drug abuse
Had been in inpatient MH facility in past, multiple attempts
(51) librium 8mg/2u 5L film
(30) suboxone 8mg/2u 5L film
psychiatry w.He

Schwark.Park000028