**PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM**

INMATE REQUESTING: Kyle Schwark   DATE: Nov/13   HOUSING: F8

REQUEST: I was wanting to know if possible I have Brand New Whites that I brought in. Would I be able to get them please...

OFFICER REPLYING: SGT. BRAMLETT   DATE: 11/14/13

RESPONSE: REQUEST DENIED

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate

5539(9/99)

---

PARK COUNTY JAIL

11/20/2013

Check #: 2516
Inmate ID: 0018585
Inmate Name: SCHWARK, KYLE J
Pay To: KYLE J SCHWARK

Old Balance: 145.34
New Balance: 0.00

Approval:

Memo: Released 11/20/2013, ID: 0018585.

Amount 145.34

002516

Exhibit T

Schwark.Park 000207