IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity, CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.
_____

### ORDER RE: DEFENDANT KATHERINE FITTING, M.D.'S MOTION FOR SUMMARY JUDGMENT
_____

**THIS MATTER,** having come before the Court on Defendant Katherine Fitting, M.D.'s Motion for Summary Judgment, and being fully advised in the premises, hereby finds that good cause has been shown.

**IT IS THEREFORE ORDERED** that Defendant Katherine Fitting, M.D.'s Motion for Summary Judgment is **GRANTED,** and all claims against her are **DISMISSED WITH PREJUDICE.**

Dated this ___ day of _____, 2017.

                                                                          United States District Court Judge