THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

    Plaintiff, Kyle Schwark, by and through undersigned counsel, hereby moves for a 30-day extension for Plaintiff to respond to (i) the Park County Defendants' Motion for Summary Judgment [Doc. 74] and (ii) Katherine Fitting's Motion for Summary Judgment [Doc. 75], through and including October 19, 2017. In support thereof, Plaintiff states as follows:

    1.    On April 18, 2017, Plaintiff filed his Second Amendment Complaint [Doc. 61], adding Defendant Captain Daniel Muldoon as a new defendant.

    2.    On May 31, 2017, the Court issued an Order dismissing without prejudice Defendants' initial Motions for Summary Judgment [Doc. No. 65 & 66], and ordering a 90-day

1

deadline to complete discovery and depositions with respect to newly-added Defendant Captain Daniel Muldoon. [Doc. No. 73]

3. Plaintiff completed discovery and took Defendant Muldoon's deposition on August 21, 2017 in accordance with the Court's 90-day deadline.

4. The Park County Defendants filed a renewed Motion for Summary Judgment on August 29, 2017. [Doc. No. 74]

5. On the same day, Defendant Fitting also filed a renewed Motion for Summary Judgment. [Doc. No. 75]

6. The deadline for Plaintiff's Responses to Defendants Motions for Summary Judgment is currently September 19, 2017.

7. Undersigned counsel is assiduously working on this Response, but has three major deadlines the week prior to the current deadline for these two responses, including (i) a response to a motion for summary judgment with a deadline of September 11, 2017, (ii) a Tenth Circuit Opening Brief with a deadline of September 13, 2017 and (iii) another response to a motion for summary judgment with a deadline of September 15, 2017, in addition to a variety of other matters.  Additionally, undersigned counsel will be traveling out of town for the Labor Day Weekend.

8. In light of these conflicts, Plaintiff respectfully asks the Court to grant a 30-day extension to respond to Defendants' two Motions for Summary Judgement.

9. This extension is sought in good faith and will not prejudice any party.

**CERTIFICATION PURSUANT TO D.C.COLO.LCiv.R 7.1**

10.     Undersigned counsel certifies that she conferred with counsel for Defendant Katherine Fitting and counsel for Defendants Park County, Sheriff Fred Wegener, Nurse Susan Canterbury, Nurse Jeri Swann, and Captain Muldoon, via email on August 30, 20176 via email on August 30, 2017.  Counsel for the Park County Defendants, Eric Ziporin, indicated he has no objection to a 14-day extension, although he is opposed to a 30-day extension.  Counsel for Defendant Fitting, Gina Glockner, indicated that she has no objection to a 7-day extension, although she is opposed to a 30-day extension for the filing of Plaintiff's response.

**CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 6.1(c)**

11.     Counsel for Plaintiff, Eudoxie (Dunia) Dickey, certifies that a copy of this Motion will be served contemporaneously on Plaintiff upon the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests a 30-day extension of time to respond to (i) the Park County Defendants' Motion for Summary Judgment [Doc. No. 74] and (ii) Defendant Fitting's Motion for Summary Judgment [Doc. No. 75], through and including October 19, 2017.

Respectfully submitted this 31st day of August 2017.

*/s/ Eudoxie (Dunia) Dickey*
David A. Lane
Andy McNulty
Eudoxie (Dunia) Dickey
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@kln-law.com
amcnulty@kln-law.com
ddickey@kln-law.com

*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 31st day of August, 2017, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve Michalek
Gina Glockner
Childs McCune
821 17th Street, Suite 500
Denver, CO 80202
smichalek@childsmccune.com
gglockner@childsmccune.com
*Attorneys for Dr. Katherine Fitting*

Eric Ziporin
Susan McNulty
Senter Goldfarb & Rice
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com
smcnulty@sgrllc.com
*Attorneys for Sheriff Fred Wegener, Susan Canterbury and Jeri Swan*

                                                s/ *Charlotte Bocquin Scull*
                                                Paralegal