IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

## PROPOSED ORDER

THIS MATTER having come before the Court, on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment, and being sufficiently advised of the premises and for good cause shown, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff has up to and including October 19, 2017 in which to file his pleading responses to (i) Park County Defendants' Motion for Summary Judgment [Doc. No. 74] and (ii) Defendant Fitting's Motion for Summary Judgment [Doc. No. 75].

So Ordered this _____ day of _____, 2017.

BY THE COURT:

_____