**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual
capacities;  NURSE SUSAN CANTERBURY, in her individual
capacity; NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

      Defendants.

---

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 76]**

---

Defendant Katherine Fitting, M.D. ("Dr. Fitting"), by and through her attorneys, CHILDS MCCUNE LLC, hereby responds in opposition to Plaintiff's Motion for Extension of Time to Defendants' Motion for Summary Judgment [Doc. 76].

**INTRODUCTION**

Plaintiff's Motion did not fully represent the reason why Defendant objects to the requested extension of time.[1] As set forth below, Plaintiff's proposed revised briefing scheduling would severely prejudice Dr. Fitting because it would unnecessarily delay the resolution of the motion and her counsel will be in trial in another matter and unable to reply in the time frame proposed by Plaintiff.

---

[1] Exh. A conferral email.

## RESPONSE

1.      Plaintiff requests an additional 30-days to respond to Dr. Fitting's Motion for Summary Judgment, which was filed on August 30, 2017.  Currently, Plaintiff's response is due on September 19, 2017 and Defendant's reply on October 3, 2017.

2.      In considering this request, it is important to recall that Defendants initially filed their Motion for Summary Judgement on May 9, 2017 in compliance with the dispositive motions deadline set forth in the Scheduling Order.  However, on May 30, 2017, Plaintiff moved for an extension of time to respond to the summary judgment motions indicating that, "Since the filing of these motions, undersigned counsel has been assiduously working on Responses to Defendants' two motions, but undersigned counsel had not previously responded to any motions for summary judgment in her professional career, and thus will require additional time to complete these responses." [Doc. #72, ¶8].  The Court granted Plaintiff's Motion and re-set the filing deadlines to allow Plaintiff to depose Captain Muldoon and then respond to the motions. [Doc. 72].  The discovery with regard to Captain Muldoon did not have any bearing on the Plaintiff's claim against Dr. Fitting.

3.      In accordance with the Court's previous order, the Plaintiff deposed Captain Muldoon and Defendants timely re-filed their motions for summary judgment.  Plaintiff's counsel now again asks for another 30-day extension to file responses to the Defendants' motions for summary judgment.  Plaintiff's counsel again asserts, "Undersigned counsel is assiduously working on this Response," and that more time is needed because of vacation and briefing in other matters.

4.       The extension requested by Plaintiff's counsel seems excessive in light of the history of the case and the issues that need to be addressed. In addition, the proposed briefing schedule from Plaintiff would again delay the resolution of a decision on Dr. Fitting's motion and would prejudice Dr. Fitting because both undersigned counsel for Dr. Fitting have a seven-day trial scheduled to begin October 24, 2017 in the Douglas County District Court.[2]   Plaintiff's proposed 30- day extension would mean Mr. Schwark's response brief is due October 19, 2017 and Defendant's reply on or before November 2, 2017, when counsel will be in trial. Plaintiff's extension of time would severely prejudice not only Dr. Fitting, but the defendant physician whom counsel is defending at trial.

5.       In what seemed like a reasonable compromise, Dr. Fitting's counsel proposed a 7-day extension for the response and counsel for the other defendants proposed a 14 day extension. Either of these would be more reasonable extensions, given the circumstances related to the request.

**WHEREFORE**, Defendant Katherine Fitting, M.D., request the Court deny Plaintiff's Motion for Extension of Time and instead grant a shorter extension for the response.

---

[2] Case No. 2016CV000108 before Judge Whitaker.

Respectfully submitted this 31st day of August, 2017.

/s/ Steven A. Michalek
Steven A. Michalek
Gina Glockner
Childs McCune LLC
821 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 296-7300
FAX: (720) 625-3637
Email: smichalek@childsmccune.com
Email: gglockner@childsmccune.com
*Attorneys for Defendant Dr. Fitting*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2017, a true and correct copy of the foregoing **RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 76]** was filed with the Court and served electronically via ECF upon the following:

David A. Lane
Andy McNulty
Eudoxie (Dunia) Dickey
Killmer, Lane & Newman, LLP
1543 Champa St., Ste. 400
Denver, CO  80202
Email: dlane@kln-law.com
Email: amcnulty@kln-law.com
Email: ddickey@kln-law.com

Eric Michael Ziporin
Susan E. McNulty
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Email: eziporin@sgrllc.com
smcnulty@sgrllc.com

*s/ Mary Baltz*

This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).

4