## Gina Glockner

| | |
|---|---|
| **From:** | Dunia Dickey <ddickey@kln-law.com> |
| **Sent:** | Wednesday, August 30, 2017 10:57 AM |
| **To:** | Gina Glockner |
| **Cc:** | Steve Michalek; Mary Baltz; David Lane; Andrew McNulty; Charlotte Scull |
| **Subject:** | RE: Schwark v. Fitting - conferral |

Gina,

We will note your position in our motion for extension.

Thanks,
Dunia

Dunia Dickey
Associate Attorney
**Killmer, Lane & Newman, LLP**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000 - Phone
(303) 571-1001 - Fax
ddickey@kln-law.com

**From:** Gina Glockner [mailto:gglockner@childsmccune.com]
**Sent:** Wednesday, August 30, 2017 10:55 AM
**To:** Dunia Dickey <ddickey@kln-law.com>
**Cc:** Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>; David Lane <dlane@kln-law.com>; Andrew McNulty <amcnulty@kln-law.com>; Charlotte Scull <cscull@kln-law.com>
**Subject:** RE: Schwark v. Fitting - conferral

Dunia,

Unfortunately, we can't agree to a 30-day extension. Steve and I have a 7-day trial beginning October 24 and will need to have our reply briefing completed well before trial preparation.  At most we can agree to a one-week extension, until September 26.

Thanks,
Gina

**From:** Dunia Dickey [mailto:ddickey@kln-law.com]
**Sent:** Wednesday, August 30, 2017 10:20 AM
**To:** Gina Glockner <gglockner@childsmccune.com>
**Cc:** Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>; David Lane <dlane@kln-law.com>; Andrew McNulty <amcnulty@kln-law.com>; Charlotte Scull <cscull@kln-law.com>
**Subject:** RE: Schwark v. Fitting - conferral

Gina,

1

Exhibit A

I am writing to confer with regard to an extension for our response to your recently-filed Motion for Summary Judgment. The deadline for our response is currently September 19th. In light of a number of major deadlines the week prior, including a Tenth Circuit brief, and some travel out of town over Labor Day Weekend, we would like to request a 30-day extension for our response from the Court. Please let us know if you have any objection. Thank you.

Thanks,
Dunia

Dunia Dickey
Associate Attorney
**Killmer, Lane & Newman, LLP**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000 - Phone
(303) 571-1001 - Fax
ddickey@kln-law.com

**From:** Gina Glockner [mailto:gglockner@childsmccune.com]
**Sent:** Tuesday, August 29, 2017 12:44 PM
**To:** Dunia Dickey <ddickey@kln-law.com>
**Cc:** Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>; David Lane <dlane@kln-law.com>; Andrew McNulty <amcnulty@kln-law.com>; Charlotte Scull <cscull@kln-law.com>
**Subject:** RE: Schwark v. Fitting - conferral on dispositive motion

Thanks.

**From:** Dunia Dickey [mailto:ddickey@kln-law.com]
**Sent:** Tuesday, August 29, 2017 12:21 PM
**To:** Gina Glockner <gglockner@childsmccune.com>
**Cc:** Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>; David Lane <dlane@kln-law.com>; Andrew McNulty <amcnulty@kln-law.com>; Charlotte Scull <cscull@kln-law.com>
**Subject:** RE: Schwark v. Fitting - conferral on dispositive motion

Gina,

We will not withdraw our claim of deliberate indifference against Dr. Fitting and we oppose your filing a motion for summary judgment.

Thanks,
Dunia

Dunia Dickey
Associate Attorney
**Killmer, Lane & Newman, LLP**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000 - Phone
(303) 571-1001 - Fax
ddickey@kln-law.com

**From:** Gina Glockner [mailto:gglockner@childsmccune.com]
**Sent:** Tuesday, August 29, 2017 10:52 AM

**To:** David Lane <dlane@kln-law.com>; Dunia Dickey <ddickey@kln-law.com>
**Cc:** Andrew McNulty <amcnulty@kln-law.com>; Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>
**Subject:** RE: Schwark v. Fitting - conferral on dispositive motion

I am following up on my correspondence from yesterday regarding our conferral on the motion for summary judgment due to be filed today. Please advise regarding Plaintiff's position.

Thank you,
Gina


**From:** Gina Glockner
**Sent:** Monday, August 28, 2017 1:27 PM
**To:** 'David Lane' <dlane@kln-law.com>; 'Dunia Dickey' <ddickey@kln-law.com>
**Cc:** 'Andrew McNulty' <amcnulty@kln-law.com>; Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>
**Subject:** RE: Schwark v. Fitting - conferral on dispositive motion

David and Dunia,

We are writing to confer (again) on Dr. Fitting's motion for summary judgment regarding Plaintiff's deliberate indifference claims. Please consider whether Plaintiff is willing to withdraw his claims and, if not, please provide us with your position concerning Defendant's motion.

Thank you for your consideration.

Gina


**From:** Gina Glockner
**Sent:** Monday, May 08, 2017 10:17 AM
**To:** David Lane <dlane@kln-law.com>; 'Dunia Dickey' <ddickey@kln-law.com>
**Cc:** Andrew McNulty <amcnulty@kln-law.com>; Steve Michalek <smichalek@childsmccune.com>; Mary Baltz <mbaltz@childsmccune.com>
**Subject:** Schwark v. Fitting - conferral on dispositive motion

David and Dunia,

As today is the deadline to file dispositive motions, we are writing to confer on a motion for summary judgment on the grounds that Dr. Fitting is entitled to qualified immunity and the evidence does not support a claim for deliberate indifference under Section 1983. Please let us know Plaintiff's position with respect to this motion.

Thank you,
Gina


**GINA L. GLOCKNER**
Attorney



**office** (303) 296-7300 | **direct** (720) 630-2968 | **fax** (720) 625-3637
821 17th Street, Suite 500
Denver, CO 80202
www.childsmccune.com

The information contained in this e-mail message may be privileged as an attorney-client communication and may contain confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone (303-296-7300) or e-mail, and delete this e-mail message and all copies. Thank you.