IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity; and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## ORDER

THIS MATTER having come before the Court, on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment (ECF No. 76), and being sufficiently advised of the premises and for good cause shown, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff has up to and including October 19, 2017, in which to file his pleading responses to Park County Defendants' Motion for Summary Judgment [Doc. No. 74] and Defendant Fitting's Motion for Summary Judgment [Doc. No. 75]. Defendants' Replies shall be due on or before November 13, 2017.

DATED this 31st day of August, 2017.

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge