THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## **UNOPPOSED** MOTION TO WITHDRAW EUDOXIE (DUNIA) DICKEY AS COUNSEL OF RECORD

Eudoxie (Dunia) Dickey, undersigned counsel for Plaintiff, hereby submits the following Unopposed Motion to Withdraw as Counsel of Record, and states as follows:

1.    Undersigned counsel's employment with KILLMER, LANE & NEWMAN, LLP will end as of September 29, 2017.

2.    Plaintiff continues to be represented in this case by David A. Lane and Andy McNulty of KILLMER, LANE & NEWMAN, LLP.

1

**CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1**

3.  Counsel for Plaintiff, Dunia Dickey, certifies that she conferred via email on September 28, 2017, with counsel for all Defendants. Defendants do not oppose the relief sought herein.

WHEREFORE, the undersigned respectfully requests that she be withdrawn as counsel of record for the Plaintiff and removed from the Certificate of Service in this case.

Respectfully submitted this 3rd day of October 2017.

                                          *s/ Eudoxie (Dunia) Dickey*
                                          David A. Lane
                                          Andy McNulty
                                          Eudoxie (Dunia) Dickey
                                          KILLMER, LANE & NEWMAN, LLP
                                          1543 Champa Street, Suite 400
                                          Denver, Colorado 80202
                                          (303) 571-1000
                                          dlane@kln-law.com
                                          amcnulty@kln-law.com
                                          ddickey@kln-law.com

                                          *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that on this 3rd day of October, 2017, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW EUDOXIE (DUNIA) DICKEY AS COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve Michalek
Gina Glockner
Childs McCune
821 17th Street, Suite 500
Denver, CO 80202
smichalek@childsmccune.com
gglockner@childsmccune.com
*Attorneys for Dr. Katherine Fitting*

Eric Ziporin
Susan McNulty
Senter Goldfarb & Rice
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com
smcnulty@sgrllc.com
*Attorneys for Sheriff Fred Wegener, Susan Canterbury and Jeri Swan*

                              s/ *Charlotte Bocquin Scull*
                              Paralegal