IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity; and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## ORDER GRANTING EUDOXIE (DUNIA) DICKEY'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court upon Dunia Dickey's Motion to Withdraw as Counsel of Record (Doc. 79) filed October 3, 2017. After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1. That Eudoxie (Dunia) Dickey's Motion to Withdraw as Counsel for Plaintiff is GRANTED;

2. That Dunia Dickey is hereby withdrawn as counsel of record for Plaintiff in this matter as the plaintiff will continue to be represented by David A. Lane and Andrew McNulty of Killmer Lane & Newman, LLP;

3. That the clerk is directed to remove Dunia Dickey from the ECF notification system in connection with this action.

2

Dated this 3rd day of October, 2017.

BY THE COURT:

_____
John L. Kane
U.S. District Court Judge