# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities,
NURSE SUSAN CANTERBURY, in her individual capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## STIPULATION OF DISMISSAL OF DEFENDANT NURSE SUSAN CANTERBURY AND DEFENDANT SHERIFF FRED WEGENER, IN HIS INDIVIDUAL CAPACITY, WITH PREJUDICE

Plaintiff Kyle Schwark and Defendants Nurse Susan Canterbury and Sheriff Fred Wegener, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby move this Court for an Order granting their Stipulation of Dismissal of Defendant Nurse Susan Canterbury and Defendant Sheriff Fred Wegener, in his individual capacity, with Prejudice:

1. Plaintiff stipulates to dismissal of all claims for relief against Defendants Susan Canterbury and Fred Wegener, in his individual capacity, with prejudice.

2.  The Court may enter an Order of Dismissal of all claims against Defendant Susan Canterbury and Defendant Fred Wegener, in his individual capacity, without further action from these parties

3.  Plaintiff and Defendants stipulate that each party will be responsible for her or his own attorneys' fees and costs.

WHEREFORE, the above parties respectfully request that this Court enter an Order dismissing the claims of Plaintiff Kyle Schwark against Defendant Susan Canterbury and Defendant Fred Wegener, in his individual capacity, with prejudice with each party to bear her or his own attorneys' fees and costs.

Dated this 19th day of October, 2017.

*s/ David A. Lane*
David A. Lane
Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@kln-law.com
amcnulty@kln-law.com

ATTORNEYS FOR PLAINTIFF

*s/ Eric Ziporin*
Eric Ziporin
Senter Goldfarb & Rice
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com

ATTORNEYS FOR SHERIFF FRED WEGENER, SUSAN CANTERBURY, AND JERI SWAN

## CERTIFICATE OF SERVICE

I certify that on this 19th day of October, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL OF DEFENDANT NURSE SUSAN CANTERBURY AND DEFENDANT SHERIFF FRED WEGENER, IN HIS INDIVIDUAL CAPACITY, WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve Michalek
Gina Glockner
Childs McCune
821 17th Street, Suite 500
Denver, CO 80202
smichalek@childsmccune.com
gglockner@childsmccune.com
*Attorneys for Dr. Katherine Fitting*

Eric Ziporin
Susan McNulty
Senter Goldfarb & Rice
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com
smcnulty@sgrllc.com
*Attorneys for Sheriff Fred Wegener, Susan Canterbury and Jeri Swan*

                                            s/ *Charlotte Bocquin Scull*
                                            Paralegal