# EXHIBIT 7

11/14/13

I went to F pod and gave Suboxone a court ordered medication to Kyle. I forgot some things so I went back to medical. I got a call over the radio to head to F pod immediately. When I arrived Kyle was on the floor having a seizure. I placed a blanket under his head and kept him safe until the seizure was over. He was very scared and confused when he started coming to. He didn't remember being in jail or anything that had happened in the last few days. We took him to medical in a wheel chair. He was very sick to his stomach. We put him on the medical table and got him a blanket. We checked him over and got him some water and called the doctor. Dr. Fitting she took him off his Zanex and put him on the alcohol withdrawal protocol. We gave him the 25mg Librium. He sat there talking to us and trying to eat for several hours. He vomited about 200ml and remained resting in medical. He kept talking and drinking fluids. About 5:10 pm he said he was really tired. I told him to lay back and try to sleep. He started to get comfortable I went back to work. I heard a strange gargling sound and turned just in time to see Kyle fall off the table and crack his head open. Jeri kept him safe while I grabbed Deputy Fenner from holding next door. We kept him safe Jeri called the ambulance. I tried to stop the bleeding on top of his head and above his eye. He got combative when he started coming to. He was biting, kicking, punching, and screaming to let him go. He was rolling all over the floor trying to get free. We secured his neck and tried to keep him from moving until the ambulance arrived. After help arrived he was still very combative and confused. He received 2mg versed IM to calm him down. After several minutes we were able to get him on the stretcher and release him to the medic. I asked if his medications should go with him the medic said no.

Cathlene Pearce RN



SCHWARK 000093