# EXHIBIT 9



Park County Sheriff's Office
P.O. Box 604
Fairplay, CO 80440
719-836-2494
Sheriff Fred Wegener
Undersheriff Monte Gore

November 15, 2013

**BY ORDER OF THE SHERIFF**

Kyle Jeffery Schwark is hereby released from the custody of the Park County Sheriff's Office due to his medical conditions, which are serious and life threatening.

I have ordered Kyle Jeffery Schwark to be placed on furlough until such time as he is authorized by his Doctor to complete his sentence.

It is further ordered that Mr. Schwark will notify the Park County Combined Courts, the District Attorney, his attorney and the Sheriff's Office when he is released from the hospital.

By order of SHERIFF Fred Wegener: _____



SCHWARK 000038