# EXHIBIT 10

NOV-08-2013 14:50 From:            To:8360722      P.1
RID:D0472013CR000025-000027

District Court, Park County, State of Colorado
Case#:D0472013CR000025  Div/Room: B
JUDGMENT OF CONVICTION, SENTENCE  Original
          The People of Colorado vs SCHWARK, KYLE JEFFREY
                                       DOB 12/01/1969
  AKA: SCHWARK, KYLE JEFFREY

The Defendant was sentenced on: 11/06/2013
People represented by...: SULLIVAN, STEVE
Defendant represented by: ROTOLE, JOHN
UPON DEFENDANT'S CONVICTION this date of: 9/18/2013
The defendant pled guilty to:
Count #     3 Charge: DRIVING UNDER THE INFLUENCE
C.R.S # 42-4-1301(1)(a)              Class: M
Date of offense(s):  1/06/2013 to 1/06/2013   Date of plea(s):   9/18/2013

IT IS THE JUDGMENT/SENTENCE OF THIS COURT that the defendant be sentenced to
Probation                    3.00 YEARS                    COUNT    3
Jail                       425.00 DAYS                    COUNT    3
Jail                       365.00 DAYS    SUSPENDED        COUNT    3
REPORT IMMEDIATELY TO PROBATION; FOLLOW STANDARD TERMS AND CONDITIONS OF
PROBATION; PAY COSTS; NO POSSESSION OR CONSUMPTION OF ALCOHOL OR ILLEGAL
DRUGS; RANDOM TESTING; COMPLETE MADD; SUBMIT TO MENTAL HEALTH EVALUATION AND
COMPLY WITHRECOMMENDED TREATMENT; COMPLETE ALCOHOL EVALUATION AND COMPLY WITH
RECOMMENDEDANY TREATMENT; COMPLETE UPS HOURS THROUGH INTERVENTION; TAKE
MEDICATION AS REQUIRED ON A TIMELY BASIS EVEN WHILE IN CUSTODY; WORK RELEASE
APPROVED IF IT CANBE ACCOMIDATED BY PKSD; SOE ON 60 DAY JAIL SENTENCE UNTIL
11 12 13 @ 3PM                                                        /DOM
STAY OF EXECUTION GRANTED TO: 11/12/2013 @ 3:00 P
WORK RELEASE GRANTED

           Assessed              Balance
      $   2,061.50      $    2,061.50

                  ADDITIONAL REQUIREMENTS
Complete            120.00 hours of Useful Public Service
WORK RELEASE AUTHORIZED IF IT CAN BE ACCOMMIDATED

JUDGMENT OF CONVICTION IS NOW ENTERED     IT IS FURTHER ORDERED OR RECOMMENDED:

DATE  11-6-13  NPT            JUDGE/MAGISTRATE
                                                STEPHEN A GROOME

                    CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE   4-1-14                        SHERIFF
                                  BY DEPUTY

               P. O. J.
             APR 1 2014
            TIME SERVED


Exhibit #: 32
Name: Weacner
Rptr: LPK  Date: 4.12.17
Stevens-Koenig Reporting

Schwark.Park 000309