# EXHIBIT 12

Denver Health       2/20/2014 2:47:22 PM   PAGE   2/004   Fax Server

SCHWARK, KYLE JEFFREY 152700100 IP Neuro Surgery, I,   DOS: 11/15/2013 - 11/19/2013   Discharge Summary - 11/20/2013

Page 1 of 2

## Denver Health Medical Center

ADMIT DATE: 11/15/2013
DISCHARGE DATE: 11/19/2013



DISCHARGE DIAGNOSIS:

PRIMARY DIAGNOSIS: Bilateral C7 pedicle fractures with no neurologic deficits.

SECONDARY DIAGNOSES:

1. Head laceration repaired at an outside hospital.
2. Opioid dependence.

CONSULTS: None.

PROCEDURES: None.

BRIEF HISTORY AND PHYSICAL: Please see the admission history and physical for details. In short, this is a 43-year-old male with a past medical history of drug abuse who presented to the emergency department from an outside hospital. The patient was in a jail when he states that they did not give him his Xanax and Suboxone in which he says he has a court order in order to take, when he had a seizure, falling from his bed, causing him to sustain a laceration to his head at that time. At the outside hospital, the patient had a scan which showed bilateral C7 pedicle fractures.

HOSPITAL COURSE: Upon being seen in the emergency department from the outside hospital, the patient was admitted to the SICU for observation with q 1 hour neuro checks after having seen that the patient had a bilateral C7 pedicle fracture. At that time, the patient was given IV fluids and pain medications and the patient complained of no pain at that time. The patient had no pain with flexion, extension, rotation upon examination during his stay. Due to the patient's decreased pain, it was decided that he be transferred to the floor. This case was discussed with multiple neurosurgeons to come up with a plan in order for the patient to have the best outcome. It was decided that the patient could have surgery in order to stabilize the C7 fracture so that the patient could return to his active lifestyle, although management in a semirigid brace would be considered a reasonable option together with regular scheduled followup with periodic imaging. At that time, the risks and benefits of the procedure were explained to the patient and the patient decided that he would like to have the surgery. He was consented for surgery at that time. The patient on the day of surgery on 11/19/2013 became paranoid and very anxious and decided not to have the surgery. The case was discussed with the patient. He did not want to proceed with surgery, no matter what the benefits of the procedure would have been for him. It was decided at that time that the patient would have a C-collar at all times as was the case for his entire stay and the patient could follow up with us soon at that time. The patient was given prescriptions for Xanax and Suboxone upon discharge and he was given only five to 10 days' worth in order for the patient to be able to seek his normal primary care doctor since we have no experience with the management of patients on suboxone and were unwilling to provide a larger prescription in this patient with admitted substance abuse.

DISCHARGE MEDICATIONS: Please see discharge medication reconciliation for details concerning discharge medications.
Medication Changes: None.

DISPOSITION: The patient will be discharged home and is to wear his C-collar at all times. His activities

| DICTATOR: | Cody Yerger | SCHWARK, KYLE | |
|---|---|---|---|
| PHYSICIAN ID: | 174888 | MR#: | 3047118 |
| ATTENDING: | Herbert I. Fried | | |
| ATTENDING ID: | 140426 | HFC#: | 152700100 |

DISCHARGE SUMMARY

Page 1 of 2   Printed by: edolos

SCHWARK 000096

Denver Health          2/20/2014 2:47:22 PM   PAGE   3/004   Fax Server

SCHWARK, KYLE JEFFREY 152700100 IP Neuro Surgery, I,   DOS: 11/15/2013 - 11/19/2013   Discharge Summary - 11/20/2013

Page 2 of 2

## Denver Health Medical Center

are as tolerated besides wearing the C-collar and not doing any bending, twisting or heavy lifting until otherwise specified. The patient is to follow up in one week in Urgent Care or with us to take his staples out from his head laceration. He is also to have in two weeks x-rays, AP and lateral views of his neck in order to see how well his C7 fracture was healing at that time.

During this time the patient had no neurologic deficits as stated above. He is to have a regular diet and there are no pending labs today upon this patient's discharge.

PBTY/98744522/00476048
D:     11/20/2013 12:09      T:     11/20/2013 12:12

Electronically Signed By FRIED, HERBERT MD on 22-Nov-2013 03:31:45 -07:00

| DICTATOR: | Cody Yerger | SCHWARK, KYLE | |
|---|---|---|---|
| PHYSICIAN ID: | 174888 | MR#: | 3047118 |
| ATTENDING: | Herbert I. Fried | | |
| ATTENDING ID: | 140426 | HFC#: | 152700100 |

### DISCHARGE SUMMARY

Page 2 of 2   Printed by: edolos

SCHWARK 000095