# EXHIBIT 13

Exhibit #: 24
Name: Fitting
Rptr: WE   Date: 1/5/17
Stevens-Koenig Reporting

## MEDICAL REQUEST

| NAME: | Schwark, Kyle |
|---|---|
| DOB: | |
| LOCATION: | F pod |
| DATE: | 11-14-13 |

REQUEST: seizure due to withdrawal

| ALLERGIES: | | | WEIGHT: | |
|---|---|---|---|---|
| TEMP: 97.6 | PULSE: 82 | RESP: | BP: 130/93 | |

43 y/o ♂ c/o of possible seizure disorder. PT was witnessed having a seizure tonight while in medical. PT fell approx 2 feet on his head c̄ a possible LOC. Time unknown. According to the nurse (CCA?) he fell and landed on his head. PT has a ⊕ Hx of DTs and seizure. However, due to his mental state he denied past Hx of medical issues. ⊖ CP ⊖ DyspnEa ⊖ SOB ⊖ other c/o or discomforts.

Exam: Head large laceration to occipital c̄ a large pooling of blood. Attempted c̄ spine precautions:
E: ⊕ Bleeding ⊕ trauma ⊖ Erythema ⊕ Edema
E: Pupils constricted ⊕ PERRL
N: Laceration noted to (B) maxillary and nose
T: PT spitting clean emesis
Neck: muscles tight+R c̄ seizure
Heart: R fast R

A: poss. p/e DT seizure

P: 1. Protect PT through seizure
2. Attempted c̄ spine precautions
3. Notify EMS for transport
4. Consulted c̄ nurse.

ATTENDING NURSE/DR. [signature] Swann RN    DATE [signature] 3701

SCHWARK 000092