# EXHIBIT 14

Jonathan W. Singer, D.O.

8400 E. Prentice Ave., #301

Greenwood Village, CO   80111

(303) 488-0034

To whom it may concern:

Kyle Schwark, DOB 12/01/1969

This letter is to verify that Kyle Schwark has been under my medical care for opio[id] dependency, lead toxicity, and anxiety. I have prescribed the following prescript[ions for] going care:

Suboxone 8 mg/2 mg. sublingual film #30, take ½ - 1 daily

Alprazolam ER (Alprazolam) 1 mg., take 1 tablet twice – four times daily

Hydroxyzine 25 mg., 1-2 every 4 – 6 hours as needed for anxiety

Inositol (supplement) as needed

DLPA (supplement) 1 gram three times daily

5HTP 100 mg. @ 4 p.m. and @ bedtime

Kyle should continue taking these medications until he sees me again in my office for further evaluation. Please make certain he stays on these medications. If refills are needed or if you have any questions, please contact my office staff.

Sincerely,

Jonathan W. Singer, D.O.

By LKL



SCHWARK 000087