# EXHIBIT 15

Katherine M. Fitting, M.D., FACP

2-28-14   KYLE SCHWARK

① DC SUBOXONE
② DC CHLORDIAZEPOXIDE
③ WEAN OFF ALPRAZOLAM

1 mg tid x3
then
1 mg bid x3
then
1 mg qd x3
then
DC

*K Fitting*

SOUTH PARK MEDICAL GROUP
525 Hathaway -- Fairplay, CO 80440
719-836-1900 -- 719-836-3283 fax

Exhibit #: 27
Name: Fitting
Rptr: UE   Date: 1/5/17
Stevens-Koenig Reporting

SCHWARK 000091