# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 15-cv-02507-JLK

---

VIDEOTAPE DEPOSITION OF:  KYLE JEFFERY SCHWARK
                          December 13, 2016

---

KYLE JEFFERY SCHWARK,

Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual
capacities; NURSE SUSAN CANTERBURY, in her individual
capacity; NURSE JERI SWANN, in her individual capacity;
NURSE CATHLENE PEARCE, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity,

Defendants.

---

        PURSUANT TO NOTICE, the deposition of KYLE
JEFFERY SCHWARK was taken on behalf of the Defendant
Dr. Fitting at 821 17th Street, Suite 500, Denver,
Colorado 80202, on December 13, 2016, at 9:26 a.m.,
before Rory L. Joyner, Certified Realtime Reporter,
Registered Professional Reporter, and Notary Public
within Colorado.

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

A P P E A R A N C E S

For the Plaintiff:

        ANDREW McNULTY, ESQ.
        Killmer, Lane & Newman, LLP
        1543 Champa Street
        Suite 400
        Denver, Colorado 80202


For the Defendant Dr. Fitting:

        STEVEN A. MICHALEK, ESQ.
        Childs McCune, LLC
        821 17th Street
        Suite 500
        Denver, Colorado 80202


For the Defendants Wegener, Canterbury, Swann and
Pearce:

        ERIC MICHAEL ZIPORIN, ESQ.
        Senter Goldfarb & Rice, LLC
        3900 East Mexico Avenue
        Suite 700
        Denver, Colorado 80210


Also Present:

        Walt Mathern, Videographer

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 16

09:42:03  1   Boreas Pass, as you understood.

09:42:05  2            Q.    Yeah.

09:42:06  3            A.    So . . .

09:42:06  4            Q.    Did you incorporate that company, or was

09:42:09  5   it just your own private --

09:42:10  6            A.    It was a sole proprietorship.

09:42:14  7            Q.    Did you have any other employees other

09:42:16  8   than yourself?

09:42:16  9            A.    No.

09:42:23 10            Q.    How long did you operate that company?

09:42:25 11            A.    I really had run it for -- up until just a

09:42:34 12   couple years ago, or really about a year ago, and

09:42:38 13   realizing I was unable to continue to do it, that type

09:42:42 14   of work.

09:42:43 15            Q.    So you continued to operate Ten Mile Tree

09:42:46 16   company essentially up until 2015 or so?

09:42:50 17            A.    Except for the break when I went to school

09:42:52 18   deciding I wanted a degree to specialize in the tree

09:42:55 19   aspect of it.

09:42:57 20            Q.    Okay.  So from 1993 up until 2015, you

09:43:00 21   operated the Ten Mile --

09:43:02 22            A.    Well, it -- after returning from school, I

09:43:09 23   at some point changed the name to All Phase Tree

09:43:12 24   Service.

09:43:22 25            Q.    I just want to make sure I'm tracking

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 17

09:43:24   1   **correctly.  So from '93 up until the time you went to**

09:43:31   2   **New York, you were operating the Ten Mile Tree company**

09:43:37   3   **as a sole proprietorship.  Then when you came back from**

09:43:42   4   **New York, you changed the name to All Phase Tree; is**

09:43:46   5   **that right?**

09:43:47   6           A.   That's correct, All Phase Tree Service.

09:43:48   7           **Q.   And then you continued to operate that**

09:43:50   8   **company up until about 2015?**

09:43:52   9           A.   Yes.

09:43:56 10           **Q.   And both those companies were sole**

09:43:59 11   **proprietorships, correct?**

09:44:01 12           A.   Correct.

09:44:02 13           **Q.   And the Ten Mile Tree company was operated**

09:44:11 14   **out of your home up at the Baldy Mountain Townhomes.**

09:44:16 15   **And then where was All Phase Tree Service?  Where was**

09:44:18 16   **its business address?**

09:44:19 17           A.   It started out same location, Baldy

09:44:22 18   Mountain Townhomes.

