# EXHIBIT 2

Case 1:15-cv-02507-JLK   Document 83-2   Filed 10/19/17   USDC Colorado   Page 2 of 8

Kyle Jeffery Schwark vs.                                    Deposition of Captain Daniel Muldoon
Sheriff Fred Wegener, et al.                                                  August 21, 2017

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 15-CV-02507-JLK
 3   _____

 4   KYLE JEFFERY SCHWARK,

 5        Plaintiff,

 6   vs.

 7   SHERIFF FRED WEGENER, in his official and individual
     capacities;
 8   NURSE SUSAN CANTERBURY, in her individual capacity;
     NURSE JERI SWANN, in her individual capacity;
 9   NURSE CATHLENE PEARCE, in her individual capacity;
     DOCTOR KATHERINE FITTING, in her individual
10   capacity;
     CAPTAIN DANIEL MULDOON, in his individual capacity.
11
          Defendants.
12   _____

13           DEPOSITION OF CAPTAIN DANIEL MULDOON
                      August 21, 2017
14   _____

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:15-cv-02507-JLK  Document 83-2  Filed 10/19/17  USDC Colorado  Page 3 of 8

Kyle Jeffery Schwark vs.                                Deposition of Captain Daniel Muldoon
Sheriff Fred Wegener, et al.                                           August 21, 2017

```
                                                              Page 2
 1    APPEARANCES:

 2
      ON BEHALF OF THE PLAINTIFF:
 3        ANDREW MCNULTY, ESQ.
          Killmer, Lane & Newman, LLP
 4        1543 Champa Street, Suite 400
          Denver, Colorado  80202
 5        Phone:  303-571-1000
          Email:  Amcnulty@kln-law.com
 6

 7    ON BEHALF OF THE DEFENDANTS SHERIFF FRED WEGENER,
      NURSE SUSAN CANTERBURY, NURSE JERI SWANN, NURSE
 8    CATHLENE PEARCE and CAPTAIN DANIEL MULDOON:
          ERIC M. ZIPORIN, ESQ.
 9        Senter, Goldfarb & Rice, LLC
          3900 East Mexico Avenue, Suite 700
10        Denver, Colorado  80210
          Phone:  303-320-0509
11        Email:  eziporin@sgrllc.com

12
      ON BEHALF OF THE DEFENDANT DOCTOR KATHERINE FITTING:
13        STEVEN A. MICHALEK, ESQ.
          Childs McCune, LLC
14        821 17th Street, Suite 500
          Denver, Colorado  80202
15        Phone:  303-296-7300
          Email:  smichalek@childsmccune.com
16

17    Also Present:  Kyle Jeffrey Schwark

18

19

20

21

22

23

24

25
```

Case 1:15-cv-02507-JLK   Document 83-2   Filed 10/19/17   USDC Colorado   Page 4 of 8

Kyle Jeffery Schwark vs.  
Sheriff Fred Wegener, et al.

Deposition of Captain Daniel Muldoon  
August 21, 2017

Page 33

1      A.   Right.
2      Q.   Okay.
3      A.   Mr. Schwark was not happy about being
4   incarcerated.
5      Q.   Certainly.  And could you blame him?
6   He had just --
7      A.   No.
8      Q.   -- been incarcerated previously and
9   had been seriously injured, right?
10     A.   Sure.
11     Q.   So, in terms of verbal
12  non-compliance, do you know if he was speaking in
13  language that was paranoid?
14     A.   No, I -- I don't recollect.
15     Q.   Okay.  Did you have -- did you have
16  personal interactions with Mr. Schwark when he was
17  brought in the second time right in the beginning?
18     A.   I believe I did, yes.
19     Q.   So you spoke with him personally?
20     A.   Yes.
21     Q.   And what was your general sense of
22  Mr. Schwark during that interaction?
23     A.   I'm trying to think how to phrase
24  this.
25           Like I said, Mr. Schwark was not a

```
 1   good candidate for general population.  He was -- I
 2   don't know what -- I want to say off.
 3            Q.   He seemed like his mental state
 4   wasn't appropriate for general population, is that
 5   right?
 6            A.   I would go along with that, yes, sir.
 7            Q.   Okay.  And could that have been
 8   attributable to some of his mental illnesses maybe?
 9            A.   I have no idea.
10                 MR. ZIPORIN:  Object to form,
11   foundation.
12            A.   I have no knowledge of why.
13            Q.   (By Mr. McNulty)  So just because
14   his mental state seemed a little bit off, that was
15   reason enough to put him in administrative
16   segregation?
17            A.   It seemed like a bad decision to put
18   him in general population at that time.
19            Q.   Do you know if Mr. Schwark was ever
20   put into general population during that stay?
21            A.   Yes, he was.
22            Q.   Do you remember when that happened?
23            A.   When he came back from the hospital.
24            Q.   From Denver Health?
25            A.   Yes.
```

Kyle Jeffery Schwark vs.  
Sheriff Fred Wegener, et al.

Deposition of Captain Daniel Muldoon  
August 21, 2017

Page 61

```
 1    time, correct?
 2              A.    No, sir.
 3              MR. MICHALEK:  Okay.  Those are all
 4    the questions I have.
 5              MR. ZIPORIN:  I don't have any
 6    questions, and I can handle Muldoon's signature.
 7              MR. McNULTY:  No further questions
 8    for me either.
 9              COURT REPORTER:  Okay.  And are all
10    of you going to order the same order that you've
11    been ordering?
12              MR. McNULTY:  Yes.
13              MR. MICHALEK:  Yes.
14              MR. ZIPORIN:  Yes, please.
15                   *  *  *  *  *  *  *
16          (WHEREUPON, the foregoing deposition was
17    concluded at the hour of 2:16 p.m.  Total time on
18    the record was 1 hour and 20 minutes.)
19
20
21
22
23
24
25
```

Case 1:15-cv-02507-JLK Document 83-2 Filed 10/19/17 USDC Colorado Page 7 of 8

| Kyle Jeffery Schwark vs. | Deposition of Captain Daniel Muldoon |
|---|---|
| Sheriff Fred Wegener, et al. | August 21, 2017 |

Page 62

```
 1              I, CAPTAIN DANIEL MULDOON, the deponent in
 2     the above deposition, do hereby acknowledge that I have
 3     read the foregoing transcript of my testimony, and
 4     state under oath that it, together with any attached
 5     Amendment to Deposition pages, constitutes my sworn
 6     testimony.
 7
         _____ I have made changes to my deposition
 8
         _____ I have NOT made any changes to my deposition
 9
10
11
12
                         _____
13                           CAPTAIN DANIEL MULDOON
14
15
16              Subscribed and sworn to before me
17     this _____ day of _____, 20____.
18
19              My commission expires:
20                      _____.
21
                         _____
22                              NOTARY PUBLIC
23
24
25
```

```
 1

 2              CERTIFICATE OF DEPOSITION OFFICER

 3

 4

 5            I, Karen J. Hathcock, do hereby certify

 6   that I am a Certified Merit Reporter, Registered

 7   Professional Reporter and Notary Public within and

 8   for the State of Colorado.

 9            The following statement was taken in

10   shorthand by me and was thereafter reduced to

11   typewritten form, and that the foregoing constitutes

12   a true and correct record.

13            I further certify that I am not related

14   to, employed by, nor of counsel for any of the

15   parties or attorneys herein, nor otherwise

16   interested in the result of the within action.

17            My commission expires:  July 8, 2018.

18

19

20                          _____
                            Karen J. Hathcock
21                          Certified Merit Reporter
                            Registered Professional
22                          Reporter
                            Notary Public, State of
23                          Colorado

24

25
```