# EXHIBIT 5

Case 1:15-cv-02507-JLK   Document 83-5   Filed 10/19/17   USDC Colorado   Page 2 of 9

Kyle Jeffery Schwark vs.                                   Deposition of Jeri Swann, R.N.
Sheriff Fred Wegener, et al.                                              March 13, 2017

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 15-CV-2507-JLK
 3   _____

 4   KYLE JEFFERY SCHWARK,

 5        Plaintiff,

 6   vs.

 7   SHERIFF FRED WEGENER, in his official and individual
     capacities; NURSE SUSAN CANTERBURY, in her individual
 8   capacity; NURSE JERI SWANN, in her individual capacity;
     NURSE CATHLENE PEARCE, in her individual capacity;
 9   DOCTOR KATHERINE FITTING, in her individual capacity,

10        Defendants.
     _____
11
                   DEPOSITION OF JERI SWANN, R.N.
12
                          March 13, 2017
13   _____

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 2

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:
                DAVID D. LANE, ESQ.
 3              DUNIA DICKEY, ESQ.
                Killmer, Lane & Newman, LLP
 4              1543 Champa Street, Suite 400
                Denver, Colorado  80202
 5              Phone:  303-571-1000
                Email:  dlane@kln-law.com
 6              Email:  ddickey@kln-law.com


 7    ON BEHALF OF DEFENDANTS SHERIFF FRED WEGENER,
      NURSE SUSAN CANTERBURY, NURSE JERI SWANN, AND
 8    NURSE CATHLENE PEARCE:
                ERIC M. ZIPORIN, ESQ.
 9              Senter Goldfarb & Rice, LLC
                3900 East Mexico Avenue, Suite 700
10              Denver, Colorado  80210
                Phone:  303-320-0509
11              Email:  eziporin@sgrllc.com


12    ON BEHALF OF DEFENDANT KATHERINE FITTING, M.D.:
                STEVEN A. MICHALEK, ESQ.
13              Childs McCune, LLC
                821 17th Street, Suite 500
14              Denver, Colorado  80202
                Phone:  303-296-7300
15              Email:  smichalek@childsmccune.com


16    ALSO PRESENT:
                Kyle Jeffery Schwark
17              Susan Canterbury


18


19


20


21


22


23


24


25
```

Case 1:15-cv-02507-JLK   Document 83-5   Filed 10/19/17   USDC Colorado   Page 4 of 9

Kyle Jeffery Schwark vs.                                           Deposition of Jeri Swann, R.N.
Sheriff Fred Wegener, et al.                                                     March 13, 2017

Page 32

```
 1         A.    Well, when he came back in after the
 2   furlough, my understanding is that she quickly consulted
 3   with Dr. Fitting -- Susan did -- and got --
 4         Q.    Who is Susan?
 5         A.    Susan Canterbury, my lead nurse.
 6         Q.    Okay.
 7         A.    -- got orders for the medication.
 8         Q.    For what medication?
 9         A.    For the alprazolam.
10         Q.    But what was going on with Mr. Schwark?  I
11   mean, he went to Denver Health for the second time,
12   ultimately, didn't he?
13         A.    Yes, in the middle of that.
14         Q.    Why?
15         A.    According to the notes, he was having some
16   sort of psychotic symptoms.
17         Q.    And were you interacting with him at that
18   point?
19         A.    I did not interact with Mr. Schwark until
20   I gave him the medication on the 8th and --
21         Q.    The 8th of what?
22         A.    The 8th of March.  It's documented that I
23   gave him his a.m. meds.  I don't really recall that
24   interaction.
25         Q.    You were not the person in charge of
```

Case 1:15-cv-02507-JLK Document 83-5 Filed 10/19/17 USDC Colorado Page 5 of 9

Kyle Jeffery Schwark vs.                                    Deposition of Jeri Swann, R.N.
Sheriff Fred Wegener, et al.                                              March 13, 2017

Page 33

```
 1  dosing him, were you?  That was Dr. Fitting?
 2       A.    Dr. Fitting would always pick the dosing,
 3  yes.
 4       Q.    And what drugs to be given; is that right?
 5       A.    That is correct.
 6       Q.    Do you understand, as a nurse, that
 7  withdrawing someone from Xanax can lead to
 8  hallucinations?
 9       A.    I was -- would not necessarily just know
10  that.  That would be the sort of thing I would have maybe
11  tried to research.
12       Q.    But as you sit here today, do you know
13  that?
14       A.    I do now.
15       Q.    How do you know that now?
16       A.    Well, because Kyle was having psychotic
17  symptoms and he was getting the Xanax, but the dose was
18  being decreased.  Since he was getting it, I -- you know,
19  I guess I don't know why.  Why did he have those?
20       Q.    Well, let's go back and look at --
21             MR. LANE:  Which exhibit it is?
22             MS. DICKEY:  28.
23       Q.    (By Mr. Lane)  Let's look at Exhibit 28,
24  this exhibit.  We've already looked at it.  It's Bates
25  Stamp 58.
```

Case 1:15-cv-02507-JLK   Document 83-5   Filed 10/19/17   USDC Colorado   Page 6 of 9

| Kyle Jeffery Schwark vs. | Deposition of Jeri Swann, R.N. |
|---|---|
| Sheriff Fred Wegener, et al. | March 13, 2017 |

Page 41

