# EXHIBIT 6

Katherine M. Fitting, M.D., FACP

2-28-14   KYLE SCHWARK

① DC SUBOXONE
② DC CHLORDIAZEPOXIDE
③ WEAN OFF ALPRAZOLAM

  1 mg tid x3
    then
  1 mg bid x3
    then
  1 mg q d x3
    then
    DC

*K. Fitting*

SOUTH PARK MEDICAL GROUP
525 Hathaway -- Fairplay, CO 80440
719-836-1900 -- 719-836-3283 fax

Exhibit #: 27
Name: Fitting
Rptr: UE  Date: 1/5/17
Stevens-Koenig Reporting

SCHWARK 000091