IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities;
NURSE SUSAN CANTERBURY, in her individual capacity;
NURSE JERI SWANN, in her individual capacity;
DOCTOR KATHERINE FITTING, in her individual capacity; and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

_____

**ORDER ON STIPULATION OF DISMISSAL OF DEFENDANT NURSE SUSAN CANTERBURY AND DEFENDANT SHERIFF FRED WEGENER, IN HIS INDIVIDUAL CAPACITY, WITH PREJUDICE (ECF NO. 81)**
_____

This matter is before me on the parties' Stipulation of Dismissal of Defendant Nurse Susan Canterbury and Defendant Sheriff Fred Wegener, In His Individual Capacity, With Prejudice (ECF No. 81). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims against Defendant Susan Canterbury and Defendant Fred Wegener, in his individual capacity, are DISMISSED WITH PREJUDICE. Defendant Susan Canterbury is DISMISSED as a defendant in this case. Each party is to bear his or her own costs, expenses, and attorney fees with respect to the dismissed claims.

DATED this 19th day of October, 2017.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE