**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

SHERIFF FRED WEGENER, in his official capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

      Defendants.

---

**PARK COUNTY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME**

---

      Defendants, **SHERIFF FRED WEGENER**, in his official capacity, **JERI SWANN**, in her individual capacity, and **CAPTAIN DANIEL MULDOON**, in his individual capacity, (hereinafter "Park County Defendants"), by their attorneys, **ERIC M. ZIPORIN** and **SUSAN E. McNULTY** of the law firm **SENTER GOLDFARB & RICE, LLC**, and pursuant to D.C.COLO.LCivR 6.1(b), hereby move the Court for an Order granting their Unopposed Motion for Extension of Time in which to file their Reply in Support of Park County Defendants' Motion for Summary Judgment.

      **AND IN SUPPORT THEREOF**, Park County Defendants state as follows:

      1.     Pursuant to D.C.COLO.LCivR 7.1(a), prior to the filing of this motion undersigned counsel conferred with Plaintiff's counsel on October 30, 2017. Plaintiff's counsel indicated that Plaintiff does not oppose the relief sought herein.

2.      Counsel for Defendants needs additional time to review Plaintiff's lengthy response to the motion and to prepare the Reply in Support of Park County Defendants' Motion for Summary Judgment.

3.      Park County Defendants respectfully request an extension of time in which to file their Reply in Support of Park County Defendants' Motion for Summary Judgment. Defendants respectfully requests an extension of one week from the current deadline of November 2, 2017.

4.      This Motion will be Park County Defendants first time seeking such an extension of time in this matter. In addition, this Motion fully comports with the requirements of D.C.COLO.LCivR 6.1(b) and (c) as the Park County Defendants will be served with a copy of this motion.

**WHEREFORE**, Park County Defendants respectfully request that the Court enter an Order granting their Unopposed Motion for Extension of Time to file their Reply in Support of Park County Defendants' Motion for Summary Judgment one (1) week from the current deadline, up to and including November 9, 2017.

Respectfully submitted,


s/ Eric M. Ziporin
**Eric M. Ziporin**
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: eziporin@sgrllc.com


s/ Susan E. McNulty
**Susan E. McNulty**
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: smcnulty@sgrllc.com

*Attorneys for Park County Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of October, 2017, I electronically filed a true and correct copy of the above and foregoing **PARK COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David A. Lane
Andy McNulty
dlane@kln-law.com
amcnulty@kln-law.com
*Attorneys for Plaintiff*


s/  *Barbara A. Ortell*
Barbara A. Ortell, Legal Secretary

01342416.DOCX