Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 15-cv-02507-JLK
_____

VIDEOTAPE DEPOSITION OF:   KYLE JEFFERY SCHWARK
                          December 13, 2016
_____

KYLE JEFFERY SCHWARK,

Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity,

Defendants.
_____

        PURSUANT TO NOTICE, the deposition of KYLE JEFFERY SCHWARK was taken on behalf of the Defendant Dr. Fitting at 821 17th Street, Suite 500, Denver, Colorado 80202, on December 13, 2016, at 9:26 a.m., before Rory L. Joyner, Certified Realtime Reporter, Registered Professional Reporter, and Notary Public within Colorado.

Exhibit U

KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 129

| | | | |
|---|---|---|---|
| 13:45:29 | 1 | A. | Yes, I believe this is it. |
| 13:45:31 | 2 | Q. | Okay.  And down in the -- if you turn it |
| 13:45:38 | 3 | sideways, so we're reading it the same way, down in the | |
| 13:45:42 | 4 | bottom right-hand corner it says Inmate's Name, | |
| 13:45:47 | 5 | Schwark, Kyle; is that right? | |
| 13:45:48 | 6 | A. | That's right. |
| 13:45:48 | 7 | Q. | And that's you, correct? |
| 13:45:50 | 8 | A. | Yes. |
| 13:45:50 | 9 | Q. | And then it says Unit F, and that's the |
| 13:45:51 | 10 | pod you were in, correct? | |
| 13:45:52 | 11 | A. | Yep. |
| 13:45:53 | 12 | Q. | And then if we go to the top of the sheet, |
| 13:45:55 | 13 | this is for the month of November 2013; is that right? | |
| 13:46:00 | 14 | A. | Yes.  Yep. |
| 13:46:01 | 15 | Q. | And the first medication listed is |
| 13:46:04 | 16 | Suboxone.  Do you see that? | |
| 13:46:05 | 17 | A. | Um-hum. |
| 13:46:07 | 18 | Q. | One-half film.  That's that you were |
| 13:46:14 | 19 | prescribed, right? | |
| 13:46:14 | 20 | A. | Yes. |
| 13:46:15 | 21 | Q. | And then it says, To be administered, and |
| 13:46:17 | 22 | A.M. is circled; is that correct? | |
| 13:46:20 | 23 | A. | Yes. |
| 13:46:20 | 24 | Q. | And then if we go over to the 13 column, |
| 13:46:26 | 25 | do you see the check mark and initials for the | |

Case 1:15-cv-02507-JLK   Document 87-1   Filed 11/13/17   USDC Colorado   Page 3 of 11
KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 130

13:46:28   1   administration of Suboxone on the 13th?

13:46:39   2        A.   At -- on the bottom of the --

13:46:41   3        Q.   On the top for Suboxone?

13:46:43   4        A.   Suboxone.  But the bottom of that column
13:46:47   5   there, the bottom of the 13th?

13:46:49   6        Q.   Correct.

13:46:51   7        A.   Yeah.  I see that.

13:46:56   8        Q.   Okay.  You would agree with me that there
13:46:58   9   is a check mark and initials on the 13th for you having
13:47:03  10   been administered Suboxone, correct?

13:47:05  11        A.   I will agree that I see it on this paper.

13:47:08  12        Q.   Okay.  So you would agree with me that if
13:47:09  13   this documentation was correct, you were administered
13:47:13  14   Suboxone on the 13th, correct?

13:47:20  15        A.   According to this, yes, that's what it
13:47:22  16   says.

13:47:23  17        Q.   Okay.  Do you have any documentation of or
13:47:25  18   record to demonstrate that you were not given Suboxone
13:47:31  19   on November 13?

13:47:38  20        A.   I don't know how I could produce such a --
13:47:40  21   such a thing.

13:47:41  22        Q.   Well, do you have any notes or memos or
13:47:45  23   any recorded recollection of not getting medication on
13:47:48  24   that date?

