*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Jeri Swann, R.N.*

*March 13, 2017*



Stevens-Koenig Reporting
700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Exhibit V

Case 1:15-cv-02507-JLK   Document 87-2   Filed 11/13/17   USDC Colorado   Page 2 of 6

| Kyle Jeffery Schwark vs. | Deposition of Jeri Swann, R.N. |
|---|---|
| Sheriff Fred Wegener, et al. | March 13, 2017 |

Page 16

1   Q.   And what did you see in March?
2   A.   I don't recall, really, any interaction.
3   I know at one point, I gave -- I had charted that I gave
4   a medication to him -- which, according to the med sheet,
5   would have been the Xanax -- one morning, on the 8th of
6   March.
7   Q.   Okay.  Were you tuned into the notion of
8   what Dr. Singer had prescribed for him by way of Xanax
9   and Suboxone, as opposed to what Dr. Fitting was having
10  him take?
11            MR. MICHALEK:  Object to form and
12  foundation.
13            MR. MICHALEK:  Object to form.
14            You can answer.
15  A.   I knew that there's -- I know there's
16  always some question.  You know, you really want to be
17  careful and follow our doctor's orders as clearly as
18  possible.  I don't recall that there was a great
19  discrepancy in which doctor prescribed what amounts of
20  the meds.  Eventually, Dr. Fitting gave us very clear
21  orders that we should continue with the Xanax.  And then
22  when he had the seizures, she said she would feel more
23  comfortable with the Librium, so we switched to the
24  Librium after the first seizure.
25  Q.   (By Mr. Lane)  Okay.  If Dr. Singer gives

Case 1:15-cv-02507-JLK   Document 87-2   Filed 11/13/17   USDC Colorado   Page 3 of 6

| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Jeri Swann, R.N.<br>March 13, 2017 |
|---|---|

Page 36

1  Q. Okay. Did Dr. Fitting have any
2  discussions with you about your observations of Kyle
3  Schwark at all?
4  A. I did not, except for the seizure phone
5  call when I called her after the seizure. I did not.
6  Q. What did you -- do you recall
7  approximately what it was you told her?
8  A. That he had had a seizure.
9  Q. And what --
10 A. He was taking these medications, and just
11 reporting what we had seen.
12 Q. And what was her response to that?
13 A. At that time, in the November -- on the
14 14th, she gave me orders to give Librium three times a
15 day.
16 Q. Okay. Is Librium, to your knowledge, a
17 substitute for Xanax?
18 A. It is a longer-acting med within the same
19 drug category.
20 Q. Do you recall how many milligrams you were
21 supposed to be giving him?
22 A. 25 milligrams three times a day.
23 Q. At least in dosage -- assuming Dr. Singer
24 was prescribing 1 milligram four times a day and
25 Dr. Fitting wanted to change the Xanax from 1 milligram

Case 1:15-cv-02507-JLK   Document 87-2   Filed 11/13/17   USDC Colorado   Page 4 of 6

| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Jeri Swann, R.N.<br>March 13, 2017 |
|---|---|

Page 46

```
 1   earlier.  It's page A 282, the November 2013 medication
 2   administration.
 3           A.    Uh-huh.
 4           Q.    Is that a "yes"?
 5           A.    Yes.
 6           Q.    So on the 13th at 1630, there's a note
 7   that says, Call Dr. Fitting with report, and orders
 8   continue of the Xanax, correct?
 9           A.    That says to continue the alprazolam.
10   Yeah.
11           Q.    So on the 13th, Dr. Fitting is continuing
12   the Xanax that was prescribed by Dr. Singer, correct?
13           A.    Correct.
14           Q.    There wasn't any discussion about
15   discontinuing or tapering the Xanax until after the
16   patient had a seizure and fell on the 14th, correct?
17           A.    Correct.  But I don't even recall that we,
18   at that point, discussed the taper.  She said, Switch to
19   Librium for now.
20           Q.    Right.  These questions about, Oh, well,
21   they were tapering him from 4 milligrams to 3 milligrams,
22   isn't consistent with the record, is it?
23           A.    It isn't consistent with that statement
24   there.
25           Q.    Okay.  In fact, the Xanax wasn't
```

Case 1:15-cv-02507-JLK   Document 87-2   Filed 11/13/17   USDC Colorado   Page 5 of 6

| Kyle Jeffery Schwark vs. | Deposition of Jeri Swann, R.N. |
|---|---|
| Sheriff Fred Wegener, et al. | March 13, 2017 |

Page 47

```
 1   discontinued or switched to Librium until the 14th, until
 2   after the patient had the seizure, right?
 3           A.      Correct.
 4                   MR. MICHALEK:  Okay.  Thanks.
 5                   MR. LANE:  Nothing further.
 6                   THE REPORTER:  Mr. Ziporin, same order as
 7   before, and you'll handle signature?
 8                   MR. ZIPORIN:  Yes.
 9                   THE REPORTER:  Mr. Michalek, same order as
10   before?
11                   MR. MICHALEK:  Yes.
12                   THE REPORTER:  Mr. Lane, same order?
13                   MR. LANE:  Yes.
14                   THE REPORTER:  Do you need it expedited?
15                   MR. LANE:  No.
16                   THE REPORTER:  Okay.  Thank you.
17                      * * * * * * * * * * *
18                   (WHEREUPON, the foregoing deposition was
19   concluded at the hour of 2:03 p.m.  Total time on the
20   record was 59 minutes.)
21
22
23
24
25
```

1                    REPORTER'S CERTIFICATE

2                  I, Wendy Evangelista, a Registered

3     Professional Reporter and Notary Public within and for

4     the State of Colorado, commissioned to administer oaths,

5     do hereby certify that previous to the commencement of

6     the examination, the witness was duly sworn by me to

7     testify to the truth in relation to matters in

8     controversy between the said parties; that the said

9     deposition was taken in stenotype by me at the time and

10    place aforesaid and was thereafter reduced to typewritten

11    form by me; and that the foregoing is a true and correct

12    transcript of my stenotype notes thereof; that I am not

13    an attorney nor counsel nor in any way connected with any

14    attorney or counsel for any of the parties to said action

15    nor otherwise interested in the outcome of this action.

16                 My commission expires:  August 30, 2020.

17

18

19                          _____
                            Wendy Evangelista
20                          Registered Professional Reporter
                            Notary Public, State of Colorado
21

22

23

24

25