*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Cathlene Pearce, R.N.*

*March 09, 2017*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Exhibit W

```
 1   out of his seizure.  And then when he could talk and walk
 2   and his vital signs were stable, we moved him to the
 3   table.
 4        Q.    I'm trying to figure out --
 5        A.    I understand not all of that is written
 6   here.  But I know what I did.
 7        Q.    Okay.  I'm just trying to figure out --
 8   how do you know Dr. Fitting took him off his Xanax and
 9   put him on the alcohol-withdrawal protocol?
10        A.    Because that's what Jeri told me.
11        Q.    Okay.  And when did that all go down?  Is
12   that while Kyle is sitting on the table?
13        A.    Yes -- no.  He was in the wheelchair
14   still.
15        Q.    Okay.  You gave him 25 milligrams of
16   Librium; is that right?
17        A.    Yes.  That's our jail's alcohol-withdrawal
18   protocol --
19        Q.    Okay.  And then --
20        A.    -- policy and procedure.
21        Q.    -- he vomited, right?
22        A.    Shortly after.
23        Q.    And then at about 5:00, 5:10, he said he
24   was really tired, right?
25        A.    Uh-huh.
```

Case 1:15-cv-02507-JLK   Document 87-3   Filed 11/13/17   USDC Colorado   Page 3 of 3

**Kyle Jeffery Schwark vs.**  **Deposition of Cathlene Pearce, R.N.**
**Sheriff Fred Wegener, et al.**  **March 09, 2017**

Page 54

1           REPORTER'S CERTIFICATE

2           I, Wendy Evangelista, a Registered

3   Professional Reporter and Notary Public within and for

4   the State of Colorado, commissioned to administer oaths,

5   do hereby certify that previous to the commencement of

6   the examination, the witness was duly sworn by me to

7   testify to the truth in relation to matters in

8   controversy between the said parties; that the said

9   deposition was taken in stenotype by me at the time and

10  place aforesaid and was thereafter reduced to typewritten

11  form by me; and that the foregoing is a true and correct

12  transcript of my stenotype notes thereof; that I am not

13  an attorney nor counsel nor in any way connected with any

14  attorney or counsel for any of the parties to said action

15  nor otherwise interested in the outcome of this action.

16           My commission expires:  August 30, 2020.

17

18

19                          _____
                            Wendy Evangelista
20                          Registered Professional Reporter
                            Notary Public, State of Colorado
21

22

23

24

25