*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Captain Daniel Muldoon*

*August 21, 2017*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Exhibit Z

```
 1             Q.   -- do you remember what interactions
 2   you had with him during that -- that stay in the
 3   jail?
 4             A.   So, I remember when Mr. Schwark came
 5   in, he was verbally and -- he was non-compliant,
 6   verbally aggressive, did not seem like a good
 7   candidate for general population, especially based
 8   on his previous history of having seizures, et
 9   cetera, et cetera.
10                  There was also, if I remember, some
11   problem when he was brought in by the patrol
12   deputies where he refused to tell them where his
13   medications were or to provide his medications.
14                  So we kept him -- to the best of my
15   recollection, we kept him under observation until we
16   could be sure we were past the detox timeframe
17   because of Mr. Schwark's drug and alcohol problems.
18             Q.   And you said that there were a number
19   of reasons why he wasn't a good candidate for
20   general population, right?
21             A.   Yes, sir.
22             Q.   You said that he was combative?
23             A.   Not combative.  Not physically
24   combative, but verbally non-compliant, verbally
25   aggressive, and it would seem that he had a
```

Case 1:15-cv-02507-JLK   Document 87-6   Filed 11/13/17   USDC Colorado   Page 3 of 7

| Kyle Jeffery Schwark vs. | Deposition of Captain Daniel Muldoon |
|---|---|
| Sheriff Fred Wegener, et al. | August 21, 2017 |

Page 31

```
 1   potential for being victimized in the general
 2   population.
 3           Q.   And would there be a record showing,
 4   you know, the reasons for putting him into
 5   segregation?
 6           A.   Not that I recollect, no.  I mean,
 7   there might be, but I don't recollect it.
 8           Q.   Would it generally be policy that you
 9   should produce a record saying the reason why this
10   person is sent to the segregation?
11           A.   I don't recollect if there was a
12   policy saying it was necessary to do some sort of
13   form letter for administrative segregation.  We
14   oftentimes segregated offenders without a letter.
15           Q.   And what are the reasons that you
16   normally administratively segregate inmates?
17           A.   Discipline reasons.  Problems with
18   the offender.
19                Depending on the population, we can
20   put somebody in segregation in one of the housing
21   units under lockdown -- 23-hour lockdown, or we can
22   put them back in either holding or segregation where
23   we can keep them under observation because of
24   medical reasons, detox reasons, things like that.
25           Q.   What about mental health issues?
```

 1  **Let's say someone is acting erratically.  Would that**
 2  **be a reason to administratively segregate them?**
 3       A.   Generally, that's if they're
 4  suicidal.  Because we do 15-minute cell checks of
 5  suicidal offenders.  Welfare checks would be another
 6  way of phrasing it.
 7            We also keep people who are detoxing
 8  under observation.  My understanding and belief is
 9  that alcohol withdrawal is the number one killer of
10  incarcerated offenders.
11       **Q.   Our caseload would back that up,**
12  **yeah, because it's very dangerous; very dangerous,**
13  **detoxification.  Most people don't know that it's**
14  **that dangerous.**
15       A.   Yes.  Right.
16       **Q.   Now, you said that he was --**
17  **Mr. Schwark was acting verbally combative.  Do you**
18  **know what he was saying or doing?**
19            MR. ZIPORIN:  Object to the form of
20  the question, but you can answer.
21       A.   No.  My recollection is about nothing
22  specific.  It may have been that it was verbal
23  non-compliance.
24       **Q.   (By Mr. McNulty)  Verbal**
25  **non-compliance?**

Case 1:15-cv-02507-JLK   Document 87-6   Filed 11/13/17   USDC Colorado   Page 5 of 7

| Kyle Jeffery Schwark vs. | Deposition of Captain Daniel Muldoon |
|---|---|
| Sheriff Fred Wegener, et al. | August 21, 2017 |

Page 33

```
 1            A.   Right.
 2            Q.   Okay.
 3            A.   Mr. Schwark was not happy about being
 4     incarcerated.
 5            Q.   Certainly.  And could you blame him?
 6     He had just --
 7            A.   No.
 8            Q.   -- been incarcerated previously and
 9     had been seriously injured, right?
10            A.   Sure.
11            Q.   So, in terms of verbal
12     non-compliance, do you know if he was speaking in
13     language that was paranoid?
14            A.   No, I -- I don't recollect.
15            Q.   Okay.  Did you have -- did you have
16     personal interactions with Mr. Schwark when he was
17     brought in the second time right in the beginning?
18            A.   I believe I did, yes.
19            Q.   So you spoke with him personally?
20            A.   Yes.
21            Q.   And what was your general sense of
22     Mr. Schwark during that interaction?
23            A.   I'm trying to think how to phrase
24     this.
25                 Like I said, Mr. Schwark was not a
```

Case 1:15-cv-02507-JLK   Document 87-6   Filed 11/13/17   USDC Colorado   Page 6 of 7

| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Captain Daniel Muldoon<br>August 21, 2017 |
|---|---|

Page 34

```
 1   good candidate for general population.  He was -- I
 2   don't know what -- I want to say off.
 3        Q.   He seemed like his mental state
 4   wasn't appropriate for general population, is that
 5   right?
 6        A.   I would go along with that, yes, sir.
 7        Q.   Okay.  And could that have been
 8   attributable to some of his mental illnesses maybe?
 9        A.   I have no idea.
10             MR. ZIPORIN:  Object to form,
11   foundation.
12        A.   I have no knowledge of why.
13        Q.   (By Mr. McNulty)  So just because
14   his mental state seemed a little bit off, that was
15   reason enough to put him in administrative
16   segregation?
17        A.   It seemed like a bad decision to put
18   him in general population at that time.
19        Q.   Do you know if Mr. Schwark was ever
20   put into general population during that stay?
21        A.   Yes, he was.
22        Q.   Do you remember when that happened?
23        A.   When he came back from the hospital.
24        Q.   From Denver Health?
25        A.   Yes.
```

Case 1:15-cv-02507-JLK   Document 87-6   Filed 11/13/17   USDC Colorado   Page 7 of 7

| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Captain Daniel Muldoon<br>August 21, 2017 |
|---|---|

Page 63

```
 1

 2              CERTIFICATE OF DEPOSITION OFFICER

 3

 4

 5             I, Karen J. Hathcock, do hereby certify

 6   that I am a Certified Merit Reporter, Registered

 7   Professional Reporter and Notary Public within and

 8   for the State of Colorado.

 9             The following statement was taken in

10   shorthand by me and was thereafter reduced to

11   typewritten form, and that the foregoing constitutes

12   a true and correct record.

13             I further certify that I am not related

14   to, employed by, nor of counsel for any of the

15   parties or attorneys herein, nor otherwise

16   interested in the result of the within action.

17             My commission expires:  July 8, 2018.

18

19

20                         _____
                           Karen J. Hathcock
21                         Certified Merit Reporter
                           Registered Professional
22                         Reporter
                           Notary Public, State of
23                         Colorado

24

25
```