*Kyle Jeffery Schwark vs.*

*Sheriff Fred Wegener, et al.*

*Deposition of Jonathan William Singer, D.O.*

*December 21, 2016*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Exhibit AA

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 2 of 11

| Kyle Jeffery Schwark vs. | Deposition of Jonathan William Singer, D.O. |
|---|---|
| Sheriff Fred Wegener, et al. | December 21, 2016 |

Page 64

```
 1   That's why I prescribed it.
 2        Q.   But did he ever show any negative impacts that you
 3   thought were attributed to those two medications being
 4   prescribed that led you to either alter the dosage or do
 5   something else?
 6        A.   No.
 7        Q.   A person who discontinues the use of Suboxone
 8   doesn't run the risk of seizures, do they?
 9        A.   Of Suboxone?  It's a slight risk but small.
10        Q.   A person who discontinues the use of Suboxone,
11   they don't run the risk of psychosis, do they?
12        A.   Small risk.
13        Q.   How small?
14        A.   I don't know.
15        Q.   Have you ever seen in any of your patients a
16   seizure, either attributed to -- or a psychosis attributed
17   to the discontinuation of Suboxone?
18        A.   Psychosis.  Can you be more specific?
19        Q.   Having a psychotic event.
20        A.   Such as?
21        Q.   Hallucinations, irrational behavior, wiping feces
22   on the wall.
23        A.   I've not seen it, but it's possible.
24        Q.   Is it medically probable or is it only possible?
25        A.   I don't know what medically probable means.
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 3 of 11

| Kyle Jeffery Schwark vs. | Deposition of Jonathan William Singer, D.O. |
| Sheriff Fred Wegener, et al. | December 21, 2016 |

Page 66

```
 1     Q.   Okay.  So your opinion -- let me ask you this:
 2   Have you been asked to express an opinion?
 3     A.   Not yet.
 4     Q.   Okay.  But you have an opinion as to what caused
 5   his seizure at the Park County Jail?
 6     A.   Yes.
 7     Q.   And it's your opinion that the discontinuation of
 8   the use of either the Suboxone or the Xanax or a combination
 9   is what caused his seizures at the Park County Jail?
10     A.   I believe so.
11     Q.   Why do you believe that?
12     A.   It was timely.
13     Q.   So it's a temporal conclusion.
14     A.   Correct.
15     Q.   Are there any other reasons that you believe that?
16     A.   No.  That was -- that's the main reason.
17     Q.   Alcohol withdrawal can result in seizures;
18   correct?
19     A.   Correct.
20     Q.   And do you know whether or not -- well, we will
21   come back to that.
22          And, again, you haven't reviewed the jail records
23   related to Mr. Schwark's incarceration at the Park County
24   Jail, either his inmate records or his medical records?
25     A.   What time frame are we talking about?
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 4 of 11

| Kyle Jeffery Schwark vs. | Deposition of Jonathan William Singer, D.O. |
| --- | --- |
| Sheriff Fred Wegener, et al. | December 21, 2016 |

Page 67

```
 1      Q.   Well, there's two time frames of note in this
 2   case.
 3      A.   Right.
 4      Q.   There's a November 2013 time frame.  Have you
 5   reviewed any of those records?
 6      A.   Just my chart records.  So just my chart note.
 7      Q.   From when?
 8      A.   September 9, 2013.
 9      Q.   Okay.  We will come back to that.
10           And he wasn't quite yet incarcerated then.
11      A.   Okay.
12      Q.   So he was incarcerated from November 12 through
13   November 14, 2013.  Have you reviewed any of the jail
14   records?
15      A.   No, I have not.
16      Q.   All right.  He was then incarcerated again on
17   February 25, 2014, through April 1 of 2014.  You've not
18   reviewed any of those jail records during that time period
19   either?
20      A.   The medication records that we talked about
21   before.
22      Q.   Correct.  Or any nursing notes or any --
23      A.   No, no other notes.
24      Q.   Or any records from the jail doctor?  Never read
25   those; correct?
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 5 of 11

| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Jonathan William Singer, D.O.<br>December 21, 2016 |
|---|---|

Page 68

