# Medical Questionnaire
## And
## Emergency Notification

Name: Kyle Schwerk  DOB: 12-01-62  SSN#: 018 52 3875
Emergency Contact: Nancy Webber  Ph#: 585 729 6449
Address: NY  Relationship: Mother

Known Allergies to:
Medications _____ Foods _____ Bees _____ Nuts _____
Current Prescriptions: Xanax ER  Suboxone
Do you have your prescriptions with you? Yes sort of
Who can be contacted to have your prescriptions brought here: (illegible)  PH#: /
Name/Location of Pharmacy where you get your prescriptions: only method
Medical Information Release Approval: Yes
Prescribing Physician: DR Sinclair  PH#: ?  Fax#: ____
Did You Arrive here from another facility? ~~(crossed out)~~
Most recent Facility: here
What medications were you on at your last facility? Never given my meds

I, Kyle S. , Hereby Authorize prescribing physician to release to Park County Jail my recent labs, diagnosis(es) and medications ordered for condition of care. Information may be provided by fax, phone or electronically.

I, Kyle S. , Hereby authorize the attending physician, or the physician designated by him/her and other facility employees, to examine and treat me. I also authorize such treatment and procedures as deemed necessary by a physician, including but not limited to, the taking of X-Rays, medications, blood samples, urine samples, and other therapies as deemed necessary. I understand that I will be given the opportunity to refuse any or all therapies and/or treatments prior to their being given. I am also aware that I may rescind this general consent at any time. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantee or assurance has been made or implied to me as to the results that may be obtained by examination and treatment. I also understand that it is my responsibility to provide the most accurate and up to date medical information.

I certify that I have read and understand the above authorization.
Inmate signature: Kyle S.  Date: 2/26/14
Witness: S. (illegible) #3700  Date: 02/26/14

Additional Information not covered in this form?
_____
_____
_____

**TURN OVER**          **TURN OVER**          **TURN OVER**

A 0267

Park County Jail [pcj01]

Exhibit BB

## Medical History
### ANSWER ALL QUESTIONS YES OR NO

1. Backache/Back injury ✓
2. Joint problems____
3. Eye Trouble____
4. Deaf/Hearing problems____
5. Skin problems/Rash____
6. Asthma/Shortness of breath____
7. Tuberculosis____
8. Heart Disease____
   High Blood Pressure____
   Chest Pain/Angina____
9. Dizzy/Fainting____
10. Epilepsy/Seizures____
11. Weight Gain/Loss____
12. Hernia/Rupture____
13. Intestinal/Bowel Problems____
14. Cancer/Tumor____
15. Rectal Problems____
16. Hepatitis A, B, C____
17. Diabetes/Thyroid____
18. Mental/Emotional
    Are you suicidal____
    Have you ever thought about or attempted suicide____
    Has anyone in your family ever attempted or committed suicide____
    Do you have a mental illness or disability____
19. Gall Bladder problems____
20. Bleeding disorder____
21. Dental Problems____
22. Do you smoke____ How Long____
23. Are you pregnant____
24. Past/Present Alcohol or Drug abuse____

Visual/Physical Evaluation Completed By _____ Date_____

Comments:

# Medical Questionnaire And Emergency Notification

Name: Kyle J Schwark    DOB: 12-01-69   SSN# 07852 3873
Emergency Contact: Nancy Webber (mother)   Ph# 585-729-6449
Address: Fairport, NY                      Relationship: Mom

Known Allergies to:
Medications  NO    Foods  NO    Bees  NO    Nuts  NO
Current Prescriptions: Xanax 2-4 day  Suboxon 1/2 Strip in am
Do you have your prescriptions with you? Yes
Who can be contacted to have your prescriptions brought here _____ ? PH# _____
Name/Location of Pharmacy where you get your prescriptions: City Market Breck
Medical Information Release Approval: Yes Scripps & Vettors
Prescribing Physician: Dr Singer   PH# _____   Fax# _____
Did You Arrive here from another facility? No
Most recent Facility: Holding Cell here
What medications were you on at your last facility? Was taken off my Xanax

I, Kyle S__ Hereby Authorize prescribing physician to release to Park County Jail my recent labs, diagnosis(es) and medications ordered for condition of care. Information may be provided by fax, phone or electronically.

I, Kyle S__ Hereby authorize the attending physician, or the physician designated by him/her and other facility employees, to examine and treat me. I also authorize such treatment and procedures as deemed necessary by a physician, including but not limited to, the taking of X-Rays, medications, blood samples, urine samples, and other therapies as deemed necessary. I understand that I will be given the opportunity to refuse any or all therapies and/or treatments prior to their being given. I am also aware that I may rescind this general consent at any time. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantee or assurance has been made or implied to me as to the results that may be obtained by examination and treatment. I also understand that it is my responsibility to provide the most accurate and up to date medical information.

