Case 1:15-cv-02507-JLK   Document 88-1   Filed 11/13/17   USDC Colorado   Page 1 of 4

Kyle Jeffery Schwark vs.                                        Deposition of Fred Wegener
Sheriff Fred Wegener, et al.                                                April 12, 2017

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3    Civil Action No. 15-CV-2507-JLK
      _____
 4
      KYLE JEFFERY SCHWARK,
 5
              Plaintiff,
 6
      vs.
 7
      SHERIFF FRED WEGENER, in his official and
 8    individual capacities; NURSE SUSAN CANTERBURY,
      in her individual capacity; NURSE JERI SWANN,
 9    in her individual capacity; NURSE CATHLENE
      PEARCE, in her individual capacity; DOCTOR
10    KATHERINE FITTING, in her individual capacity,

11            Defendants.
      _____
12
                    DEPOSITION OF FRED WEGENER
13
                          April 12, 2017
14    _____

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT N

Kyle Jeffery Schwark vs.
Sheriff Fred Wegener, et al.

Deposition of Fred Wegener
April 12, 2017

Page 22

1         MR. MICHALEK:  Object to form.
2         MR. ZIPORIN:  Same objection.
3     A.    Now, I don't know whether or not they called
4  or -- I don't know.  I have no --
5     Q.    (By Mr. Lane)  Well, what's the policy and
6  procedure at the jail?  If a judge orders opioids at
7  the jail, what is the protocol at the jail for they are
8  supposed to do?
9     A.    Again, all the judge is ordering is
10 treatment.  We don't -- I mean, as far as the
11 prescriptions or the medications themselves, that all
12 has to be worked out by the medical staff.
13    Q.    Well, let me just ask you this:  If a judge
14 has information that somebody needs a specific hard
15 medication, for example -- this is a hypothetical --
16 and the doctor has told the judge, Look -- not the jail
17 doctor, but the person's doctor -- he has to have this
18 specific med.  There is no substitute allowed.  He's
19 got to have this med because he is allergic to whatever
20 else and he is indigent and it is coming out of the
21 jail's budget and the judge orders it.  And the jail
22 doctor says, Wait a minute.  We can substitute this
23 generic substitute.  It's much cheaper, does the same
24 thing.  And the inmate says, No, I'm allergic to all
25 that stuff.  This is the only one I can take.  What

Case 1:15-cv-02507-JLK   Document 88-1   Filed 11/13/17   USDC Colorado   Page 3 of 4

Kyle Jeffery Schwark vs.                                    Deposition of Fred Wegener
Sheriff Fred Wegener, et al.                                           April 12, 2017

Page 39

```
 1        A.    Correct.
 2        Q.    So you do let narcotics into the jail under
 3   some circumstances, right?
 4        A.    Yes.
 5        Q.    And who makes the decision as to whether or
 6   not there is an extreme requirement that would allow a
 7   narcotic into the jail?
 8        A.    Medical -- the medical doctor in charge of
 9   the facility.
10        Q.    So if a judge, a state -- a mere state
11   district court judge, not a big, strapping federal
12   judge, a little, tiny district court judge in Park
13   County says, "I order a narcotic drug be taken to that
14   jail, and this is an extreme circumstance," and
15   Dr. Fitting says, "This isn't so extreme," what
16   happens to the judge's order?
17              MR. MICHALEK:  Object to form.
18        Q.    (By Mr. Lane)  It's a hypothetical.  I
19   understand.
20        A.    You know, I'm probably going to go back to
21   my same answer.  I mean, the judge and I will talk
22   about why he considers that to be extreme.
23        Q.    Right.  And if you lose the argument, what
24   happens?
25        A.    If I lose the argument --
```

Case 1:15-cv-02507-JLK   Document 88-1   Filed 11/13/17   USDC Colorado   Page 4 of 4

Kyle Jeffery Schwark vs.					Deposition of Fred Wegener
Sheriff Fred Wegener, et al.					April 12, 2017

Page 40

```
 1      Q.    The judge won't back down.  The judge says,
 2   No.  Listen, I had a hearing, the doctor testified, I'm
 3   saying this is extreme, do it?
 4      A.    It's definitely hypothetical.
 5      Q.    Yeah.
 6      A.    The judge -- I just don't think the judge
 7   would do that.
 8      Q.    I know.  But let's say --
 9      A.    I mean, I've known the judges for a lot of
10   years.
11      Q.    Let's say we've got a substitute judge who
12   is just a complete hammerhead and won't listen to
13   reason and says, Look, I'm ordering that this narcotic
14   be given to this patient, period, the end, do it, what
15   do you do?
16            MR. MICHALEK:  Object to form.
17      A.    Depending upon the drug --
18      Q.    (By Mr. Lane)  A narcotic.
19      A.    -- move him to a facility that allows it.
20      Q.    Good answer.  That's a good, reasonable
21   answer.
22            Because you know what happens when you
23   disobey a court order?
24      A.    Oh, yes, very much so.
25      Q.    I'm sure you've had many guests at your jail
```