Kyle Jeffery Schwark vs.
Sheriff Fred Wegener, et al.

Deposition of Captain Daniel Muldoon
August 21, 2017

```
 1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 15-CV-02507-JLK
 3   _____

 4   KYLE JEFFERY SCHWARK,

 5        Plaintiff,

 6   vs.

 7   SHERIFF FRED WEGENER, in his official and individual
     capacities;
 8   NURSE SUSAN CANTERBURY, in her individual capacity;
     NURSE JERI SWANN, in her individual capacity;
 9   NURSE CATHLENE PEARCE, in her individual capacity;
     DOCTOR KATHERINE FITTING, in her individual
10   capacity;
     CAPTAIN DANIEL MULDOON, in his individual capacity.
11
          Defendants.
12   _____

13            DEPOSITION OF CAPTAIN DANIEL MULDOON
                       August 21, 2017
14   _____

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT O**

| Kyle Jeffery Schwark vs. | Deposition of Captain Daniel Muldoon |
|---|---|
| Sheriff Fred Wegener, et al. | August 21, 2017 |

Page 29

```
 1    you about -- after you said that your doctor trumps
 2    all other doctors?
 3         A.    I don't remember.
 4         Q.    Okay.  Did he order you to give
 5    Mr. Schwark his medication as prescribed?
 6               MR. ZIPORIN:  Object to the form.
 7         Q.    (By Mr. McNulty)  You can answer it.
 8         A.    No, sir.
 9         Q.    Okay.  You don't remember whether he
10    did or not, or do you remember if he did or not?
11         A.    The judges don't tell us what to do
12    in the jail.
13         Q.    So the judge can't order you to do
14    anything within the jail.  It's up to you guys to
15    determine what kind of treatment you give the
16    inmates and whether they get their medication or
17    not, things like that?
18               MR. ZIPORIN:  Objection.  Form.
19               You can answer.
20         A.    The judges do not tell us what to do
21    in the jail.  We make that very specific.
22         Q.    (By Mr. McNulty)  Okay.  All right.
23    So the second time Mr. Schwark was in jail in
24    February of 2014 --
25         A.    Yes, sir.
```