Case 1:15-cv-02507-JLK   Document 88-3   Filed 11/13/17   USDC Colorado   Page 1 of 6

Kyle Jeffery Schwark vs.                                    Deposition of Cathlene Pearce, R.N.
Sheriff Fred Wegener, et al.                                                March 09, 2017

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
        Civil Action No. 15-CV-2507-JLK
 3     _____

 4      KYLE JEFFERY SCHWARK,

 5           Plaintiff,

 6      vs.

 7      SHERIFF FRED WEGENER, in his official and individual
        capacities; NURSE SUSAN CANTERBURY, in her individual
 8      capacity; NURSE JERI SWANN, in her individual capacity;
        NURSE CATHLENE PEARCE, in her individual capacity;
 9      DOCTOR KATHERINE FITTING, in her individual capacity,

10           Defendants.
       _____
11
                  DEPOSITION OF CATHLENE PEARCE, R.N.
12
                            March 9, 2017
13     _____

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT P

Case 1:15-cv-02507-JLK   Document 88-3   Filed 11/13/17   USDC Colorado   Page 2 of 6

Kyle Jeffery Schwark vs.  
Sheriff Fred Wegener, et al.

Deposition of Cathlene Pearce, R.N.  
March 09, 2017

Page 12

```
 1   to work -- he had come in the night of the 12th.  I
 2   wasn't there.  When I came in the next morning, Captain
 3   Muldoon said that he's on some Court-ordered medications
 4   that he needs to take, that they were over in Holding
 5   waiting for us.
 6        Q.   Who was over in Holding waiting for who?
 7        A.   The medications were waiting in Holding
 8   where they put them for us.
 9        Q.   Now, had you ever heard of an inmate at
10   the Park County jail being on Court-ordered medications?
11        A.   Lots of people are required to take their
12   medications, and the Court tells them that they have to.
13        Q.   Okay.  So there is a note somewhere in a
14   file that says "Court-ordered medication"?
15        A.   No.
16        Q.   Well, then how do you know what's Court
17   ordered and what's not?
18        A.   I was told by the captain, who runs the
19   jail, that he's on Court-ordered medications.
20        Q.   Understood.  But that was in this
21   particular case.  If there are a lot of inmates that have
22   Court-ordered medications and there's no note in
23   anybody's file saying "Court-ordered medication," how do
24   you, as a nurse, know --
25        A.   I listen to my captain, who tells me what
```

| | |
|---|---|
| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Cathlene Pearce, R.N.<br>March 09, 2017 |

Page 14

```
 1        A.    All I need is a doctor's order and to be
 2   told what I'm supposed to do.
 3        Q.    So what was the doctor -- who was the
 4   doctor that told you to give him Suboxone?
 5        A.    Dr. Singer is the one that put him on all
 6   of his medications.
 7        Q.    Okay.  Did there come a time when he was
 8   taken off the Suboxone?
 9        A.    Not while I was there.
10        Q.    Did there come a time when his Suboxone
11   was diminished?
12        A.    No, not while I was there.
13        Q.    Okay.  What other medications was he on?
14        A.    He had some skin stuff.  He was on Xanax.
15   He was on -- had some special shampoo.
16        Q.    Did you read Dr. Fitting's deposition?
17        A.    No.
18        Q.    Have you ever seen a doctor overrule a
19   judge in terms of, I'm not -- the Court has ordered this
20   med, but I'm changing it; I'm making it that med?
21        A.    It's different when you go to jail.
22        Q.    That's not an answer to my question.  My
23   question is:  Have you ever heard of a guard or a nurse
24   or anybody in the jail overruling a Court order when the
25   Court says, You will take Drug X, Y, and Z, where the
```

Kyle Jeffery Schwark vs.
Sheriff Fred Wegener, et al.

Deposition of Cathlene Pearce, R.N.
March 09, 2017

Page 15

1  doctor then says, No, I'm not doing that?
2      A.   I don't have enough experience to answer
3  that question.
4      Q.   Well, have you ever heard of that
5  happening?
6      A.   I really don't know.  I would be guessing.
7  I have no idea.
8      Q.   Well, no.  You, personally, have you ever
9  either heard of that, or you haven't ever heard of that?
10     A.   No.  I have never seen a nurse or a deputy
11 change any medication.
12     Q.   What about a doctor?  If a Court orders a
13 certain med, have you ever seen a doctor change the med?
14     A.   Yeah.
15     Q.   So --
16     A.   After they consult with the other doctor.
17 And when they're on a specific regimen in the jail
18 system, there's not -- we're not just going to give
19 everything that's out there.
20     Q.   If a judge orders you to give everything
21 that's out there, are you telling me you're not going to
22 give everything that's out there?
23     A.   If the doctor tells me to, I will.
24     Q.   Okay.  I'm just asking you.  Have you ever
25 heard of a doctor disregarding a judge's order and not

Kyle Jeffery Schwark vs.
Sheriff Fred Wegener, et al.

Deposition of Cathlene Pearce, R.N.
March 09, 2017

Page 23

```
 1        Q.    You told him to lie back and try to sleep,
 2   right?
 3        A.    Uh-huh.
 4        Q.    Is that a "yes"?
 5        A.    Yes, sir.
 6        Q.    All of your answers have to be either
 7   "yes" or "no."  You can't go "uh-huh" or "uh-uh."
 8        A.    I don't mean to.
 9        Q.    You can't shake your head or --
10        A.    It's a habit.  I apologize.
11        Q.    That's okay.
12              You told him to lie back and try to sleep,
13   right?
14        A.    Yes, sir.
15        Q.    And he started to get comfortable, and you
16   went back to work; is that right?
17        A.    Uh-huh.
18        Q.    Is that a "yes"?
19        A.    Yes, sir.
20        Q.    And did he lie back and look like he was
21   getting ready to go to sleep?
22        A.    He did lie back shortly.  Then he sat up
23   and said he was nauseous again.  He stood up, spit in the
24   trash a few times, and was leaning up against the table.
25        Q.    Okay.  That's nowhere in any of your
```

| | |
|---|---|
| Kyle Jeffery Schwark vs.<br>Sheriff Fred Wegener, et al. | Deposition of Cathlene Pearce, R.N.<br>March 09, 2017 |

Page 24

```
 1   reports, is it?
 2        A.    I understand that.
 3        Q.    You wrote that you told him to lie back
 4   and try to sleep, he started to get comfortable, and you
 5   went back to work, right?
 6        A.    Yes, sir.
 7        Q.    Now, you're claiming that he vomited
 8   again, aren't you --
 9              MR. MICHALEK:  Object to form.
10        Q.    (By Mr. Lane)  -- or not, in what you just
11   told me?
12        A.    We gave him the Librium, he sat there, he
13   vomited, and then he felt better.  He was talking to us,
14   communicating.  Everything was fine.
15        Q.    Well, when you say that he started to get
16   comfortable, what does that mean?
17        A.    He started to lie back.  He lied back for
18   a few minutes, sat up, said he was nauseous.  Most people
19   sit up when they're going to throw up.
20        Q.    Well, he fell off the table at some point,
21   didn't he?
22        A.    Well, he had his foot on the table,
23   leaning against the table, and he fell over.
24        Q.    That's not what you wrote, though, is it?
25   You wrote, He fell off the table, right?
```