Policy 121

# PARK COUNTY JAIL
# POLICY AND PROCEDURE MANUAL

| Effective Date: 09/01/2015 | Approval: | Number: J-121-A |
|---|---|---|
| Subject: RESPONSIBLE HEALTH AUTHORITY | | |
| Reference: | | Standard: 3-4326 |
| Chapter: XXI | Reevaluation Date: | No. Pages: 20 |

**I.   PURPOSE:** To define health professional to protect the health and well-being of inmates.

**II.  DEFINITIONS:**
None

**III. POLICY:**
It is the policy of the Sheriff's Office that a staff member from the medical profession arranges for all levels of health care, assuring the quality of all health reviews, and assuring that inmates have access to them. The health authority may be a registered nurse, physicians' assistant or other health care authority operating under the supervision of a single designated physician.

**IV. PROCEDURE:**
The responsible health care authority shall review the Health Care Policy and Procedures annually and each time a change is required or a new policy is developed.



EXHIBIT R

Schwark.Park 000150