IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

       Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity; and
CAPTAIN DANIEL MULDOON, in his individual capacity,

       Defendants.

---

## MINUTE ORDER SETTING JURY TRIAL AND PRETRIAL CONFERENCE

Judge John L. Kane **ORDERS**

      A Pretrial Conference in this matter is set for **Tuesday, June 18th, 2019, at 10:30 a.m. in Courtroom A802**, on the 8th Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street. Pursuant to my standing order regarding pretrial and trial procedures, *see* Memorandum to Counsel from Senior Judge John L. Kane Re: Pretrial and Trial Procedures,[1] the parties are required to jointly prepare and submit *in editable format* a proposed Pretrial Order. Note that I also require the proposed Pretrial Order to be filed in .pdf form through the normal CM/ECF process.

      In addition, my pretrial procedures will require you to submit proposed jury instructions no later than 30 days after the Pretrial Conference. Instructions on the process and format for submitting proposed jury instructions are included in the above-referenced Memorandum.

      A five-day jury trial is set for **Monday, October 7th, 2019, at 9:00 a.m.** before Judge Kane.

_____

Dated: April 4, 2019

---

[1] Available on the Court's website:
http://www.cod.uscourts.gov/JudicialOfficers/SeniorArticleIIIJudges/HonJohnLKane.aspx