## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official and individual capacities; NURSE SUSAN CANTERBURY, in her individual capacity; NURSE JERI SWANN, in her individual capacity; NURSE CATHLENE PEARCE, in her individual capacity; DOCTOR KATHERINE FITTING, in her individual capacity,

    Defendants.

_____

### MOTION TO WITHDRAW RE GINA L. GLOCKNER
_____

Defendant, Katherine Fitting, M.D. ("Dr. Fitting"), by and through her attorneys, CHILDS MCCUNE, LLC, hereby submits the following motion:

### *Certification of Conferral Pursuant to D.C.Colo.LCivR 7.1:*

It is not necessary to confer on motions brought pursuant to D.C.Colo.LAttyR 5(b). Accordingly, no conferral has been attempted or completed.

1. Counsel for Dr. Fitting, Gina L. Glockner, has resigned from the firm.

2. Ms. Glockner therefore seeks to withdraw pursuant to D.C.Colo.LAttyR 5(b).

3. Good cause exists for Ms. Glockner's withdrawal because she will not be representing clients in the private practice of law at this time, and because her withdrawal will not affect the interests of Dr. Fitting, who is still represented in this matter by Steven A. Michalek.

In accordance with D.C.Colo.LAttyR 5(b), this motion has been served on all counsel of record and on Dr. Fitting.

WHEREFORE, it is respectfully requested that the Court grant this motion and remove Ms. Glockner as counsel of record for Dr. Fitting.

Respectfully submitted this 16th day of May, 2019.

/s/ Gina L. Glockner
Steven A. Michalek
Gina L. Glockner
Childs McCune LLC
821 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 296-7300
FAX: (720) 625-3637
Email: smichalek@childsmccune.com
Email: gglockner@childsmccune.com
Attorneys for Defendant Dr. Fitting

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 16, 2019, a true and correct copy of the foregoing **MOTION TO WITHDRAWAL RE GINA L. GLOCKNER** was filed with the Court and served electronically via ECF upon the following:

| | |
|---|---|
| David A. Lane | Eric Michael Ziporin |
| Andy McNulty | Susan E. McNulty |
| Killmer, Lane & Newman, LLP | Senter Goldfarb & Rice, LLC |
| 1543 Champa St., Ste. 400 | 3900 East Mexico Avenue, Suite 700 |
| Denver, CO 80202 | Denver, CO 80210 |
| Email: dlane@kln-law.com | Email: eziporin@sgrllc.com |
| Email: amcnulty@kln-law.com | Email: smcnulty@sgrllc.com |

s/ Mary Baltz