IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity; and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW RE GINA L. GLOCKNER
---

This matter is before the Court upon Gina L. Glockner's Motion to Withdraw (Doc. 91) filed May 16, 2019. After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1. That Gina L. Glockner's Motion to Withdraw as Counsel for Defendant Dr. Katherine Fitting is GRANTED;

2. That Ms. Glockner is withdrawn as counsel of record for Defendant Fitting, who will continue to be represented by Steven A. Michalek of Childs McCune LLC;

3. That the clerk is directed to remove Gina Glockner from the ECF notification system in connection with this action.

Dated this 16th day of May, 2019.

                BY THE COURT:

                _____
                John L. Kane
                Senior U.S. District Court Judge