**IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

**PLAINTIFF'S EXHIBIT LIST**

    Plaintiff Kyle Schwark, by and through undersigned counsel hereby submits his List of Exhibits to the Final Pretrial Order:

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 1. | Plaintiff's 2011 Federal Income Tax Return form 1040 Depo Ex 1, SCHWARK 000689 | | | | | |
| 2. | Park County Jail Medical Sheet November 2013, Depo Ex 2 | | | | | |
| 3. | Park County Detention Center – Inmate Request Form, 11/13/13, Depo Ex 3 | | | | | |

1

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 4. | Hand-drawing of detention area by Kyle Schwark, Depo Ex. 4 | | | | | |
| 5. | Park County Jail Medical Sheet for Kyle Schwark, 2/25/14, Depo Ex. 5; A 0283-286 | | | | | |
| 6. | Cell phone screen shots of Identifying information on Plaintiff, with highlights and notes. Depo Ex. 6 | | | | | |
| 7. | Medical History Record of Kyle Schwark dated 10/29/08, Depo. Ex 7, SCHWARK 001193 | | | | | |
| 8. | HealthFirst Drug and Alcohol Use History Form of Kyle Schwark, dated 10/29/2008, Depo Ex. 8, SCHWARK 000974 | | | | | |
| 9. | HealthFirst Medical History Form of Kyle Schwark, dated 10/29/2008, Depo Ex. 9, SCHWARK 000970-971 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 10. | LabCorp Medical Record of Kyle Schwark dated 10/29/2008, Depo Ex 10, SCHWARK 000977-978 | | | | | |
| 11. | HealthFirst Medical History Form of Kyle Schwark, dated 11/6/2008, Depo Ex. 11, (no Bates) | | | | | |
| 12. | HealthFirst Medical History Follow Up Form of Kyle Schwark, dated 11/6/2008, Depo Ex. 12, (no Bates) | | | | | |
| 13. | Doctor's Data Urinalysis Report for Kyle Schwark dated 6/5/2012, Depo Ex 13 (no Bates) | | | | | |
| 14. | LabCorp Report on Kyle Schwark, PSA Report dated 6/6/12, Depo Ex. 14 (no Bates) | | | | | |
| 15. | Medical Records of Kyle Schwark, dated 10/29/12, Depo. Ex. 15 (no Bates) | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 16. | Prescription from Jonathan Singer for Kyle Schwark, dated 7/22/10, Depo Ex. 16, SCHWARK 000952 | | | | | |
| 17. | Misc. HealthFirst Medical Records for Kyle Schwark, Depo Ex 17, Multi Bates Nos. | | | | | |
| 18. | Ledger Card for Kyle Schwark, 12/30/15 through 12/16/16, Depo Ex 18 | | | | | |
| 19. | Prescription for Chlodiazepoxide from Jonathan Singer for Kyle Schwark, dated 2/21/14, Depo Ex. 19, SCHWARK 001186 | | | | | |
| 20. | Undated Letter from Dr. Singer re: Kyle Schwark indicating medications he requires. Depo Ex 20, SCHWARK 000087 | | | | | |
| 21. | 11/14/13 Note from Cathlene Pearce re Kyle Schwark medication, Depo Ex 21, SCHWARK 000093 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 22. | Prescription and drug information for Alprazolam to Kyle Schwark, dated 10/17/13, Depo Ex. 22, SCHWARK 000058 | | | | | |
| 23. | Curriculum Vitae for Katherine Fitting, MD, Depo Ex 23(no Bates) | | | | | |
| 24. | Medical Request from Kyle Schwark, dated 11/14/13, Depo Ex 24, SCHWARK 000092 | | | | | |
| 25. | Denver Health Medical Center Discharge Summary for Kyle Schwark dated 11/19/13, Depo Ex 25, SCHWARK 000095-96 | | | | | |
| 26. | UA Dipstick Results, dated 2/27/14, Depo Ex 26, SCHWARK 000063 | | | | | |
| 27. | Prescription of Dr. Fitting for Suboxone, Chlorazapoxide, for Kyle Schwark, Depo Ex 27, SCHWARK 000091 | | | | | |

