**DEFENDANTS' JOINT EXHIBIT LIST IN CASE NO. 1:15-cv-2507-JLK**

*Schwark v. Fitting and Muldoon*

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 1 | Plaintiff's 2011 Tax Return | | | | | |
| 2 | Park County Jail Medication Sheet – November 2013 | | | | | |
| 3 | *No exhibit* | | | | | |
| 4 | Schwark drawing | | | | | |
| 5 | Park County Jail Medication Sheet – February/March 2014 | | | | | |
| 6 | Cell phone screen shots | | | | | |
| 7 | Medical record from Dr. Singer [Schwark 1193] | | | | | |
| 8 | Medical record from Dr. Singer [Schwark 974] | | | | | |
| 9 | Medical record from Dr. Singer [Schwark 970-971] | | | | | |
| 10 | Medical record from LabCorp to Dr. Singer [Schwark 977-978] | | | | | |
| 11 | Medical record from Dr. Singer | | | | | |
| 12 | Medical record from Dr. Singer | | | | | |
| 13 | Medical record from Doctor's Data | | | | | |
| 14 | Medical record from LabCorp [Schwark 456] | | | | | |
| 15 | Medical record from Dr. Singer | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 16 | Prescription record from Dr. Singer [Schwark 952] | | | | | |
| 17 | Medical record from Dr. Singer | | | | | |
| 18 | Ledger car | | | | | |
| 19 | Prescription record from Dr. Singer | | | | | |
| 20 | Letter from Dr. Singer [Schwark 87] | | | | | |
| 21 | Note by Cathlene Pearce, RN, 11.14.14 [Schwark 93] | | | | | |
| 22 | *Muldoon incorrectly had this listed as #21*<br><br>Prescription information for Alprazolam [Schwark 58] | | | | | |
| 23 | *Curriculum Vitae* of Dr. Fitting | | | | | |
| 24 | *No Exhibit* | | | | | |
| 25 | Medical record from Denver Health [Schwark 95-96] | | | | | |
| 26 | UA Dipstick Results [Schwark 63] | | | | | |
| 27 | Dr. Fitting prescription [Schwark 91] | | | | | |
| 28 | Emails between Canterbury and Parker [Schwark 89, 98-99] | | | | | |
| 29 | *No Exhibit* | | | | | |
| 30 | Parker medical record [Schwark.Park 38-42] | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 31 | *No Exhibit* | | | | | |
| 32 | Mittimus [Schwark.Park 309] | | | | | |
| 33 | *No Exhibit* | | | | | |
| 34 [1] | Jail policy and procedures [Schwark.Park 133-171] | | | | | |
| 35 | Email between Parker and Canterbury [Schwark.Park00034] | | | | | |
| 36 | Photo of prescription meds [Schwark.Park000003-4] | | | | | |
| 37 | Records from Denver Health [Schwark.Park000020–21] | | | | | |
| 38 | Medical Questionnaire [Schwark.Park000023-24] | | | | | |
| 39 | Inmate View [Schwark.Park000025] | | | | | |
| 40 | Dr. Parker's Orders [Schwark.Park000038–42; 46-47] | | | | | |
| 41 | Emails between Parker and Canterbury [Schwark.Park000043–45] | | | | | |
| 42 | Park County Medication Sheet March 2014 [Schwark.Park000048–49] | | | | | |
| 43 | Letter from Muldoon to Denver Health [Schwark.Park000050] | | | | | |

---

[1] All exhibits after exhibit number 34 were not previously marked during a deposition.

3

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 44 | Records from Denver Health [Schwark.Park000051–88; 92-94] | | | | | |
| 45 | Inmate View [Schwark.Park000098–000110] | | | | | |
| 46 | Minute Order [Schwark.Park000120] | | | | | |
| 47 | Park County Policies and Procedures [Schwark.Park000135–171; 157; 159; 167-168] | | | | | |
| 48 | Mental Status Assessment [Schwark.Park000331–32] | | | | | |
| 49 | Schwark timeline at jail [Schwark.Park000112] | | | | | |
| 50 | Inmate Handbook [Schwark.Park 000767–798] | | | | | |
| 51 | Schematic of jail [Schwark.Park000802] | | | | | |
| 52 | Memo re: use of benzodiazepines [Schwark.Park000805] | | | | | |
| 53 | Inmate Views and floor notes [Schwark.Park000803–804; 806–815] | | | | | |
| 54 | Any document needed for impeachment/rebuttal purposes | | | | | |
| | | | | | | |
| 55 | Curriculum Vitae of Katherine Fitting, MD | | | | | |

4

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 56 | Curriculum Vitae of Timothy Moser, MD | | | | | |
| 57 | Expert Report of Timothy Moser, MD | | | | | |
| 58 | Curriculum Vitae of Jonathan Ritvo, MD | | | | | |
| 59 | Expert Report of Jonathan Ritvo, MD | | | | | |
| 60 | Curriculum Vitae of Susan Canterbury, RN | | | | | |
| 61 | Curriculum Vitae of Cynthia Parker, PsyD | | | | | |
| 62 | Curriculum Vitae of Cathleen Pearce, RN | | | | | |
| 63 | Curriculum Vitae of Jonathan W. Singer, DO | | | | | |
| 64 | Curriculum Vitae of Jeri Swann, RN | | | | | |
| 65 | PDMP Report for Kyle Schwark [Schwark 1199-1208] | | | | | |
| 66 | CHPG High Country Health Records for Kyle Schwark | | | | | |
| 67 | City Market Pharmacy Records for Kyle Schwark [Schwark 915-924] | | | | | |
| 68 | HealthFirst/Dr. Singer Records for Kyle Schwark [Schwark 428-470, 833-880, 926-1028, 1182-1198] | | | | | |
| 69 | Andrew E. Leifer, MD, PC Records for Kyle Schwark | | | | | |

5

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 70 | MindSprings Health Records for Kyle Schwark [Schwark 1224-1430] | | | | | |
| 71 | North Range Behavioral Health (or any subsequent name) Records for Kyle Schwark | | | | | |
| 72 | St. Anthony Summit Medical Center Records for Kyle Schwark [Schwark 831-832, 1066-1139, 1431-1436] | | | | | |
| 73 | Summit County Care Clinic Records for Kyle Schwark [Schwark 1140-1152, 1209-1223] | | | | | |
| 74 | Park County Sheriff's Office employee roster for Nov 2013 [Schwark.Park 799] | | | | | |
| 75 | Park County Sheriff's Shift Roster for Oct-Dec 2013 [Schwark.Park 800-801] | | | | | |
| 76 | Park County Jail Records of Kyle Schwark, [Schwark.Park 1-132] | | | | | |
| 77 | Plaintiff's Responses (dated 09.09.16(to Dr. Fitting's First Interrogatories and Requests for Production | | | | | |
| 78 | Plaintiff's Supplemental Responses (dated 10.04.16) to Dr. Fitting's First Interrogatories and Requests for Production | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 79 | Plaintiff's Responses (dated 11.02.16) to Dr. Fitting's Second Requests for Production | | | | | |
| 80 | Demonstrative Exhibit – Anatomical Diagrams, Illustrations and Models | | | | | |
| 81 | Demonstrative Exhibit – Timeline of events occurring in this case | | | | | |
| 82 | Enlargement, transparency or print of any exhibit listed by the parties | | | | | |
| 83 | Demonstrative aids such as sketches, charts, diagrams, blowups, anatomical models, transparencies, slides, PowerPoint presentations, other computer or software aided presentations, or other exhibits to illustrate the testimony of any witness | | | | | |