IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

SHERIFF FRED WEGENER, in his official capacity,
NURSE JERI SWANN, in her individual capacity,
DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## NOTICE OF SETTLEMENT

Defendant, **CAPTAIN DANIEL MULDOON**,[1] through his attorney, **ERIC M. ZIPORIN** of the law firm **SENTER GOLDFARB & RICE, LLC,** hereby submits the following Notice of Settlement:

1. On June 18, 2019, the remaining parties reached a settlement as to Plaintiff's remaining claims against Defendants Captain Daniel Muldoon and Dr. Katherine Fitting.

2. A Pretrial Conference is currently set for June 18, 2019 at 10:30 a.m.

3. The parties respectfully request that the Court vacate the Pretrial Conference given the settlement of the case.

---

[1] The remaining Defendants in this case are Captain Daniel Muldoon and Dr. Katherine Fitting.

Respectfully submitted,

By     s/ Eric M. Ziporin
*Eric M. Ziporin*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste. 700
Denver, Colorado 80210
Telephone: (303) 320-0509

E-mail: eziporin@sgrllc.com

*Attorney for Defendant Captain Daniel Muldoon*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of June, 2010, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Andy McNulty
dlane@kln-law.com
amcnulty@kln-law.com
*Attorneys for Plaintiff*

Steven Michalek
Gina Glockner
smichalek@childsmccune.com
gglockner@childsmccune.com
*Attorneys for Defendant Katherine Fitting, M.D.*

*s/ Barbara A. Ortell*
Barbara A. Ortell, Legal Secretary

2