IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

## STATUS REPORT

The parties, through undersigned counsel, hereby provide the Court with the following status report as requested by the Court's Order of June 18, 2019.

1. The parties have reached a settlement of all of the claims in this case.

2. The settlement and release agreement has been signed and the status of all potential liens has been verified.

3. Counsel are in the process of arranging for payment of the settlement proceeds which should be completed in the next 21 days.

4. Once that has been done, the parties will file a stipulation for the dismissal with prejudice of all the remaining claims with the Court and request an order confirming the dismissal of the case.

| | |
|---|---|
| KILLMER, LANE & NEWMAN, LLP | CHILDS MCCUNE LLC |
| *s/ Andrew McNulty*_____<br>David A. Lane<br>Andy McNulty<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>Phone: 303-571-1000<br>Facsimile: 33-571-1001<br>Email: dlane@kln-law.com<br>Email: amnculty@kln-law.com<br>*Attorneys for Plaintiff* | *s/ Steven A. Michalek*_____<br>Steven A. Michalek<br>821 17th Street, Suite 500<br>Denver, CO 80202<br>Phone: 303-296-7300<br>Facsimile: 720-625-3637<br>smichalek@childsmccune.com<br>*Attorneys for Dr. Katherine Fitting* |

SENTER GOLDFARB & RICE

*s/ Eric Ziporin*_____
Eric Ziporin
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: 303-320-0509
Facsimile: 303-320-0210
eziporin@sgrllc.com
*Attorney for Captain Daniel Muldoon*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 26, 2019, a true and correct copy of the foregoing **STATUS REPORT** was filed with the Court and served electronically via ECF upon the following:

| | |
|---|---|
| David A. Lane | Eric Michael Ziporin |
| Andy McNulty | Susan E. McNulty |
| Killmer, Lane & Newman, LLP | Senter Goldfarb & Rice, LLC |
| 1543 Champa St., Ste. 400 | 3900 East Mexico Avenue, Suite 700 |
| Denver, CO  80202 | Denver, CO 80210 |
| Email: dlane@kln-law.com | Email: eziporin@sgrllc.com |
| Email: amcnulty@kln-law.com | Email: smcnulty@sgrllc.com |
| Email: ddickey@kln-law.com | |

                                        *s/ Mary Baltz*

      This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).

3