**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

      Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

      Defendants.

---

**STIPULATION TO DISMISS WITH PREJUDICE**

---

      The Plaintiff, Kyle Jeffrey Schwark, and the Defendants, Doctor Katherine Fitting and Captain Daniel Muldoon, by their respective counsel, hereby stipulate and agree to the dismissal with prejudice of all claims that were or could have been asserted against these Defendants, each party to pay their own costs, expenses, and attorneys' fees.

      The Parties further request that the Court enter the attached Order dismissing with prejudice all claims against these Parties that were or could have been asserted in this case, each party to pay their own costs, expenses, and attorneys' fees.

KILLMER, LANE & NEWMAN, LLP

*s/ Andrew McNulty*_____
David A. Lane
Andy McNulty
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: 303-571-1000
Facsimile: 33-571-1001
Email: dlane@kln-law.com
Email: amnculty@kln-law.com
*Attorneys for Plaintiff*

SENTER GOLDFARB & RICE

*s/ Eric Ziporin*_____
Eric Ziporin
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: 303-320-0509
Facsimile: 303-320-0210
eziporin@sgrllc.com
*Attorney for Captain Daniel Muldoon*

CHILDS MCCUNE LLC

*s/ Steven A. Michalek*_____
Steven A. Michalek
821 17th Street, Suite 500
Denver, CO 80202
Phone: 303-296-7300
Facsimile: 720-625-3637
smichalek@childsmccune.com
*Attorneys for Dr. Katherine Fitting*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of September, 2019, a true and correct copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was filed with the Court and served electronically via ECF upon the following:

David A. Lane
Andy McNulty
Killmer, Lane & Newman, LLP
1543 Champa St., Ste. 400
Denver, CO  80202
Email: dlane@kln-law.com
Email: amcnulty@kln-law.com

Eric Michael Ziporin
Susan E. McNulty
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Email: eziporin@sgrllc.com
smcnulty@sgrllc.com

*s/ Mary Baltz*
_____