IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

---

**STIPULATION TO DISMISS WITH PREJUDICE**

---

    THIS COURT, having reviewed the STIPULATION FOR DISMISSAL WITH PREJUDICE, and being otherwise fully advised on the file, HEREBY DISMISSES all claims that were or could have been filed against the remaining Defendants, Doctor Katherine Fitting and Captain Daniel Muldoon with prejudice, each party to bear its own costs.

    IT IS SO ORDERED.

    Dated: _____, 2019

                                                                       _____
                                                                         UNITED STATES DISTRICT COURT JUDGE