IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2507-JLK

KYLE JEFFERY SCHWARK,

    Plaintiff,

v.

DOCTOR KATHERINE FITTING, in her individual capacity, and
CAPTAIN DANIEL MULDOON, in his individual capacity,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS COURT, having reviewed the Stipulation to Dismiss With Prejudice (CM/ECF No. 98), and being otherwise fully advised on the file, HEREBY DISMISSES all claims that were or could have been filed against the remaining Defendants, Doctor Katherine Fitting and Captain Daniel Muldoon with prejudice, each party to bear his or her own costs.

    The Clerk is directed to terminate the case.

Dated: September 16, 2019

                                                             _____
                                                             JOHN L. KANE
                                                              SENIOR U.S. DISTRICT JUDGE