09:44:25 19           **Q.   And then did it change at some point?**

09:44:27 20           A.   It changed numerous times.  I lived in --

09:44:34 21   back and forth from Alma, which is over -- just about

09:44:39 22   20 minutes from Breckenridge, living in different

09:44:45 23   locations between Breckenridge and Alma, Fairplay, and

09:44:50 24   a short stint in Buena Vista.

09:44:55 25           **Q.   Okay.**

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 18

09:44:56  1         A.   So . . .

09:44:56  2             Q.   **Can you take me through those locations as**

09:44:59  3     **best you can recall?  So when you moved from the Baldy**

09:45:02  4     **Mountain Townhomes, where did you move to, and about**

09:45:07  5     **what year was that?**

09:45:08  6         A.   That would have been -- let's see.  Dates

09:45:20  7     aren't my strength.  I would say it was around five

09:45:26  8     years after I moved out here that I moved out of the

09:45:32  9     Baldy Mountain.  And then I was living in Alma for a

09:45:37 10     period of time.

09:45:38 11             Q.   **Okay.  So maybe 1995, you moved to Alma?**

09:45:44 12         A.   Yeah.  I believe that was the next

09:45:51 13     location.

09:45:52 14             Q.   **Do you remember your address in Alma?**

09:45:54 15         A.   It was -- I don't know the house number.

09:45:56 16     It was called Placer Valley.  The street was Titmouse

09:46:04 17     Drive.  The house number, I can't remember.

09:46:10 18             Q.   **Okay.  How long did you live there?**

09:46:15 19         A.   Exactly how long, I'm not sure.  Maybe

09:46:20 20     couple years.

09:46:22 21             Q.   **Maybe around 1997?**

09:46:25 22         A.   Yeah.  Like I said, these dates are

09:46:28 23     not . . .

09:46:29 24             Q.   **Sure.  I'm just looking for your best**

09:46:32 25     **recollection.**

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 19

09:46:32   1        A.   Yeah.   That's -- that's approximate, yeah.

09:46:41   2        Q.   **Where did you move when you left the**

09:46:43   3   **Placer Valley location?**

09:46:45   4        A.   I believe at that point, I had moved --

09:46:46   5   that was when I moved down to Buena Vista for a period

09:46:50   6   of time, just about a year.

09:46:55   7        Q.   **Do you remember your address there?**

09:46:56   8        A.   No.

09:47:02   9        Q.   **Then where did you move after Buena Vista?**

09:47:05  10        A.   Back to -- I believe it was back to

09:47:09  11   Fairplay.

09:47:11  12        Q.   **So that would have been about 1998,**

09:47:13  13   **correct?**

09:47:15  14        A.   Yes.

09:47:17  15        Q.   **Do you remember your address in Fairplay?**

09:47:24  16        A.   No, I don't.   I honestly don't.

09:47:27  17        Q.   **How long were you in Fairplay?**

09:47:35  18        A.   About a year.

09:47:36  19        Q.   **Then where did you move after that?**

09:47:39  20        A.   Back to Placer Valley, which is Alma.

09:47:47  21        Q.   **And how long were you there?**

09:47:49  22        A.   I believe I was there nine months, maybe.

09:48:00  23   I think less than a year.