```
 1   prescription, 2 to 4 milligrams, how much are you taking
 2   on a daily basis, in order to determine how to taper him
 3   down, right?
 4              MR. MICHALEK:  Object to form.
 5              MR. ZIPORIN:  Same objection.
 6        A.    That would be the standard procedure.
 7        Q.    (By Mr. Lane)  Okay.  Do you know if
 8   anybody at the jail ever asked Kyle Schwark, Out of that
 9   2 to 4 milligrams that you're supposed to be taking every
10   day, how many are you taking every day?
11              Do you know if anybody asked him that?
12        A.    I don't know if anybody asked him that.
13        Q.    I mean, it was Dr. Fitting's intent, as
14   expressed to you, that he was going to be weaned off the
15   Xanax, right?
16              MR. MICHALEK:  Object to form.
17              MR. ZIPORIN:  Same objection.
18        A.    My conversation with Dr. Fitting was to
19   report the seizure, and she said, Give the Librium three
20   times a day.
21        Q.    (By Mr. Lane)  Did you understand from
22   reading notes or discussing this with other medical
23   personnel at the jail that Dr. Fitting was trying to wean
24   Mr. Schwark off of Xanax?
25        A.    Yes.  That's my understanding.
```

Case 1:15-cv-02507-JLK   Document 83-5   Filed 10/19/17   USDC Colorado   Page 7 of 9

| Kyle Jeffery Schwark vs. | Deposition of Jeri Swann, R.N. |
|---|---|
| Sheriff Fred Wegener, et al. | March 13, 2017 |

Page 47

```
 1   discontinued or switched to Librium until the 14th, until
 2   after the patient had the seizure, right?
 3          A.      Correct.
 4                  MR. MICHALEK:  Okay.  Thanks.
 5                  MR. LANE:  Nothing further.
 6                  THE REPORTER:  Mr. Ziporin, same order as
 7   before, and you'll handle signature?
 8                  MR. ZIPORIN:  Yes.
 9                  THE REPORTER:  Mr. Michalek, same order as
10   before?
11                  MR. MICHALEK:  Yes.
12                  THE REPORTER:  Mr. Lane, same order?
13                  MR. LANE:  Yes.
14                  THE REPORTER:  Do you need it expedited?
15                  MR. LANE:  No.
16                  THE REPORTER:  Okay.  Thank you.
17                       * * * * * * * * * * *
18                  (WHEREUPON, the foregoing deposition was
19   concluded at the hour of 2:03 p.m.  Total time on the
20   record was 59 minutes.)
21
22
23
24
25
```

Case 1:15-cv-02507-JLK   Document 83-5   Filed 10/19/17   USDC Colorado   Page 8 of 9

Kyle Jeffery Schwark vs.                                            Deposition of Jeri Swann, R.N.
Sheriff Fred Wegener, et al.                                                     March 13, 2017

Page 48

```
 1                  I, JERI SWANN, R.N., the deponent in the
 2    above deposition, do acknowledge that I have read the
 3    foregoing transcript of my testimony, and state under
 4    oath that it, together with any attached Statement of
 5    Change pages, constitutes my sworn statement.
 6
 7
        _____    I have made changes to my deposition
 8
        _____    I have NOT made any changes to my deposition
 9
10
11                              _____
                                JERI SWANN, R.N.
12
13
14
15    Subscribed and sworn to before me this _____ day
16    of   _____.
17
18                   My commission expires: _____
19
20                       _____
                         Notary Public
21
22
23
24
25
```

Case 1:15-cv-02507-JLK   Document 83-5   Filed 10/19/17   USDC Colorado   Page 9 of 9

Kyle Jeffery Schwark vs.                                              Deposition of Jeri Swann, R.N.
Sheriff Fred Wegener, et al.                                                      March 13, 2017

Page 49

```
 1                  REPORTER'S CERTIFICATE

 2              I, Wendy Evangelista, a Registered

 3   Professional Reporter and Notary Public within and for

 4   the State of Colorado, commissioned to administer oaths,

 5   do hereby certify that previous to the commencement of

 6   the examination, the witness was duly sworn by me to

 7   testify to the truth in relation to matters in

 8   controversy between the said parties; that the said

 9   deposition was taken in stenotype by me at the time and

10   place aforesaid and was thereafter reduced to typewritten

11   form by me; and that the foregoing is a true and correct

12   transcript of my stenotype notes thereof; that I am not

13   an attorney nor counsel nor in any way connected with any

14   attorney or counsel for any of the parties to said action

15   nor otherwise interested in the outcome of this action.

16              My commission expires:  August 30, 2020.

17

18

19                      _____
                        Wendy Evangelista
20                      Registered Professional Reporter
                        Notary Public, State of Colorado
21

22

23

24

25
```