13:47:49  25        A.   Well, the simple fact that the whole time

KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 131

```
13:47:51  1    I was in there, I was constantly requesting on the
13:47:56  2    intercom, I need to see a nurse; I haven't received my
13:48:02  3    medication.  Every time a guard would come by, I would
13:48:05  4    get in the line and wait to talk to him one on one.  I
13:48:09  5    kept getting told, We'll look into it.  And then it
13:48:15  6    would go to a shift change.  I would have to tell
13:48:18  7    another guard that it -- what was going on, again,
13:48:25  8    continuing to use the intercom in a pod where everyone
13:48:29  9    in there could hear everything that was transpiring,
13:48:32 10    having people tell me, you know, the more you push on
13:48:38 11    that, the longer it's going to take for them to get
13:48:40 12    this to you.  So . . .
13:48:42 13         Q.   So my question was, do you have any
13:48:44 14    written documentation to indicate that you did not get
13:48:47 15    your Suboxone on the 13th?
13:48:48 16         A.   No.  By that point I was pretty much
13:48:51 17    falling apart physically and mentally.
13:48:54 18         Q.   Okay.
13:48:54 19         A.   And not taking notes.
13:48:59 20         Q.   Then as we go to the 14th, do you see the
13:49:04 21    next day?
13:49:04 22         A.   Um-hum.
13:49:06 23         Q.   Do you see initials there where it says
13:49:08 24    CP?
13:49:10 25         A.   I do.
```

Case 1:15-cv-02507-JLK   Document 87-1   Filed 11/13/17   USDC Colorado   Page 5 of 11

**KYLE JEFFERY SCHWARK - 12/13/2016**
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 132

```
13:49:11  1           Q.   Okay.  Would you agree if this
13:49:23  2   documentation is correct, it also indicates that you
13:49:25  3   got your Suboxone on the 14th as well?
13:49:29  4           A.   Based on this.
13:49:31  5           Q.   Okay.
13:49:31  6           A.   Yeah.
13:49:32  7           Q.   Now let's go to the second page of Exhibit
13:49:35  8   2, which is A-0282.  This lists the alprazolam or the
13:49:50  9   Xanax.  Do you see that on the bottom of the medication
13:49:52 10   list?
13:49:53 11           A.   Yeah, I do see that.
13:49:54 12           Q.   And as you go over in the right-hand
13:49:57 13   column, do you see on the 13th there's a check mark
13:50:03 14   indicating that that was administered, 1 milligram on
13:50:08 15   the 13th, and there is a check mark and initials there?
13:50:13 16           A.   Yes, I see that.
13:50:14 17           Q.   Okay.  So would you agree with me if this
13:50:17 18   documentation is correct, you did get your Xanax on the
13:50:20 19   13th as prescribed, correct?
13:50:25 20           A.   If this document was correct.
13:50:28 21           Q.   Okay.
13:50:29 22           A.   That's what it says.
13:50:33 23           Q.   And then if we go over to the next day,
13:50:35 24   November 14, there is also a check mark and initials
13:50:39 25   indicating that you received your Xanax, 2 milligrams,
```

Case 1:15-cv-02507-JLK   Document 87-1   Filed 11/13/17   USDC Colorado   Page 6 of 11
**KYLE JEFFERY SCHWARK - 12/13/2016**
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 133

```
13:50:45  1   on that day, correct?
13:50:47  2         A.   So that's saying that they gave me two
13:50:51  3   tablets at one time?  That's not even my prescription.
13:50:57  4         Q.   It says 2 milligrams, A.M., and there is a
13:51:01  5   check mark in that column, correct?
13:51:03  6         A.   Yeah.  Well, my prescription is not -- I
13:51:06  7   don't take two at a time.
13:51:08  8         Q.   Okay.  You take them as needed; is that
13:51:10  9   right?
13:51:11 10         A.   As needed, yes.
13:51:12 11         Q.   And you take between one and four tablets
13:51:15 12   per day, correct?
13:51:17 13         A.   That's correct.
13:51:17 14         Q.   Okay.  Would you agree with me that if
13:51:27 15   this documentation is correct, then you received Xanax
13:51:31 16   on the 13th and received Xanax on the 14th, correct?
13:51:38 17         A.   If this document is correct, yes.  That's
13:51:43 18   what it states.
13:51:44 19         Q.   Okay.  And do you have any documentation
13:51:48 20   or record to indicate that you were not given these
13:51:52 21   medications as indicated in the record?
13:51:56 22         A.   I think the best evidence I have to that
13:52:01 23   effect is a pod full of people hearing me plead for the
13:52:08 24   medication that I was supposed to receive up and to the
13:52:12 25   point where I seized.
```