```
 1        A.    Possible.
 2        Q.    Alcohol withdrawal can also cause a psychotic
 3   event as I described earlier; correct?
 4        A.    Yes.
 5        Q.    Is it -- you said it was possible that either
 6   stopping Suboxone or stopping Xanax could cause seizures.
 7   From your understanding, is it -- in reading the medical
 8   literature or the history of treating patients, is it more
 9   likely that seizures and psychotic events are caused by
10   alcohol withdrawal as opposed to the discontinuation of
11   those medications?
12        A.    What's your question again?  Is it more likely?
13        Q.    Yes.
14        A.    It's more common.
15        Q.    Meaning more likely.
16        A.    I don't know if it's more likely but it's more
17   common.
18        Q.    Why do you think there's a distinction between
19   those two phrases?
20        A.    Two different words.
21        Q.    All right.  If something happens more commonly,
22   doesn't that make it more likely to happen?
23        A.    Depends on the circumstances.
24        Q.    Well, we're talking about alcohol withdrawal
25   causing seizures and psychotic events as opposed to
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 6 of 11

| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Jonathan William Singer, D.O.<br>December 21, 2016 |
|---|---|

Page 69

1  discontinuation of Suboxone and Xanax.
2       A.   I can say I think it's more common.
3       Q.   And just so the record is clear, it's your
4  testimony that it's more common that seizures and psychotic
5  events are caused by alcohol withdrawal than they are caused
6  by the discontinuation of Suboxone or Xanax; correct?
7       A.   It's more common to see withdrawal seizures from
8  alcohol.
9       Q.   As well as more common to see psychotic events
10 from alcohol withdrawal than those medications --
11 discontinuation of those medications.
12      A.   Psychotic events.  I guess it depends on the
13 psychotic event.  I can't make a generalization.
14      Q.   Do you know if the discontinuation of Suboxone
15 and/or Xanax are likely to result in particular types of
16 psychotic events as opposed to other types of psychotic
17 events?
18      A.   Probably.
19      Q.   And what would those be?
20      A.   I think reinstitution of the underlying disorder,
21 not necessarily psychosis but the neurologic disorder that
22 they would be used for.  They are not always used for
23 psychosis.
24      Q.   Are you familiar with what happened to Mr. Schwark
25 when he was in jail in March of 2014?

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 7 of 11

Kyle Jeffery Schwark vs.                                   Deposition of Jonathan William Singer, D.O.
Sheriff Fred Wegener, et al.                                                       December 21, 2016

Page 96

1  Q. Exhibit 19 is a series of documents that appear to
2  be prescriptions that you've made for Mr. Schwark. Is that
3  accurate?
4       (Exhibit Number 19 was marked.)
5  A. Yes.
6  Q. And on page 1 of Exhibit 19, it appears that on
7  February 21, 2014, you prescribed him with a medication;
8  correct?
9  A. Correct.
10 Q. And I'm going to let you tell me how that's
11 pronounced.
12 A. Chlordiazepoxide. That's Librium.
13 Q. And you specifically indicate here that you are
14 prescribing it for alcohol withdrawal; correct?
15 A. Correct.
16 Q. Why did you prescribe him Librium on February 21,
17 2014?
18 A. That in my note he was using a half a quart of
19 vodka a day and we were trying to stop his alcohol use. So
20 I gave him that to prevent alcohol withdrawal.
21 Q. And did you also know at that time that he was
22 going into jail, back to Park County Jail, four days later?
23 A. I don't recall.
24 Q. Would that make sense that you would have
25 prescribed the Librium knowing that he was going to jail

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 8 of 11

| Kyle Jeffery Schwark vs. | Deposition of Jonathan William Singer, D.O. |
|---|---|
| Sheriff Fred Wegener, et al. | December 21, 2016 |

Page 98

```
 1     A.   Yes.
 2     Q.   Okay.  Is Librium an accepted substitution for
 3   just an antianxiety, antidepressant medication?
 4     A.   Sure.  It's an FDA approved drug.
 5     Q.   Referring to the first time period of interest in
 6   this case, it's that November 12 to November 14, 2013,
 7   incarceration at the jail, did you know that upon
 8   examination and booking into the jail, that Mr. Schwark had
 9   a BAC of .2?
10     A.   I did not know that.
11     Q.   That would suggest that he was intoxicated at the
12   time he was booked into the jail; correct?
13     A.   Yes.
14     Q.   And from your earlier testimony, we know that at
15   that period of time, he was abusing alcohol; correct?
16     A.   Yes.
17     Q.   The seizure that he eventually suffered could also
18   be caused by alcohol withdrawal; correct?
19     A.   It could be caused by alcohol withdrawal, yes.
20     Q.   And the psychotic event that he had could have
21   been caused by alcohol withdrawal as well; correct?
22     A.   Yes.
23     Q.   I'm going to show you a document that's already
24   been marked as Exhibit 2, which is the medication sheet from
25   the November 2013 time period, and it just has my own
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 9 of 11

| Kyle Jeffery Schwark vs. | Deposition of Jonathan William Singer, D.O. |
| --- | --- |
| Sheriff Fred Wegener, et al. | December 21, 2016 |

Page 124