I certify that I have read and understand the above authorization.
Inmate signature: Kyle J Schwark    Date: Nov 12/13
Witness _____    Date _____

Additional Information not covered in this form?
_____

**TURN OVER**        **TURN OVER**        **TURN OVER**

A 0265

Park County Jail [pcj01]

# Medical History
## ANSWER ALL QUESTIONS YES OR NO

1. Backache/Back injury ✓
2. Joint problems ✓
3. Eye Trouble ____
4. Deaf/Hearing problems ✓
5. Skin problems/Rash ✓
6. Asthma/Shortness of breath ____
7. Tuberculosis ____
8. Heart Disease ____
   High Blood Pressure ____
   Chest Pain/Angina ____
9. Dizzy/Fainting ____
10. Epilepsy/Seizures ____
11. Weight Gain/Loss ____
12. Hernia/Rupture ____
13. Intestinal/Bowel Problems ____
14. Cancer/Tumor ____
15. Rectal Problems ____
16. Hepatitis A, B, C ____
17. Diabetes/Thyroid ____
18. Mental/Emotional
    Are you suicidal ____
    Have you ever thought about or attempted suicide ____
    Has anyone in your family ever attempted or committed suicide ____
    Do you have a mental illness or disability ____
19. Gall Bladder problems ____
20. Bleeding disorder ____
21. Dental Problems ____
22. Do you smoke ____ How Long ____
23. Are you pregnant ____
24. Past/Present Alcohol or Drug abuse ✓


Visual/Physical Evaluation Completed By _____ Date _____

Comments:

SCHWARK 000053

**Park County Jail [px02]**  **G 0005**

# Medical Questionnaire
## And
## Emergency Notification

Name **Kyle Schwark** DOB **12-01-68** SSN# **078527873**

Emergency Contact **Nancy Webber** Ph# **585 729 6449**

Address _____ Relationship _____

Known Allergies to:
    Medications _____ Foods _____ Bees _____ Nuts _____

Current Prescriptions **Xanax  Trazadone**

Do you have your prescriptions with you? **yes**

Who can be contacted to have your prescriptions brought here _____ ? PH# _____

Name/Location of Pharmacy where you get your prescriptions _____

Medical Information Release Approval _____

Prescribing Physician **Dr Sintov** PH# _____ Fax# _____

Did You Arrive here from another facility? **—**

Most recent Facility **—**

What medications were you on at your last facility? _____

I **KJS/12** Hereby Authorize prescribing physician to release to Park County Jail my recent labs, diagnosis(es) and medications ordered for condition of care. Information may be provided by fax, phone or electronically.

I, **KJS/12** Hereby authorize the attending physician, or the physician designated by him/her and other facility employees, to examine and treat me. I also authorize such treatment and procedures as deemed necessary by a physician, including but not limited to, the taking of X-Rays, medications, blood samples, urine samples, and other therapies as deemed necessary. I understand that I will be given the opportunity to refuse any or all therapies and/or treatments prior to their being given. I am also aware that I may rescind this general consent at any time. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantee or assurance has been made or implied to me as to the results that may be obtained by examination and treatment. I also understand that it is my responsibility to provide the most accurate and up to date medical information.

I certify that I have read and understand the above authorization.

Inmate signature _____ Date **4/17/14**

Witness _____ Date _____

Additional Information not covered in this form?
_____
_____
_____

**TURN OVER**  **TURN OVER**  **TURN OVER**

A 0268

Park County Jail [pcj01]

## Medical History
### ANSWER ALL QUESTIONS YES OR NO

1. Backache/Back injury ✓ Nick G7
2. Joint problems ___
3. Eye Trouble ___
4. Deaf/Hearing problems ___
5. Skin problems/Rash ___
6. Asthma/Shortness of breath ___
7. Tuberculosis ___
8. Heart Disease ___
   High Blood Pressure ___
   Chest Pain/Angina ___
9. Dizzy/Fainting ___
10. Epilepsy/Seizures ✗
11. Weight Gain/Loss ___
12. Hernia/Rupture ___
13. Intestinal/Bowel Problems ___
14. Cancer/Tumor ___
15. Rectal Problems ___
16. Hepatitis A, B, C ___
17. Diabetes/Thyroid ___
18. Mental/Emotional ___
    Are you suicidal ___
    Have you ever thought about or attempted suicide ___
    Has anyone in your family ever attempted or committed suicide ___
    Do you have a mental illness or disability ___
19. Gall Bladder problems ___
20. Bleeding disorder ___
21. Dental Problems ___
22. Do you smoke ___ How Long ___
23. Are you pregnant ___
24. Past/Present Alcohol or Drug abuse ___

Visual/Physical Evaluation Completed By _____ Date _____

Comments:

Park County Jail [nd01]

A 0271