5

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 28. | Email chain between Susan Cantebury and Cynthia Parker re: Kyle Schwark, 3/5-6/14, Depo Ex 28, SCHWARK 000098-99; SCHWARK000089 | | | | | |
| 29. | Narrative of Jeri Swann dated 2/16/16, Depo Ex. 29, A 0310 | | | | | |
| 30. | Medical Order of Cynthia Parker for Kyle Schwark dated 3/12/14, Depo Ex. 30, Schwark.Park000038-42 | | | | | |
| 31. | Personnel Records of Cathlene Pearce dated 2/21/14, Depo Ex. 31, Schwark.Park000409-418 | | | | | |
| 32. | Judgment of Conviction of Kyle Schwark, Park County District Court case no. 2013CR000025, Depo Ex. 32, Schwark.Park000309 | | | | | |
| 33. | Order of furlough by Park County Sheriff's Office, Depo Ex. 33, SCHWARK 000038 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 34. | Park County Sheriff's Office Detention Center Policies, Depo Ex. 34, Schwark.Park 000133-171 | | | | | |
| 35. | Memorandum from D. Muldoon to Denver Health Center. Schwark.Park50 | | | | | |
| 36. | Case Pleadings from Criminal case no. 13CR25, Park County District Court. SCHWARK-1-18 | | | | | |
| 37. | Reporters Transcript from Sentencing of Kyle Jeffrey Schwark, 11/6/2013. SCHWARK-19-37 | | | | | |
| 38. | Notice of Claim. SCHWARK-39-48 | | | | | |
| 39. | Park County Jail Records of Kyle Schwark, SCHWARK-49-427 | | | | | |
| 40. | Medical Letter from Jonathan Singer D.O. to Park County, 8/22/14.SCHWARK-428-9 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 41. | HealthFirst; Medical Records of Kyle Schwark SCHWARK-430-470 | | | | | |
| 42. | Denver Health Medical Records of Kyle Schwark SCHWARK-471-643 | | | | | |
| 43. | Medical Billing Records of Kyle Schwark, SCHWARK-644-666 | | | | | |
| 44. | Insurance Information for Kyle Schwark. SCHWARK-667-685 | | | | | |
| 45. | Tax returns of Kyle Schwark 2008-2012. SCHWARK-686-690 | | | | | |
| 46. | Vail Orthopedics Medical Records of Kyle Schwark. SCHWARK-691-788 | | | | | |
| 47. | Summit County Jail Resident Request Reports. SCHWARK-789-828 | | | | | |
| 48. | Summit County Ambulance Service Invoice and records. SCHWARK-829-830 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 49. | St. Anthony Summit Medical Center Records of Kyle Schwark. SCHWARK-831-832 | | | | | |
| 50. | HealthFirst Medical Records of Kyle Schwark. SCHWARK-833-880 | | | | | |
| 51. | Rocky Mountain Health Plans Billing Records of Kyle Schwark. SCHWARK-881-899 | | | | | |
| 52. | August 26, 2016 Letter from the Office of the Summit County Sheriff in response to CORA request. SCHWARK-900 | | | | | |
| 53. | Affidavit of Warrantless Arrest by Christen Lish. SCHWARK-901-904 | | | | | |
| 54. | Summit County Sheriff's Office response to Kite of Kyle Schwark. SCHWARK-905-906 | | | | | |
| 55. | Summit County Ambulance Service Records. SCHWARK-907-914 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 56. | Kroger Pharmacy Records of Kyle Schwark. SCHWARK-915-924 | | | | | |
| 57. | Colorado Imaging Associates Letter of No Records. SCHWARK-925 | | | | | |
| 58. | Jonathan W. Singer, DO Medical Records of Kyle Schwark. SCHWARK-926-1028 | | | | | |
| 59. | Rocky Mountain Health Plans Letter of No Records. SCHWARK-1029 | | | | | |
| 60. | Mountain Family Center Medical Records for Kyle Schwark. SCHWARK-1030-1065 | | | | | |
| 61. | St. Anthony Medical Center Medical Records for Kyle Schwark. SCHWARK-1066-1139 | | | | | |
| 62. | Medical records of James Oberheide, MD for Kyle Schwark. SCHWARK-1140-1152 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 63. | LabCorp Medical Records for Kyle Schwark. SCHWARK-1153-1167 | | | | | |
| 64. | Solvista Letter of No Records for Kyle Schwark. SCHWARK-1168-1169 | | | | | |
| 65. | Family Integration Counseling Service Medical Records for Kyle Schwark. SCHWARK-1170-1181 | | | | | |
| 66. | Letter of Jonathan W. Singer, DO re: Kyle Schwark. SCHWARK-1182-1198 | | | | | |
| 67. | November 12, 2013 Medical Questionnaire and Emergency Notification of Kyle Schwark. Schwark.Park1-2 | | | | | |
| 68. | Photos of Medication. Schwark.Park3-4 | | | | | |
| 69. | Inmate Request Form, 11/13/13. Schwark.Park5 | | | | | |
| 70. | Letter from Jonathan Singer, D.O. Schwark.Park6 | | | | | |