09:48:01  24        Q.   **Where did you move after that?**

09:48:02  25        A.   I moved back to Breckenridge and was --

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 20

| | | |
|---|---|---|
| 09:48:08 | 1 | yeah.  Back to Breckenridge. |
| 09:48:10 | 2 | **Q.   Okay.  Do you remember where, what** |
| 09:48:12 | 3 | **address?** |
| 09:48:13 | 4 | A.   Yeah.  It was 0847 Airport Road.  The unit |
| 09:48:23 | 5 | number was -- I believe it was 22.  But I could be |
| 09:48:31 | 6 | wrong on that. |
| 09:48:41 | 7 | **Q.   And how long were you there?** |
| 09:48:42 | 8 | A.   Let's see.  I was there for -- I think it |
| 09:48:45 | 9 | was around five years. |
| 09:48:46 | 10 | **Q.   So that takes us up to about 2005, if my** |
| 09:48:50 | 11 | **math is right?** |
| 09:48:51 | 12 | A.   Okay.  Yeah, that sounds about right. |
| 09:48:53 | 13 | **Q.   Okay.  Where did you go after that?** |
| 09:48:55 | 14 | A.   Then I moved back to Alma. |
| 09:49:02 | 15 | **Q.   Do you remember your address there?** |
| 09:49:03 | 16 | A.   Yeah.  That's where I currently reside. |
| 09:49:06 | 17 | **Q.   Okay.  So you've been at that location** |
| 09:49:07 | 18 | **since about 2005?** |
| 09:49:09 | 19 | A.   About -- yeah.  That's -- yeah. |
| 09:49:12 | 20 | **Q.   Okay.  Were you renting at each of these** |
| 09:49:24 | 21 | **properties that you lived at from, you know, '90 until** |
| 09:49:32 | 22 | **2005?** |
| 09:49:32 | 23 | A.   Yes, I was renting. |
| 09:49:34 | 24 | **Q.   Okay.** |
| 09:49:35 | 25 | A.   Yeah. |

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 120

13:31:36  1          Q.    So were your taking a couple in the day
13:31:39  2    before you went in?
13:31:41  3          A.    I was probably taking the maximum allotted
13:31:44  4    amount.
13:31:51  5          Q.    Do you think that was two tabs per day?
13:31:53  6          A.    No.  I think that was up to four.
13:31:56  7          Q.    Okay.  And then were you taking the
13:32:06  8    testosterone before you went in?
13:32:08  9          A.    Yeah.  Actually, I'm not a hundred percent
13:32:12 10    sure if I was taking it at that time.  I would have to
13:32:15 11    check the records and see.  But, I mean, that's not
13:32:18 12    something that's going to cause you ill effects or
13:32:21 13    anything to be -- to abstain from it.
13:32:25 14          Q.    Okay.  And then it looks like you also had
13:32:29 15    a prescription for Librium that you would take
13:32:32 16    occasionally?
13:32:33 17          A.    Yeah.
13:32:33 18          Q.    Were you taking that before you went in?
13:32:36 19          A.    No.  That was a misunderstanding.  I had
13:32:38 20    told my doctor that, you know, I had been depressed and
13:32:41 21    that I had struggled with drinking and was worried
13:32:46 22    about it, having to go to jail and stuff.  But I got it
13:32:50 23    together before that, and he kind of gave it to me as a
13:32:59 24    precautionary, because I was worried that I had been
13:33:02 25    drinking for the wrong reason as a -- I guess to

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 127

```
13:42:05  1   medication.
13:42:06  2         Q.   Okay.  Do you know of any other jails that
13:42:12  3   allow inmates to have either narcotics or
13:42:15  4   benzodiazepines while they're incarcerated?
13:42:18  5         A.   Yes.
13:42:20  6         Q.   What other jails?
13:42:21  7         A.   Summit County.
13:42:22  8         Q.   Other than Summit County.
13:42:28  9         A.   Well, no.  I mean, I . . .
13:42:30 10         Q.   Do you understand why a jail would have a
13:42:34 11   policy not to allow inmates to have narcotics or
13:42:37 12   benzodiazepines while they're incarcerated?
13:42:48 13         A.   I can't think of any justifiable reason to
13:42:51 14   do that to someone, especially with the risks
13:42:59 15   associated with the abrupt stoppage of benzodiazepine.
13:43:05 16         Q.   When you got into the jail, in fact, you
13:43:15 17   were administered your Xanax and Suboxone within the
13:43:24 18   first 24 hours of you being there, correct?
13:43:27 19         A.   I don't think they got around to it in the
13:43:30 20   first 24 hours.
13:43:32 21         Q.   Okay.  Do you recall being administered
13:43:39 22   your Xanax and Suboxone on November 13?
13:43:47 23         A.   No.
13:43:47 24         Q.   Have you seen the jail medication
13:43:49 25   administration records related to being administered
```

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 130

13:46:28  1    administration of Suboxone on the 13th?