Case 1:15-cv-02507-JLK   Document 87-1   Filed 11/13/17   USDC Colorado   Page 7 of 11
**KYLE JEFFERY SCHWARK - 12/13/2016**
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 140

```
14:01:16  1   withdrawal?
14:01:17  2        A.   I was going through withdrawal.  There's
14:01:19  3   no ifs.
14:01:27  4        Q.   Do you recall seeing a nurse on the
14:01:29  5   morning of the 14th?
14:01:31  6        A.   No, I do not.  And if I did, that just
14:01:37  7   attests to my mental state of decline.
14:01:43  8        Q.   That, because of your condition, you have
14:01:44  9   a hard time remembering things during that time?
14:01:47 10        A.   Yeah.  I was falling apart.  I was
14:01:51 11   physically falling apart to the point where I was
14:01:54 12   leading up to a seizure.  So I was not doing well.
14:01:58 13        Q.   Were you in your cot that morning in
14:02:00 14   F Pod?
14:02:01 15        A.   I don't know.  I spent a lot of time just
14:02:03 16   sitting as close to the door as I could so when anyone
14:02:08 17   came by I wouldn't miss it.  I didn't want to doze off
14:02:12 18   for a few minutes and miss someone.  I was being as
14:02:16 19   diligent as I possibly could to get people's attention
14:02:19 20   to let everyone know and continuously get on that
14:02:23 21   intercom and express the need for care.
14:02:29 22        Q.   So I'll hand you a piece of paper, and
14:02:32 23   we'll mark this as Exhibit 4.  And if you could just
14:02:39 24   draw diagram for me of what F Pod looked like where
14:02:43 25   your cot was and where the door was, that will help me
```

Case 1:15-cv-02507-JLK   Document 87-1   Filed 11/13/17   USDC Colorado   Page 8 of 11

KYLE JEFFERY SCHWARK - 12/13/2016
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 147

| | | |
|---|---|---|
| 14:13:45 | 1 | testimony you don't recall seeing any of the nurses |
| 14:13:48 | 2 | from the time that you got there until midday on the |
| 14:13:51 | 3 | 14th, correct? |
| 14:13:52 | 4 | A.   Yeah.  I'm not sure when the first chance |
| 14:13:55 | 5 | I saw it, but it wasn't -- I don't know.  I kept -- I |
| 14:14:00 | 6 | just kept asking to get -- to please take me to medical |
| 14:14:05 | 7 | or have someone medical come in.  Someone help me. |
| 14:14:10 | 8 | Please help me. |
| 14:14:11 | 9 | Q.   And it's your testimony you didn't see |
| 14:14:12 | 10 | anybody from medical until after midday on the 14th, |
| 14:14:17 | 11 | correct? |
| 14:14:17 | 12 | A.   You know, I cannot recall the exact times |
| 14:14:20 | 13 | or anything.  I can just honestly tell you, from the |
| 14:14:23 | 14 | time I was in there to the time I had the first |
| 14:14:29 | 15 | seizure, I was just focused on getting someone to |
| 14:14:33 | 16 | address me. |
| 14:14:34 | 17 | Q.   Yeah.  That's what I'm trying to get at. |
| 14:14:36 | 18 | A.   Yeah. |
| 14:14:36 | 19 | Q.   What you're telling me is, from the time |
| 14:14:38 | 20 | you got in there until the time you had the first |
| 14:14:42 | 21 | seizure, you didn't see anybody from medical and nobody |
| 14:14:45 | 22 | from medical came to see you, right? |
| 14:14:47 | 23 | A.   Right.  Yeah. |
| 14:14:48 | 24 | Q.   Okay.  And the last thing you recall |
| 14:14:51 | 25 | before the seizure is seeing this officer, who was a |