```
 1       A.   Can I correct something?  And I just said about
 2   the Librium prescription.  The Librium was written there as
 3   a low dose.  That's not a typical dose of Librium to prevent
 4   withdrawal.  That's a very low dose.  25 milligrams TID for
 5   three das.  Typically we do 100 milligram dose and taper it
 6   down.  So that's not a typical taper to prevent seizure
 7   activity.
 8       Q.   (By Mr. Michalek)  And that is, essentially, a
 9   similar mechanism of treatment to the Xanax; is that right?
10       A.   No.
11       Q.   Okay.
12       A.   No, it's -- it has much better effect than the
13   Xanax.  It's a short-acting benzodiazapine.  It is longer
14   acting than Xanax.
15       Q.   So it's in the same class as the Xanax; correct?
16       A.   It is a benzodiazapine, but they are used
17   differently.
18            Thank you.
19       Q.   If you take a look at your letter, which is
20   Exhibit 20, do you still have that in front of you?
21       A.   Yes.
22       Q.   So you see the Suboxone is listed there; is that
23   right?
24       A.   Yes.
25       Q.   Okay.  And under the Suboxone, it's a half to one
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 10 of 11

| Kyle Jeffery Schwark vs. | Deposition of Jonathan William Singer, D.O. |
| Sheriff Fred Wegener, et al. | December 21, 2016 |

Page 125

```
 1   daily; is that right?
 2       A.   Correct.
 3       Q.   Okay.  So that's what we just talked about
 4   earlier.  But that's -- he was taking a half a strip daily;
 5   correct?
 6       A.   Correct.
 7       Q.   Okay.  And then the Xanax there is 1 milligram and
 8   it can be taken between one tablet to four tablets per day;
 9   correct?
10       A.   Right.  And I wrote it with that variation for
11   both of those in the dosage to be based upon his clinical
12   presentation.
13       Q.   Okay.
14       A.   So they had to use some clinical judgment whether
15   he needed more or less to relieve the symptoms that they
16   were trying to treat.
17       Q.   And then what's the next medication?
18       A.   Hydroxyzine.
19       Q.   And what's that?
20       A.   That is an antianxiety medication as well as an
21   antihistamine.
22       Q.   Is the Librium listed on here?
23       A.   It is not.
24       Q.   Okay.  So the Librium is not even on the letter
25   that you sent to the jail with the prescriptions for the
```

Case 1:15-cv-02507-JLK   Document 87-7   Filed 11/13/17   USDC Colorado   Page 11 of 11

**Kyle Jeffery Schwark vs.**  **Deposition of Jonathan William Singer, D.O.**
**Sheriff Fred Wegener, et al.**  **December 21, 2016**
Page 133

```
 1                CERTIFICATE OF COURT REPORTER

 2            I, DEANNA BAYSINGER, a Registered Professional

 3    Reporter and Notary Public within and for the State of

 4    Colorado, commissioned to administer oaths, do hereby

 5    certify that previous to the commencement of the

 6    examination, the witness was duly sworn by me to testify the

 7    truth in relation to matters in controversy between the said

 8    parties; that the said deposition was taken in stenotype by

 9    me at the time and place aforesaid and was thereafter

10    reduced to typewritten form by me; and that the foregoing is

11    a true and correct transcript of my stenotype notes thereof.

12              That I am not an attorney nor counsel nor in

13    any way connected with any attorney or counsel for any of

14    the parties to said action nor otherwise interested in the

15    outcome of this action.

16              My commission expires:  November 8, 2018.

17

18
                        _____
19                      DEANNA BAYSINGER
                        Registered Professional Reporter
20                      Notary Public, State of Colorado

21

22

23

24

25
```