11

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 71. | Narrative of Cathlene Pearce RN, 11/14/13. Schwark.Park7 | | | | | |
| 72. | Narrative of Jerri Swan, RN, Schwark.Park8 | | | | | |
| 73. | November 2013 Medication Sheets Schwark.Park9-10 | | | | | |
| 74. | Medication Request 11/14/13. Schwark.Park11 | | | | | |
| 75. | Case Report Number D0001479 Continuation Sheets. Schwark.Park12-14 | | | | | |
| 76. | Handwritten notes. Schwark.Park15 | | | | | |
| 77. | 11/15/13 Letter from Park County Sheriff releasing Kyle Schwark, with handwritten notes. Schwark.Park16 | | | | | |
| 78. | Narrative of 11/20/13, author unknown. Schwark.Park17 | | | | | |
| 79. | Park County Sheriff request to Denver Health for discharge summary. Schwark.Park18 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 80. | Denver Health Discharge Summary for Kyle Schwark. Schwark.Park19-22 | | | | | |
| 81. | Medical Questionnaire and Emergen Notification 2/26/14. Schwark.Park23-24 | | | | | |
| 82. | Schwark Inmate View. Schwark.Park25 | | | | | |
| 83. | 2/25/14 Instructions from Dr. Fitting. Schwark.Park26 | | | | | |
| 84. | February 2014 Medication Sheet. Schwark.Park27 | | | | | |
| 85. | March 2014 Medical Sheet. Schwark.Park28 | | | | | |
| 86. | UA Dipstick results. Schwark.Park29 | | | | | |
| 87. | Medical records from Jonathan W. Singer. Schwark.Park30-32 | | | | | |
| 88. | Email between Susan Canterbury and Cynthia Parker re: Kyle Schwark. Schwark.Park33-34 | | | | | |
| 89. | March 12, 2014 Orders from Cynthia Parker, PsyD. Schwark.Park38-42 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 90. | Email between Susan Canterbury and Cynthia Parker re: Kyle Schwark. Schwark.Park43-45 | | | | | |
| 91. | March 19, 2014 Orders from Cynthia Parker, PsyD. Schwark.Park46-47 | | | | | |
| 92. | March 2014 Medication Sheets. Schwark.Park48-49 | | | | | |
| 93. | Denver Health Medical Records. Schwark.Park51-95 | | | | | |
| 94. | Medical Questionnaires and Emergency Notifications. Schwark.Park96-97 | | | | | |
| 95. | 2/4/16 Inmate View for Kyle Schwark. Schwark.Park98-110 | | | | | |
| 96. | Authorization to Disclose Health Information. Schwark.Park111 | | | | | |
| 97. | Photograph of Medications. Schwark.Park112 | | | | | |
| 98. | Detention Center memo re Schwark. Schwark.Park113 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 99. | Park County District Court Documentation. Schwark.Park114-133 | | | | | |
| 100 | Active Booking Records. Schwark.Park172-205 | | | | | |
| 101 | Park County File on Kyle Schwark. Schwark.Park206-220 | | | | | |
| 102 | Kyle Schwark Park County File 1/6/13. Schwark.Park221-253 | | | | | |
| 103 | Kyle Schwark Park County File 6/5/13. Schwark.Park254-288 | | | | | |
| 104 | Kyle Schwark Park County File 4/1/14. Schwark.Park289-338 | | | | | |
| 105 | Kyle Schwark Park County File 4/16/14. Schwark.Park339-373 | | | | | |
| 106 | Personnel File of Susan Canterbury-Redacted. Schwark.Park374-408 | | | | | |
| 107 | Personnel File of Jeri Swann-Redacted. Schwark.Park419-434 | | | | | |
| 108 | Personnel File of Frank Wegener-Redacted. Schwark.Park435-766 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 109 | COPIC Declaration Page for Katherine Fitting, M.D. 2 pages (No Bates Nos.) | | | | | |