13:46:39  2              A.   At -- on the bottom of the --

13:46:41  3              Q.   On the top for Suboxone?

13:46:43  4              A.   Suboxone.  But the bottom of that column

13:46:47  5    there, the bottom of the 13th?

13:46:49  6              Q.   Correct.

13:46:51  7              A.   Yeah.  I see that.

13:46:56  8              Q.   Okay.  You would agree with me that there

13:46:58  9    is a check mark and initials on the 13th for you having

13:47:03 10    been administered Suboxone, correct?

13:47:05 11              A.   I will agree that I see it on this paper.

13:47:08 12              Q.   Okay.  So you would agree with me that if

13:47:09 13    this documentation was correct, you were administered

13:47:13 14    Suboxone on the 13th, correct?

13:47:20 15              A.   According to this, yes, that's what it

13:47:22 16    says.

13:47:23 17              Q.   Okay.  Do you have any documentation of or

13:47:25 18    record to demonstrate that you were not given Suboxone

13:47:31 19    on November 13?

13:47:38 20              A.   I don't know how I could produce such a --

13:47:40 21    such a thing.

13:47:41 22              Q.   Well, do you have any notes or memos or

13:47:45 23    any recorded recollection of not getting medication on

13:47:48 24    that date?

13:47:49 25              A.   Well, the simple fact that the whole time

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 131

13:47:51  1    I was in there, I was constantly requesting on the

13:47:56  2    intercom, I need to see a nurse; I haven't received my

13:48:02  3    medication.  Every time a guard would come by, I would

13:48:05  4    get in the line and wait to talk to him one on one.  I

13:48:09  5    kept getting told, We'll look into it.  And then it

13:48:15  6    would go to a shift change.  I would have to tell

13:48:18  7    another guard that it -- what was going on, again,

13:48:25  8    continuing to use the intercom in a pod where everyone

13:48:29  9    in there could hear everything that was transpiring,

13:48:32 10    having people tell me, you know, the more you push on

13:48:38 11    that, the longer it's going to take for them to get

13:48:40 12    this to you.  So . . .

13:48:42 13        Q.    So my question was, do you have any

13:48:44 14    written documentation to indicate that you did not get

13:48:47 15    your Suboxone on the 13th?

13:48:48 16        A.    No.  By that point I was pretty much

13:48:51 17    falling apart physically and mentally.

13:48:54 18        Q.    Okay.

13:48:54 19        A.    And not taking notes.

13:48:59 20        Q.    Then as we go to the 14th, do you see the

13:49:04 21    next day?

13:49:04 22        A.    Um-hum.

13:49:06 23        Q.    Do you see initials there where it says

13:49:08 24    CP?

13:49:10 25        A.    I do.

Case 1:15-cv-02507-JLK   Document 83-1   Filed 10/19/17   USDC Colorado   Page 13 of 24
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 134

13:52:13  1          Q.    And you're talking about the other inmates

13:52:15  2    that were there?

13:52:16  3          A.    Yeah.

13:52:16  4          Q.    And you don't recall the names of any of

13:52:18  5    the other inmates, correct?

13:52:20  6          A.    No.  Really, from the point I got in

13:52:23  7    there, I was a physical mess when I got in there, and

13:52:27  8    then not receiving medication that was intended for

13:52:30  9    anxiety and -- yeah, panic attacks and basically --

13:52:38 10    yeah.  I wasn't making friends with people at that

13:52:42 11    time, getting names.  I was trying to make it in to

13:52:49 12    see -- I was pleading with this jail to get someone to

13:52:55 13    take me to the nurse, bring me the medication, do

13:52:58 14    something for me, somebody address my issue.  I'm

13:53:04 15    begging you people.

13:53:05 16          Q.    Now, did you send any note or request --

13:53:07 17          A.    I put in kites, yes.  I did put in kites.

13:53:13 18    They never made it out.  I could see in the box that

13:53:16 19    they were still in there by the time I was gone,

13:53:21 20    so . . .