**KYLE JEFFERY SCHWARK - 12/13/2016**
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 151

```
14:24:28  1   there, but I can't -- I can't confidently say that,
14:24:31  2   so . . .
14:24:32  3            Q.   So you remember you being there, one other
14:24:36  4   nurse being there.  Do you remember anything about what
14:24:41  5   you did when you were there?  Do you remember eating
14:24:48  6   anything or drinking anything?
14:24:50  7            A.   I think I tried to get something down and
14:24:53  8   threw it up, which is --
14:24:55  9            Q.   So it's your testimony you weren't able to
14:24:57 10   keep any food or drinks down?
14:24:59 11            A.   Yeah.  Yeah.
14:25:00 12            Q.   Do you remember being given any medication
14:25:01 13   or anything like that?
14:25:03 14            A.   No.
14:25:04 15            Q.   Do you remember how long you were there in
14:25:07 16   the nurse's area?
14:25:09 17            A.   No.  I mean, I was enough of a -- I had
14:25:15 18   enough trouble concentrating before I seized.  After I
14:25:21 19   seized --
14:25:23 20            Q.   Sounds like you have a hard time
14:25:24 21   remembering what happened during that period?
14:25:27 22            A.   Oh, yeah.
14:25:28 23            Q.   All right.
14:25:29 24            A.   It took it out of me.  I mean, I -- I
14:25:32 25   don't know.  I had a just a breakdown, physically and
```

Case 1:15-cv-02507-JLK   Document 87-1   Filed 11/13/17   USDC Colorado   Page 10 of 11
**KYLE JEFFERY SCHWARK - 12/13/2016**
Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.

Page 152

```
14:25:39   1   mentally and every -- I just -- I don't know.  I was
14:25:44   2   afraid I was going to die.
14:25:46   3         Q.   So fair to say you don't have a very good
14:25:48   4   recollection of what happened while you were in the
14:25:50   5   nurse's area?
14:25:51   6         A.   No, I really don't.  I was just weak and
14:25:57   7   scared and confused.
14:26:00   8         Q.   Okay.  So what you've told me is you
14:26:15   9   remember being on a gurney or a bed in the nurse's
14:26:20  10   station with a nurse being there, but other than that,
14:26:24  11   you really don't have any specific recollections?
14:26:28  12         A.   I don't remember what we -- we talked
14:26:31  13   about or what -- no.  No.
14:26:34  14         Q.   Okay.
14:26:34  15         A.   I really . . .
14:26:35  16         Q.   So what's the next thing you remember
14:26:37  17   happening?
14:26:39  18         A.   The next thing I remember is waking up and
14:26:48  19   seeing a reflection of myself in the glass as we were
14:26:52  20   going down a hallway, and I just remember my head being
14:26:58  21   wrapped, and I couldn't tell exactly what it was.
14:27:04  22   Looked like gauze or something.  But it was really
14:27:07  23   wrapped thick on my head.  I think they said it was a
14:27:11  24   towel or something.  But I remember waking up and
14:27:13  25   seeing my reflection in the -- in the mirror.  Or not
```

Case 1:15-cv-02507-JLK Document 87-1 Filed 11/13/17 USDC Colorado Page 11 of 11
**KYLE JEFFERY SCHWARK - 12/13/2016**
**Kyle Jeffery Schwark v. Sheriff Fred Wegener, et al.**

Page 246

REPORTER'S CERTIFICATE

STATE OF COLORADO         )
                          ) Ss.
CITY AND COUNTY OF DENVER )

        I, RORY L. JOYNER, Certified Realtime Reporter, Registered Professional Reporter and Notary Public ID 20114002249, State of Colorado, do hereby certify that previous to the commencement of the examination, the said KYLE JEFFERY SCHWARK was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

        I further certify that I am not employed by, related to, nor counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

        IN WITNESS WHEREOF, I have affixed my signature this 27th day of December, 2016.

        My commission expires January 11, 2019.


  X    Reading and Signing was requested.

        Reading and Signing was waived.

        Reading and Signing is not required.