13:53:21 21          Q.    Okay.  Have you seen a copy of the kites

13:53:24 22    and the requests that were made from F Pod while you

13:53:28 23    were there?

13:53:28 24          A.    I'm not sure if I had them in a stack of

13:53:34 25    papers from that incident or not.  So . . .

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 138

13:58:23  1   there's no written request for medications?

13:58:25  2        A.   No.  This is -- like I said, you're

13:58:27  3   allowed one topic per kite.  This is not the one

13:58:31  4   pertaining to me requesting medication.  This is

13:58:34  5   requesting underwear, socks.

13:58:38  6        Q.   And at least as far as you're aware, there

13:58:41  7   is no documentation of any request for medication on

13:58:44  8   these two dates from any of the documents we've seen,

13:58:47  9   correct?

13:58:48 10        A.   There should be.

13:58:49 11        Q.   Well, my question was different.  You

13:58:51 12   would agree that you haven't seen any request for

13:58:55 13   medication on either the 13th or 14th, correct?

13:58:59 14        A.   No, I have not.  No.

13:59:01 15        Q.   Okay.  Now, on the morning of the 14th, do

13:59:15 16   you recall how you were feeling at that time?

13:59:24 17        A.   The morning of the 14th?

13:59:29 18        Q.   Correct.

13:59:30 19        A.   I was in pretty bad shape.

13:59:32 20        Q.   Okay.  I think you said from the time that

13:59:33 21   you went to the jail, you were anxious, not feeling

13:59:38 22   well, and having a hard time, correct?

13:59:41 23        A.   Yes.  Having a terrible time.

13:59:44 24        Q.   Okay.

13:59:46 25        A.   I was very sick.

Case 1:15-cv-02507-JLK   Document 83-1   Filed 10/19/17   USDC Colorado   Page 15 of 24
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 139

13:59:50  1       Q.   I think you said you were sick to your

13:59:52  2   stomach; is that right?

13:59:53  3       A.   Yes.

13:59:53  4       Q.   What other difficulties were you having?

13:59:55  5       A.   Loss of appetite, just general discomfort,

14:00:04  6   anxiety, just out-of-control fear, scared to death.  I

14:00:16  7   knew it was coming.

14:00:17  8       Q.   Difficult concentrating?

14:00:19  9       A.   Oh, yeah.  I had one objective, and that

14:00:23 10   was get the medication before things went bad.  And I

14:00:28 11   let them know.  I let everyone in there know that,

14:00:32 12   anyone that came to that door, anyone that was at the

14:00:34 13   other end of that intercom, I repeatedly, for the time

14:00:39 14   I was there until I seized, was tracking them down and

14:00:43 15   trying to get the point across, this is serious and

14:00:48 16   it's going to be an issue, and I knew it was coming on.

14:00:53 17   I could tell by my physical state that it wasn't going

14:00:58 18   well.

14:00:58 19       Q.   Were you shaking?

14:01:01 20       A.   Yeah.  I was weak.  I was shaking.  I

14:01:03 21   couldn't eat.  I was --

14:01:04 22       Q.   Were you sweaty?

14:01:06 23       A.   I was chilled, hot, cold, withdrawal-type

14:01:11 24   effects, basically.

14:01:14 25       Q.   So you felt like you were going through

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 140

14:01:16  1   **withdrawal?**

14:01:17  2          A.   I was going through withdrawal.  There's

14:01:19  3   no ifs.

14:01:27  4          Q.   **Do you recall seeing a nurse on the**

14:01:29  5   **morning of the 14th?**

14:01:31  6          A.   No, I do not.  And if I did, that just

14:01:37  7   attests to my mental state of decline.

14:01:43  8          Q.   **That, because of your condition, you have**

14:01:44  9   **a hard time remembering things during that time?**

14:01:47 10          A.   Yeah.  I was falling apart.  I was

14:01:51 11   physically falling apart to the point where I was

14:01:54 12   leading up to a seizure.  So I was not doing well.

14:01:58 13          Q.   **Were you in your cot that morning in**

14:02:00 14   **F Pod?**

14:02:01 15          A.   I don't know.  I spent a lot of time just

14:02:03 16   sitting as close to the door as I could so when anyone

14:02:08 17   came by I wouldn't miss it.  I didn't want to doze off

14:02:12 18   for a few minutes and miss someone.  I was being as

14:02:16 19   diligent as I possibly could to get people's attention

14:02:19 20   to let everyone know and continuously get on that

14:02:23 21   intercom and express the need for care.

14:02:29 22          Q.   **So I'll hand you a piece of paper, and**

14:02:32 23   **we'll mark this as Exhibit 4.  And if you could just**

14:02:39 24   **draw diagram for me of what F Pod looked like where**

14:02:43 25   **your cot was and where the door was, that will help me**

Case 1:15-cv-02507-JLK   Document 83-1   Filed 10/19/17   USDC Colorado   Page 17 of 24
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 146

14:12:18  1    she thought was really neat going around belching very

14:12:22  2    loud.  I don't know -- like I said, I don't remember

14:12:28  3    her name.  But she's the one that went to the hospital

14:12:31  4    with me and sat outside the hospital bed until they

14:12:34  5    furloughed me, so . . .

14:12:37  6              Q.   **Do you remember what color her hair was?**

14:12:39  7              A.   Yeah.  It was -- it was -- she had

14:12:41  8    brown -- or black -- long black hair.

14:12:45  9              Q.   **Okay.  Anything --**

14:12:47 10              A.   She was short, kind of heavyset for a

14:12:51 11    short woman.

14:12:52 12              Q.   **Anything else you remember about her**

14:12:53 13    **description?**

14:12:53 14              A.   Yeah.  Her -- just her grin on her face

14:13:00 15    that -- I can't forget the way she seemed to -- I saw

14:13:11 16    her deriving a level of pleasure out of -- I saw it

14:13:18 17    basically just lying to me, right to my face.

14:13:22 18              Q.   **Did you ever see any of the nurses before**

14:13:24 19    **the middle of the day on the 14th that you recall?**

14:13:27 20              A.   No.  No.  No.  I . . .

14:13:30 21              Q.   **So it's your testimony that you never saw**

14:13:32 22    **any nurses before midday on the 14th?**

14:13:35 23              A.   And if I did, at that point, I wasn't

14:13:37 24    coherent enough to make -- to make sense out of it.

14:13:43 25              Q.   **But as you sit here today, it's your**

Case 1:15-cv-02507-JLK   Document 83-1   Filed 10/19/17   USDC Colorado   Page 18 of 24
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 147

14:13:45  1   **testimony you don't recall seeing any of the nurses**

14:13:48  2   **from the time that you got there until midday on the**

14:13:51  3   **14th, correct?**

14:13:52  4            A.   Yeah.  I'm not sure when the first chance

14:13:55  5   I saw it, but it wasn't -- I don't know.  I kept -- I

14:14:00  6   just kept asking to get -- to please take me to medical

14:14:05  7   or have someone medical come in.  Someone help me.

14:14:10  8   Please help me.

14:14:11  9            Q.   **And it's your testimony you didn't see**

14:14:12 10   **anybody from medical until after midday on the 14th,**

14:14:17 11   **correct?**

14:14:17 12            A.   You know, I cannot recall the exact times

14:14:20 13   or anything.  I can just honestly tell you, from the

14:14:23 14   time I was in there to the time I had the first

14:14:29 15   seizure, I was just focused on getting someone to

14:14:33 16   address me.

14:14:34 17            Q.   **Yeah.  That's what I'm trying to get at.**

14:14:36 18            A.   Yeah.

14:14:36 19            Q.   **What you're telling me is, from the time**

14:14:38 20   **you got in there until the time you had the first**

14:14:42 21   **seizure, you didn't see anybody from medical and nobody**

14:14:45 22   **from medical came to see you, right?**

14:14:47 23            A.   Right.  Yeah.

14:14:48 24            Q.   **Okay.  And the last thing you recall**

14:14:51 25   **before the seizure is seeing this officer, who was a**

Case 1:15-cv-02507-JLK   Document 83-1   Filed 10/19/17   USDC Colorado   Page 19 of 24
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 151

| | | |
|---|---|---|
| 14:24:28 | 1 | there, but I can't -- I can't confidently say that, |
| 14:24:31 | 2 | so . . . |
| 14:24:32 | 3 | Q.   **So you remember you being there, one other** |
| 14:24:36 | 4 | **nurse being there.  Do you remember anything about what** |
| 14:24:41 | 5 | **you did when you were there?  Do you remember eating** |
| 14:24:48 | 6 | **anything or drinking anything?** |
| 14:24:50 | 7 | A.   I think I tried to get something down and |
| 14:24:53 | 8 | threw it up, which is -- |
| 14:24:55 | 9 | Q.   **So it's your testimony you weren't able to** |
| 14:24:57 | 10 | **keep any food or drinks down?** |
| 14:24:59 | 11 | A.   Yeah.  Yeah. |
| 14:25:00 | 12 | Q.   **Do you remember being given any medication** |
| 14:25:01 | 13 | **or anything like that?** |
| 14:25:03 | 14 | A.   No. |
| 14:25:04 | 15 | Q.   **Do you remember how long you were there in** |
| 14:25:07 | 16 | **the nurse's area?** |
| 14:25:09 | 17 | A.   No.  I mean, I was enough of a -- I had |
| 14:25:15 | 18 | enough trouble concentrating before I seized.  After I |
| 14:25:21 | 19 | seized -- |
| 14:25:23 | 20 | Q.   **Sounds like you have a hard time** |
| 14:25:24 | 21 | **remembering what happened during that period?** |
| 14:25:27 | 22 | A.   Oh, yeah. |
| 14:25:28 | 23 | Q.   **All right.** |
| 14:25:29 | 24 | A.   It took it out of me.  I mean, I -- I |
| 14:25:32 | 25 | don't know.  I had a just a breakdown, physically and |

Page 152

14:25:39  1    mentally and every -- I just -- I don't know.  I was

14:25:44  2    afraid I was going to die.

14:25:46  3         Q.    **So fair to say you don't have a very good**

14:25:48  4    **recollection of what happened while you were in the**

14:25:50  5    **nurse's area?**

14:25:51  6         A.    No, I really don't.  I was just weak and

14:25:57  7    scared and confused.

14:26:00  8         Q.    **Okay.  So what you've told me is you**

14:26:15  9    **remember being on a gurney or a bed in the nurse's**

14:26:20 10    **station with a nurse being there, but other than that,**

14:26:24 11    **you really don't have any specific recollections?**

14:26:28 12         A.    I don't remember what we -- we talked

14:26:31 13    about or what -- no.  No.

14:26:34 14         Q.    **Okay.**

14:26:34 15         A.    I really . . .

14:26:35 16         Q.    **So what's the next thing you remember**

14:26:37 17    **happening?**

14:26:39 18         A.    The next thing I remember is waking up and

14:26:48 19    seeing a reflection of myself in the glass as we were

14:26:52 20    going down a hallway, and I just remember my head being

14:26:58 21    wrapped, and I couldn't tell exactly what it was.

14:27:04 22    Looked like gauze or something.  But it was really

14:27:07 23    wrapped thick on my head.  I think they said it was a

14:27:11 24    towel or something.  But I remember waking up and

14:27:13 25    seeing my reflection in the -- in the mirror.  Or not

**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page  193

15:26:17   1          A.   Family Integration Counseling in Fairplay.

15:26:20   2          Q.   **Is that with Mr. Fyler?**

15:26:25   3          A.   No.  He's an additional therapist that I

15:26:29   4    see.

15:26:30   5          Q.   **Okay.  Is that with --**

15:26:35   6          A.   This is Dusty.

15:26:35   7          Q.   **Dusty Powell?**

15:26:37   8          A.   Dusty Powell.

15:26:39   9          Q.   **Okay.  And has Mr. Powell's therapy helped**

15:26:54  10    **you with your alcohol issues and drug dependence**

15:26:58  11    **issues?**

15:26:59  12          A.   We're talking about PTSD.  Okay.

15:27:05  13          Q.   **Okay.  So he hasn't helped --**

15:27:07  14          A.   Any alcohol or drug use is a secondary

15:27:10  15    reaction to the trauma that I've been through and an

15:27:14  16    inappropriate way to deal with depression and a general

15:27:21  17    loss of quality of life.

15:27:29  18          Q.   **Has his therapy helped you with those**

15:27:32  19    **issues?**

15:27:32  20          A.   Been working very hard on it.  Yes, it has

15:27:35  21    helped.  Now, reliving this and playing this scenario

15:27:39  22    over again for this situation has turned it all --

15:27:43  23    turned my progress back.

15:27:46  24          Q.   **You mean going through this court case?**

15:27:48  25          A.   Going -- yes.  I've spent over a year of

16:47:33  1   of that off your cell phone so we can attach that as

16:47:35  2   Deposition --

16:47:37  3              THE DEPONENT:  I've got a paper document

16:47:38  4   of it.  I just have taken a picture.

16:47:40  5              MR. MICHALEK:  Okay.  We can try to do it

16:47:42  6   while you're here.  If that doesn't work, then we can

16:47:47  7   give it to your lawyer, but I want to attach that as

16:47:49  8   Deposition Exhibit 6 to be sure we have a record.

16:47:54  9              THE DEPONENT:  So you want me to pull it

16:47:55  10  up on my phone?

16:47:57  11             MR. MICHALEK:  Yeah, if you can, and then

16:47:58  12  we'll see if we can either have you email it or print

16:48:00  13  it for you.

16:48:01  14             THE VIDEOGRAPHER:  We're going off the

16:48:01  15  record.  This concludes today's portion of the

16:48:03  16  videotape deposition of Kyle Jeffery Schwark.  The

16:48:07  17  total number of media used is 4.  The time now is 4:48

16:48:08  18  p.m.

16:49:05  19             (Deposition Exhibit 6 was marked.)

16:49:05  20             WHEREUPON, the within proceedings were

16:49:05  21  concluded at the approximate hour of 4:48 p.m. on the

10:39:05  22  13th day of December, 2016.

10:39:05  23             *       *       *       *       *

          24

          25

**KYLE JEFFERY SCHWARK - 12/13/2016**

**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 245

I, KYLE JEFFERY SCHWARK, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached   ( ) Yes   ( ) No

_____

KYLE JEFFERY SCHWARK

The signature above of KYLE JEFFERY SCHWARK was subscribed and sworn to before me in the county of _____, state of_____, this _____ day of _____, 2017.

_____

Notary Public
My commission expires_____

Schwark, Kyle Jeffery 12/13/16 (rlj)

Case 1:15-cv-02507-JLK   Document 83-1   Filed 10/19/17   USDC Colorado   Page 24 of 24
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 246

REPORTER'S CERTIFICATE

STATE OF COLORADO          )
                          )  Ss.
CITY AND COUNTY OF DENVER  )


          I, RORY L. JOYNER, Certified Realtime
Reporter, Registered Professional Reporter and Notary
Public ID 20114002249, State of Colorado, do hereby
certify that previous to the commencement of the
examination, the said KYLE JEFFERY SCHWARK was duly
sworn by me to testify to the truth in relation to the
matters in controversy between the parties hereto; that
the said deposition was taken in machine shorthand by
me at the time and place aforesaid and was thereafter
reduced to typewritten form; that the foregoing is a
true transcript of the questions asked, testimony
given, and proceedings had.

          I further certify that I am not employed
by, related to, nor counsel for any of the parties
herein, nor otherwise interested in the outcome of this

litigation.


          IN WITNESS WHEREOF, I have affixed my

signature this 27th day of December, 2016.


          My commission expires January 11, 2019.


     X     Reading and Signing was requested.


          Reading and Signing was waived.


          Reading and Signing is not required.